**FILED**

MAY - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CUSA, INC.
D/B/A RICHMAR & ASSOCIATES   )
)
)
Plaintiff   )
)
v.   )   Case: 1:07-cv-00841
)   Assigned To: Robertson, James
GEORGE WASHINGTON UNIVERSITY )   Assign. Date: 5/7/2007
Defendant   )   Description: TRO/PI
)
)

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for  CUSA, Inc.  ,

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries

or affiliates of  N/A  , which have any outstanding securities in

the hands of the public. _____

_____

_____

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

176479
Bar Identification Number

GEOFFREY P. GITNER
Print Name

WATERGATE, 12th FLR, 600 NEW HAMPSHIRE, N, N.W.
Address

WASH                DC           20037
City               State          Zip

(202) 772-5926
Telephone Number

2