UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CUS4, INC. d/b/a RICHMAR & : 
ASSOCIATES, *et al.*, :
:
    Plaintiffs, :
:
  v. : Civil Action No. 07-0841 (JR)
:
GEORGE WASHINGTON UNIVERSITY, :
:
    Defendant. :

### ORDER

    Plaintiff's motion for a temporary restraining order [3] is **denied**. The record reveals no immediate threat of irreparable injury and no need for the drastic remedy of a temporary restraining order to preserve the status quo.

    The Clerk is instructed to schedule a hearing on plaintiff's motion for a preliminary injunction [3] for approximately thirty days from the date of this order. Plaintiff's motion for expedited discovery in advance of the preliminary injunction hearing [4] is **granted** in modified form: defendant must answer interrogatories numbered 1, 5, 6, and 7 within ten days[1] from the date of this order, and plaintiffs may conduct the four requested depositions in advance of the preliminary injunction hearing. Defendant will not be required

---

[1] Note that pursuant to Fed. R. Civ. P. 6(a), "[w]hen the period of time prescribed or allowed is less than 11 days, intermediate Saturdays, Sundays, and legal holidays shall be excluded in the computation."

to comply with plaintiff's document production request, but the parties are instructed to exchange initial disclosures in compliance with Fed. R. Civ. P. 26(a) within the same ten day period.

The Court anticipates that the central question at the hearing on the preliminary injunction will be whether and to what extent the university's use of the DCMS system involves permissible adaptation under section 117 of the Copyright Act of 1976, 17 U.S.C. § 117.

It is **SO ORDERED**.


                                        JAMES ROBERTSON
                                   United States District Judge