### IN THE UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

**CUS4, INC. D/B/A**
**RICHMAR & ASSOCIATES**
1513 Vermont Avenue, N.W.
Washington, D.C. 20005

and

**FEDERAL NATIONAL**
**COMMERCIAL, INC.**
7315 Wisconsin Avenue, Suite 820W
Bethesda, MD 20814

        **Plaintiff,**

    **v.**

**GEORGE WASHINGTON UNIVERSITY,**
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20052
**SERVE:**
      Linda Schutjer, Esq.
      Associate General Counsel
      George Washington University
      2100 Pennsylvania Avenue, N.W.
      Suite 250
      Washington, D.C. 20052

        **Defendant**

Case No. 1: CV-07-0841 (JR)

### FIRST AMENDED COMPLAINT

Comes now the Plaintiffs, CUS4, Inc., d/b/a RICHMAR & Associates, and Federal

National Commercial Inc., and files this First Amended Complaint against Defendant, George

Washington University, alleging in support thereof as follows:

### I.      JURISDICTION AND VENUE

1.      This action arises under the Copyright Act of 1976, 17 U.S.C. §§ 101 et seq.

("Copyright Act").  This court has original jurisdiction over this action under 28 U.S.C. § 1331

and is vested with subject matter jurisdiction of this action pursuant to 28 U.S.C.A. § 1338(a)

and over the supplemental common law claims under 28 U.S.C. 1367.

2.      Venue lies in this judicial district pursuant to 28 U.S.C. §§ 1391(b), 1400(a).

## II.      PARTIES

3.      Plaintiff, CUS4, Inc. d/b/a RICHMAR & Assoicates ("Richmar") is a District of

Columbia corporation.  It is a developer and seller of custom software products and programs.

4.      Federal National Commercial, Inc. ("Federal National") is a Delaware corporation

in the business of extending business credit, including the purchase of accounts receivable and

extending commercial loans secured by accounts receivable and other business assets.  On

February 13, 2004,  Federal National and Richmar entered into a Master Factoring Agreement,

pursuant to which Federal National agreed to purchase accounts due to Richmar for services

performed by Richmar.

5.      Defendant, George Washington University ("GW") is a District of Columbia

corporation.

## III.      FACTS COMMON TO ALL ALLEGATIONS

6.      Plaintiff incorporates by reference paragraphs 1 through 5 above, as if fully set

forth herein.

7.      On or about December 22, 2005 plaintiff entered into a time and materials

contract with GW (the "Agreement").  (Agreement attached as Ex. 1, and incorporated herein by

reference).  Pursuant to the Agreement, GW agreed that Richmar, an independent contractor,

would develop a computer system to manage electronic documents for GW.  This included

designing computer system architecture for defendant, which would permit GW to convert its hard copy records to digital form, and to be able to retrieve information in these digitized documents by certain searches, including by name, subject matter and classification. Pursuant to the Agreement GW would provide the requirements of the system to Richmar.

8.      Pursuant to the Agreement, Richmar developed a computer program named the Document and Case Management System ('the "DCMS Computer Program" or "DCMS"). The DCMS Computer Program permits interfacing and employee and document searching between programs known as Documentum and Banner. Digitized documents are maintained in Documentum. Banner provides security for the computer system, and is designed to permit employees access to information dependent on their security classification. Richmar's DCMS merges the functions of the two programs, controls the method of search and provides a back bone architecture that can permit expansion of the DCMS Computer Program for all university activities and records.

9.      The Agreement did not confer ownership to GW of the copyright in the DCMS Computer Program to be developed by Richmar pursuant to the Agreement.

10.     Richmar secured the services of Impact Innovations Systems, Inc., to create the DCMS Computer Program, which assigned all right, title and interest in and to such work to Richmar.

11.     Richmar registered its claim of copyright in the DCMS Computer Program and secured Certificate of Copyright Registration No. TX-6-537-700 therefore, which registration was issued May 3, 2007, effective April 16, 2007 by the United States Copyright Office, a true copy of which is attached hereto as Ex. 2.

12.    As Richmar would own the creative work developed under the Agreement, and recognized the potential market value of such a system,  Richmar agreed to a below market rate for its services, and also invested, at the request of GW, thousands of dollars of its time to develop the system, deliver the system by December 18, 2006 and develop an expanded prototype for GW's Office of Financial Aid.

13.    Richmar recognized that the copyrighted DCMS computer program would have broad application to other universities and colleges, which would present substantial economic opportunities for Richmar.  Further, the copyrighted DCMS Computer Program and system would permit a first-of-a-kind integration of the Documentum (electronic documents) and Banner (university applications) systems and provide search capabilities to include *inter alia* university departments, students, undergraduate and graduate faculties.

14.    During the implementation of the Agreement, GW engaged in discussions with Richmar regarding the possibility of hosting the copyrighted DCMS Computer Program at GW, leasing the system to third parties and sharing in the revenues developed by Richmar.

15.    On March 30, 2006, GW issued a task order under the Agreement (the "Task Order," attached as Exhibit 3 and incorporated by reference herein) for Richmar to convert approximately 1,000,000 hard copy pages to digital form and for loading these images with predefined document attributes.

16.    In approximately the middle of the development of the DCMS, on or about September, 2006, David Schwartz, GW's former head of its information technology department, known as Information Services System ("ISS") left GW.  Thereafter, GW's DCMS project manager, Anne-Marie Taylor, also began to be transitioned out and left GW in January, 2007.  In September, 2006, Ronald Bonig was named GW's Interim Chief Information Officer ("CIO").

4

17.     On or about November, 2006, GW informed Richmar that they would not require the first release ("First Version) to include a feature that had been considered by GW for inclusion in the DCMS Computer Program, a "Document Only" search feature, because they did not want to delay implementation of the copyrighted DCMS. Richmar was directed not to continue development of this feature. It was also agreed by Richmar and GW that after release of the First Version, Richmar would no longer be paid under the Agreement for further development of the DCMS. Richmar, was requested, however, to complete the scanning services under the March 30, 2006 Task Order.

18.     On December 18, 2006, the First Version of DCMS Computer Program was successfully activated and has been in use by GW since that date.

19.     On January 4, 2007, Ronald C. Bonig, GW's Interim CIO sent a letter to Richard Gordon, Richmar's president. The letter requested that Richmar agree to a contract extension (beyond the then expiration date of January 8, 2007) in order to complete additional work on the DCMS Computer Program and to complete the scanning project. Bonig also attached a punch list of items to be completed before the expiration of the Agreement. (Letter and punchlist attached as Ex. 4).

20.     In his January 4, 2007 letter, Bonig promised that if Richmar would perform the close out punch list items, including the scanning project, that "[u]pon satisfactory completion of the tasks . . . payment would be made by GWU in accordance with section 7 of the Contract." (Ex. 4).

21.     Also included in Bonig's punch list was for a request that Richmar remove all code and requirements and design documents regarding the DCMS from Richmar's own computers. By letter of January 5, 2007, Richmar's Gordon advised Bonig that Richmar was

under no obligation to send GW the DCMS Computer Program codes, requirement and design documents. Richmar additionally informed Bonig that if there was no agreement as of January 8, 2007 to extend the Agreement, Richmar would cease providing services to GW.  (Letter attached as Ex. 5).

22.    After Richmar objected to this provision, as it understood that under the Agreement Richmar was the owner of the underlying computer program and code, GW in a letter dated January 5, 2007 from Bonig to Gordon, agreed to withdraw these item from the punch list. (Letter attached as Ex. 6).

23.    Also, in response to Richmar's January 5 letter, Bonig replied on January 5, 2007, stating, *inter alia*, that "it was not our intention to make RICHMAR erase its own intellectual property---which legally we would have no right to do anyway," (Ex. 6) reflecting GW's recognition of Richmar's ownership rights in and to the DCMS Computer Program.

24.    Based upon GW's representation, Richmar agreed to complete the punch list on the First Version and agreed to proceed with the scanning as agreed (the "Punch List Agreement"), and Richmar then counter-signed Bonig's January 5, 2007 letter.

25.    Subsequent to December 18, 2006 and until on or about February 26, 2007, Richmar continued to complete scanning the GW documents into the DCMS system, in arriving substantial costs, including subcontractor expenses.

26.    Subsequent to GW's January 5, 2007 letter (Ex. 6) GW paid all outstanding invoices for the development and installation of the DCMS Computer Program.  At no time, prior to paying these invoices, did GW advise Richmar that it believed that the invoices were not justified, supported, or earned or that GW was dissatisfied with the system.

6

27.    After entering the Punch List Agreement, Richmar completed its work on the DCMS and completed the scanning Task Order and sent invoices to GW for the scanning project as follows (Attached as Ex. 7):

- January 5, 2007       (Invoices 23-S)       $71,350.80
- January 18, 2007       Invoice 24-S       71,476.67
- February 5, 2007       Invoice 25-S       69,715.69
- February 26, 2007       Invoice 26-S       20,881.01

28.    The total of the four invoices is $233,424.17.

29.    In March, 2007, Richmar not having been paid for its scanning services, made repeated requests for payment of the invoices.

30.    On March 23, 2007 GW's Bonig wrote to Richmar's Gordon and for the first time informed Richmar that GW was not satisfied with Richmar's work in developing the DCMS and would therefore refuse to honor the invoices for the scanning work.

31.    Richmar has sought on numerous occasions, including twice on April 5 and 9, 2007 by letter from its counsel to GW's counsel, to have GW inform Richmar of what their specific grievances were regarding the DCMS. GW has refused to provide this information to Richmar. As such, Richmar has been unable to determine if there is a possibility to cure any alleged grievance, or otherwise inform itself of GW's complaints.

32.    At no time while Richmar was developing the DCMS or conducting the scanning project did GW claim that it had not received value for Richmar's services or threaten to withhold payment.

33.    In April, 2007, without authorization from Richmar, GW provided access to the DCMS Code to an outside computer consultant who is a competitor of Richmar in violation of

Richmar's copyright in the DCMS Computer Program. This exposure poses an immediate and irreparable threat to Richmar's exclusive rights to the DCMS Computer Program and to exclusively market the DCMS to universities and colleges.

34.     GW itself provides commercial computer services to outside parties, including, leasing computer space and providing computer services and personnel.

## CAUSES OF ACTION

### COUNT I
(Copyright Infringement under 17 U.S.C. § 501-Richmar)

35.     Plaintiff Richmar incorporates by reference paragraphs 1 through 34 above, as if fully set forth herein.

36.     This count is for copyright infringement and arises under the Copyright Act of 1976, 17 U.S.C. § 501, *et. seq.*

37.     Richmar is the owner of all claim of copyright in and to the copyrighted DCMS Computer Program and has registered its claim of copyright therein and secured a Certificate of Copyright Registration No. TX 6-537-700 therefore, which registration was issued on May 3, 2007, effective April 16, 2007 by the United States Copyright Office. Richmar owns the exclusive rights, among others, to reproduce, distribute, publicly display, and prepare derivative works based upon this work.

38.     Pursuant to the Agreement, GW had access to the code of the copyrighted DCMS Computer Program.

39.     GW is not authorized by Richmar to reproduce, distribute, publicly display, or prepare derivative works based upon Richmar's DCMS Computer Program. GW has never requested or obtained a license from Richmar to copy, modify or alter the code of the copyrighted DCMS Computer Program. Any such reproduction, distribution, public display,

8

and/or preparation of derivative works by modifying or altering the computer code is unlawful under Title 17 of the United States Code.

40.    GW has reproduced, and/or prepared derivative works based on Richmar's copyrighted DCMS Computer Program by modifying or altering the computer code without authorization of Richmar. On information and belief, on or about March, 2007, in order to add to the copyrighted DCMS Computer Program, *inter alia*, the Document Only Search feature, GW copied some or all of Richmar's DCMS Computer Program and modified and changed certain portions of the program code, and/or provided access to third parties, competitors of Richmar for such purposes.

41.    Under the Copyright Act of 1976, where an agreement does not expressly provide that the party commissioning the work, here GW, shall be the copyright owner, copyright ownership is vested in the creator, here Richmar. As such, under the Agreement, Richmar obtained ownership to those programs created by it.

42.    By agreeing to develop the system as well as perform the scanning project for below market rates and, at times, working for free, Richmar has made a substantial and valuable investment of time and money in developing the DCMS Computer Program.

43.    By making unauthorized modifications and alterations to the copyrighted DCMS Computer Program code GW has prepared an unauthorized derivative work based on the copyrighted DCMS Computer Program code, and has unlawfully and willfully infringed, and continues willfully to infringe on plaintiff Richmar's exclusive rights under the Copyright Act.

44.    As a consequence of the foregoing infringement, plaintiff Richmar has suffered, and will continue to suffer, substantial damages and irreparable injury to its business and to its

9

copyright in the copyrighted DCMS Computer Program, in an amount yet to be calculated. ownership rights in the DCMS.

45.    Richmar has no adequate remedy at law.

46.    Further irreparable harm to Richmar is imminent as a result of defendant GW's conduct. Richmar is entitled to an injunction restraining defendant GW, its officers, directors, agents, employees and all persons acting in concert with them from engaging in further such acts of copyright infringement.

### COUNT II
(Breach of Contract-Richmar )

47.    Plaintiff Richmar incorporates by reference paragraphs 1 through 46 above, as if fully set forth herein.

48.    Defendant GW has breached the Agreement, Task Order and Punch List Agreement by refusing to pay for Richmar's scanning services.

49.    As a result Richmar has suffered substantial monetary loss and damage in an amount to be proven at trial, which includes, but is not limited to, monies owed under the Agreement, the Task Order and the Punch List Agreement, lost business opportunities and lost profits.

### COUNT III
(Fraud and Deceit-Richmar)

50.    Plaintiff Richmar incorporates by reference paragraphs 1 through 49 above, as if fully set forth herein.

51.    On or about January 4 and 5, 2007, defendant GW's agent and servant, Ronald Bonig made material misrepresentations of fact to Richmar and withheld material information from Richmar. Specifically, Bonig represented that GW would pay Richmar for development of

the copyrighted DCMS if Richmar would agree to complete the Punch List items for the First

Version and complete the scanning services under the Task Order.

52.    Bonig had a duty not to mislead the plaintiff. Bonig knew that his representations

would be understood by Richmar to mean that GW was satisfied with the DCMS Computer

Program and would pay for the development and implementation of the DCMS without set off, if

Richmar finished the Punch List items on the DCMS Computer Program and continued with the

scanning project. On information and belief, Bonig knowing that GW did not own the copyright

to the DCMS, and would require a license from Richmar to alter and modify the DCMS

computer program sought to gain bargaining leverage over Richmar by inducing Richmar to

continue performing the scanning work knowing that GW would not to pay Richmar for its

scanning services, and would falsely allege defects in the DCMS in order to prevent Richmar

from asserting its copyright interests or being paid to develop modifications and add-ons to the

DCMS. .

53.    Richmar relied on the misrepresentations, half-truths and concealments made by

Bonig that it was satisfied with the DCMS and would not withhold payment for development

and such reliance was justifiable under the circumstances.

54.    As a result of defendant's fraud and deceit plaintiff Richmar has suffered

substantial monetary loss and damage in an amount to be proven at trial. Further the conduct of

GW's agent warrants the imposition of punitive damages against defendant.

## COUNT IV
### (Negligent Misrepresentation-Richmar)

55.    Plaintiff Richmar incorporates by reference paragraphs 1 through 54 above, as if

fully set forth herein.

56.    Defendant GW had a duty of reasonable care in communicating the terms and conditions of the Punch List Agreement.

57.    Defendant breached its duty by negligently making false representations and omissions regarding the term of the Punch List Agreement that it would pay for the DCMS development work before it was in a position to make such representation.

58.    Defendant's misrepresentations and concealments were designed and intended to induce plaintiff Richmar to act in reliance thereon by completing the DCMS punch list and completing the scanning project.

59.    Defendant knew, or in the exercise of reasonable care should have known that Richmar would rely on their misrepresentations and omissions, and that such reliance would result in loss or injury to Richmar.

60.    As a result of defendant's negligence, Richmar suffered substantial monetary loss and damages in an amount to be proven at trial.

## COUNT V
### (Promissory Estoppel)

61.    Plaintiff Richmar incorporates by reference paragraphs 1 through 60 above, as if fully set forth herein.

62.    On January 4 and 5, 2007 defendant, through its agent and servant, Ronald Bonig, made a promise to Richmar that if Richmar completed the DCMS development work as included in the punch list that GW would pay for the development of the DCMS.

63.    Defendant, through its agent and servant, Ronald Bonig, reasonably expected that this promise would induce Richmar to complete the development work and continue on the scanning project.

64.    The defendant's promise induced Richmar to complete the development work in the Punch List and to continue performing scanning services.

65.    Defendant has refused to honor its promise by withholding payments for the scanning services, now claiming defects in the development of the DCMS.

66.    Richmar has relied to its detriment on defendant's promise, in that it has paid out monies to employees, subcontractors and consultants for scanning services, and is now in danger of going out of business.

67.    Justice requires that Richmar be paid for the scanning services.

## COUNT VI
### (Breach of Contract – Federal National)

68.    Plaintiff Federal National incorporates by reference paragraphs 1 through 67 above, as if fully set forth herein.

69.    Pursuant to the Master Factoring Agreement, Federal National purchased from Richmar the four (4) unpaid invoices described in paragraph 27 above, and in payment thereof has advanced to Richmar an amount not less than $198,410 for the assignment to Federal National of the all sums due or to become due under said invoices.

70.    On or about January 23 and 24, 2006, Federal National and Richmar both provided GW with written and authenticated notices of the assignment, directing GW to make all remittances to Federal National.  (Notices attached as Exhibit 8).  Said notices have not been rescinded or revoked, and remain in full force and effect. After receipt of the notices, GW sent all remittances under the Agreement to Federal National as requested in the notices.

71.    By applicable law (Uniform Commercial Code, Section 9-406(a)), GW may not discharge its obligation under the Agreement by paying Richmar, but may only discharge such

obligation by payment to Federal National pursuant to the authenticated notices of assignment and payment directives described in paragraph 70 above.

72.    All sums payable under the Agreement are due and payable to Federal National, as assignee of and for the account of Richmar. Federal National has made demand for payment upon GW, which has refused and does continue to refuse to make any payment to Federal National under the Agreement.

**COUNT VII**
(Equitable Estoppel – Federal National and Richmar)

73.    Plaintiffs incorporate by reference paragraphs 1 through 72 as if fully set forth herein.

74.    Between February 2, 2006, and December 18, 2006, Richmar submitted not less than 22 invoices to GW. Each of said invoices was accompanied by an Invoice Verification Form provided by Federal National (invoices and corresponding Invoice Verification Forms attached hereto as Exhibit 9, collectively).

75.    During all relevant times, representatives of GW and Federal National were in direct contact regarding the status of payments of invoices submitted by Richmar to GW. GW knew that the purpose of each Invoice Verification Form was to provide assurance to both Richmar and Federal National under their financing arrangement that the corresponding invoice had, in fact, been received by GW. GW knew that Federal National and Richmar would rely on such assurance by GW as a condition precedent to Federal National's advancing funds to Richmar for the purchase of the account receivable evidenced by the invoice.

76.    GW signed each Invoice Verification Form for the not less than 22 invoices identified in Exhibit 9 and returned each of the signed Invoice Verification Forms to Federal National. Thereafter, GW paid each of the invoiced amounts to Federal National, in full, without

deduction or setoff, thereby establishing a course of dealing upon which Federal National and Richmar relied.

77.    Based on such course of dealing, GW knew that by signing the Invoice Verification Forms relating to the 4 unpaid invoices identified in Paragraph 27, Federal National would purchase the accounts and advance funds to Richmar.

78.    In addition, by letter dated January 4, 2007, GW's agent and servant, Ronald Bonig provided assurance to Richmar that upon completion of the tasks referred to therein, Richmar could invoice GW and payment would be made by GW.

79.    Richmar relied on such assurances to its detriment by rendering services to GW as requested, in the expectation that its services would be paid for. Federal National relied on such assurances to its detriment by advancing funds to Richmar, and purchasing the accounts evidenced by the invoices.

80.    Equity requires that GW be estopped from contradicting or denying the legal effect of its representations and promises.

**COUNT VIII**
(Intentional Misrepresentation – Federal National)

81.    Plaintiff Federal National incorporates by reference paragraphs 1 through 80 as if fully set forth herein.

82.    During all relevant times, representatives of GW and Federal National were in direct contact regarding the status of payments of invoices submitted by Richmar to GW. At no time prior to the completion of the services evidenced by the 4 unpaid invoices described in paragraph 27 did GW assert to Federal National that it held offsetting claims, defenses and contract disputes relating to the DCMS or that the invoices for such services would not be paid.

Only after the final invoice was issued and GW issued to Richmar and Federal National an Invoice Verification Form, acknowledging receipt of the final invoice, did GW, for the first time, state that it would not pay the invoices.

83.    The existence of contract claims, defenses and contract disputes relating to the DCMS that would be asserted by GW as an offset to payment of the final 4 invoices was a material fact, which Defendant GW had a duty to disclose to Richmar and to Federal National. Instead, it concealed such claims, defenses and contract disputes from Federal National.

84.    GW's concealment of a material fact, which GW had a duty to disclose to Federal National, constitutes an intentional misrepresentation.

85.    As a result of GW's misrepresentation, Federal National has suffered damages.

### COUNT IX
### (Fraud and Deceit-Federal National)

86.    Plaintiff Federal National incorporates by reference paragraphs 1 through 85 above, as if fully set forth herein.

87.    By letter dated January 4, 2007, GW's agent and servant, Ronald Bonig, provided assurance to Richmar that upon completion of the tasks referred to therein, Richmar could invoice GW and payment would be made by GW.  GW knew or had reason to know that Richmar would send a copy of that letter to Federal National as evidence of GW's intention to pay for completion of its contract with GW.

88.    In addition, GW knew that by signing the Invoice Verification Forms relating to the 4 unpaid invoices identified in Paragraph 27, and concealing the fact that it held claims and defenses to payment of said invoices, Federal National would purchase the accounts and advance funds to Richmar.

89.     GW's actions, statements and communication to Richmar and Federal National between December, 2006, and February, 2007, were for the sole purpose of inducing Richmar to complete its work for GW by falsely representing that Richmar's invoices had been received, and would be paid. GW had no intention of paying the invoices, but by making false and misleading representations, GW obtained Richmar's performance of its remaining work under its contract..

90.     GW had a duty not to mislead Federal National. GW understood that if Federal National knew that GW asserted claims or defenses to further payment, Federal National would not provide additional financing to Richmar, and that, denied its working capital, Richmar would be unable to perform its scanning services.

91     As a result of GW's fraud and deceit, plaintiff Federal National has suffered substantial monetary loss and damage in an amount to be proven at trial.

## COUNT X
### (Negligent Misrepresentation – Federal National)

92.     Plaintiff Federal National incorporates by reference paragraphs 1 through 91 above, as if fully set forth herein.

93.     Defendant GW had a duty of reasonable care in communicating material facts to Federal National. The existence of claims, defenses and contract disputes relating to the DCMS, that GW would assert as an offset to payment of the 4 invoices identified in Paragraph 27, was a material fact.

94.     Defendant had a duty to investigate and determine if it held any claims or defenses to payment of the invoices identified in Paragraph 27 and to communicate such claims or defenses to Federal National.

95.    Defendant GW negligently failed to make such an investigation. Defendant GW negligently failed to communicate to Federal National that an investigation had resulted in the finding of such claims, defenses and contract disputes relating to the DCMS. In either case, such negligence resulted in the failure to communicate a material fact to Federal National.

96.    Defendant GW knew, or in the exercise of reasonable care should have known, that Federal National would rely on GW's representations, that any negligent misrepresentation would be relied upon by Federal National to its detriment, and that such reliance would result in loss or injury to Federal National.

97.    As a result of Defendant GW's negligence, Federal National has suffered damages.

## RELIEF

WHEREFORE, plaintiffs pray for the following relief:

A.    **As to Count I:**

Judgment to be entered in favor of Richmar and against GW that:

(a)    GW has infringed Richmar's copyright as set forth in this Verified Complaint;

(b)    that this Court issue a temporary restraining order, preliminary and permanent injunctions ordering defendant to return to plaintiff Richmar all copies of the DCMS source code;

(c)    The issuance of a temporary restraining order, preliminary and permanent injunctions preventing defendant, its officers, servants, employees, agents and all other persons acting by, through, or under each of them from copying, publicly displaying, distributing or in any way modifying, altering or otherwise creating derivative works from or based upon the

copyrighted DCMS Computer Program, or otherwise violating Richmar's copyright, and related common law rights, as set forth in this Verified Complaint;

(d)    The issuance of a temporary restraining order, preliminary and permanent injunction enjoining defendant and all other persons working in concert with it from in any manner commercially exploiting the DCMS; and

(e)    Judgment against the defendant, awarding to plaintiff Richmar its actual damages. as well as defendant's profits attributable to infringement of Richmar's copyright in an amount to be determined at trial or statutory damages in an amount of $150,000 per infringement, at plaintiff Richmar's election before the entry of final judgment.

**B.**    **As to Count II:**        Compensatory damages in amounts to be proven at trial;

**C.**    **As to Counts III:**      Compensatory and punitive damages in amounts to be proven at trial.

**D.**    **As to Count IV and V:**    Compensatory damages

**E.**    **As to Count VI:**        That judgment be entered in favor of the Federal National Commercial, Inc. against the defendant GW in the liquidated amount of $233,424.17, plus costs, interest, and  attorneys' incurred in this action.

**F.**    **As to Count VII:**       Equitable relief, injunctive relief and compensatory damages.

**G.**    **As to Count VIII:**      Compensatory and punitive damages.

**H.**    **As to Count IX:**        Compensatory and punitive damages.

**I.**    **As to Count X:**         Compensatory damages

**F.**    **As to all Counts I through X:**

(a)    Prejudgment interest;

(b)    An award to plaintiffs their costs and attorneys' incurred in this action; and

(c)    Such further relief as this Court deems just.


Geoffrey P. Gitner (D.C. Bar No. 176479)
Law Offices of Geoffrey P. Gitner
Watergate, Twelfth Floor
600 New Hampshire Ave., N.W.
Washington, D.C.  20037
Ph: (202) 772-5926
GGitner@Gitnerlaw.com

Leslie J. Polt (D.C. Bar No. 496179)
Adelberg, Rudlow, Dorf & Hendler, LLC
7 St. Paul Street, Suite 600
Baltimore, MD 21202-1612
Ph: (410) 986-0832
LPolt@AdelbergRudow.com

## **VERIFICATION**

### **CUS4, Inc.**

I, Richard Gordon, as the president of Richmar & Associates, declare under penalty of perjury that I have knowledge regarding paragraphs 3 through 67 and the foregoing is true and correct. to the best of my knowledge and belief.

DATED: 5-22-07

Richard Gordon, Jr.

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 22, 2007 a copy of the foregoing First Amended Complaint was sent

in the following manner to:

*By hand delivery:*

James Thomas, Esq.
Arnold & Porter, LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Counsel for Defendant

*By first class mail:*

Leslie J. Polt, Esq.
Adelberg, Rudlow, Dorf & Hendler, LLC
7 St. Paul Street, Suite 600
Baltimore, MD 21202-1612
Counsel for Federal National

Geoffrey P. Gitner

# Exhibit 1

# CONTRACTUAL AGREEMENT

This contractual agreement is entered into on December 22, 2005 between The George Washington University, hereafter referred to as GWU, with offices at 2121 Eye Street N.W., Washington, D.C. 20052, and RICHMAR & Associates, hereafter referred to as Contractor, with offices at 220 F Street N.W., Washington, D.C. 20002.

WHEREAS, GWU desires to employ the services of Contractor to perform certain tasks; and

WHEREAS, Contractor desires to perform certain tasks for GWU,

NOW, THEREFORE, GWU and Contractor agree as follows:

## 1. DESCRIPTION OF SERVICES
Contractor will perform certain services such as helping to design a computer system architecture for GWU, installing and configuring the Documentum package for use by the Human Resources and Contract Management departments, and other tasks that may be specified by GWU.

GWU shall issue task orders against this contract for specific projects. Task orders shall be added to this contract as appendices.

Services Ordered (BASE) - The statement of work identifies the work to be accomplished. (See Appendix A) The cost includes estimated labor hours (by labor mix) at a fixed rate per hour for the applicable labor category. The minimum order shall be 80 hours.

## 2. PERIOD OF SERVICES
GWU retains Contractor to provide services and support for a period beginning January 9, 2006 and terminating January 8, 2007. This agreement may be renewed for additional one year periods upon the mutual agreement of the parties.

## 3. TERMINATION
This agreement shall end upon the termination date; or upon 30 day written notice from one party to the other; or upon the breach of any of the requirements contained herein. In the event of such termination, GWU's obligations shall be limited to payment for services performed prior to such termination and reimbursement of expenses incurred.

## 4. CONTRACTOR PERSONNEL
Contractor shall provide personnel to provide services to GWU, after approval of proposed personnel by GWU.

## 5. REPORTS
When requested, Contractor agrees to furnish written letter reports covering the results of its services, including services on tasks not completed due to termination of this agreement, and recommendations based thereon. Such reports shall be written and prepared in such fashion as to give GWU full and free use thereof, without limitation of any sort.

## 6. PROFESSIONAL CAPACITY OF CONTRACTOR

It is understood that the services Contractor will perform hereunder will be in its professional capacity as a Contractor and as an independent contractor; and that at no time shall any employee or subcontractor of Contractor be deemed to be an employee or agent of GWU, nor shall any employee or subcontractor of Contractor have authority to obligate GWU in any manner.

## 7. INVOICING

Payments for services shall be made upon receipt of invoices from Contractor on which Contractor will certify that services were rendered. Contractor shall render invoices on a monthly basis following the month in which services were rendered.

Any expenses to be incurred by Contractor shall be approved in advance in conformance with the usual and customary expense guidelines of GWU. Expense reimbursements will be submitted with itemized expenses and receipts for airline tickets, hotel expenses, and other expenses which GWU may reasonably require.

All invoices shall be submitted to: GWU, Attention: Accounts Payable. Contractor shall maintain appropriate time and expense records pertaining to the services performed under this agreement. Said records shall be subject to examination and audit by GWU.

## 8. ASSIGNMENT

No rights under this agreement may be assigned, and no obligations hereunder may be assumed by any person, agent, or company other than Contractor without the prior written approval of GWU. Contractor agrees to provide Jim Gearing as its representative.

## 9. INSURANCE

Contractor shall carry business liability insurance in the face amount of $4 million. Contractor shall also provide worker's compensation insurance and unemployment insurance for its employees.

## 10. CONFIDENTIAL INFORMATION

In the course of this agreement, Contractor may become familiar with confidential and sensitive information about the operation of GWU, GWU's employees, or GWU's students. Contractors recognizes the sensitivity and confidentiality of this information and agrees that its employees and subcontractors shall not at any time, during or after the term of this agreement, disclose to any person, firm, or other agent any confidential information, except under court order.

## 11. FULL FORCE

Contractor declares that there is no agreement between it and any other person, firm, or corporation which could cause this agreement not to have full force and effect.

## 12. GOVERNING LAW

This agreement shall be governed by and construed in accordance with the laws of the District of Columbia.

Page 3 of 3

## 13. ENTIRE AGREEMENT

The parties of this agreement mutually agree that this agreement contains the final and entire agreement between the parties, and neither they nor their agents shall be bound by any terms, conditions, statements, warranties or representations, oral or written, not herein contained.

## 14. WRITTEN AGREEMENT

This agreement shall not be varied in its terms by any oral agreement or representation or otherwise than by an instrument in writing of subsequent date by both parties hereto.

**The George Washington University**

By: _____
Louis H. Katz

Title:   Executive Vice President and Treasurer

Date: ___1/4/06___

**RICHMAR and Associates**

By: _____
Richard Gordon, Jr.

Title: President/CEO

Date: ___12/22/05___

**APPENDICES**

APPENDIX A

**Statement of Work (SOW) for Record Management System, Upgrades and Enhancements**

**1.0    Introduction**
This effort requires the Contractor to provide technical and management support to The George Washington University for the System Architecture and Documentum package system upgrades and enhancements.

The George Washington University needs the ability to readily account for critical Human Resource Management documents and records that may be maintained across the enterprise, and to establish better accountability for the costs and support of corporate goals and objectives for Contracts reaching the funding stage.    A workgroup with members from the enterprise applications group are tasked with enhancing the University's records management system with additional functions, storage/retrieval capabilities and multiple search/report functions.    The workgroup has identified enhancements and upgrades to be made to the University's computer system architecture and Documentum package.

**2.0    Scope**

The contractor shall provide quality technical, engineering, analytical, planning, and administrative support to GWU's enterprise application workgroup's Record Management systems.    The contractor shall furnish and make available all personnel, supplies, equipment, materials, data, facilities, and services necessary to assist the GWU Workgroup in accomplishing its mission.    As directed by GWU, the contractor may also be required to interface with system integration contractors, equipment manufacturers, University personnel, and various GWU organizations.

**3.0    Requirements**

The contractor shall provide all of the necessary technical engineering, operations research, business, and administrative support such as: planning, organizing, managing, coordinating, and tracking (e.g., report management, cost/schedule/performance measurement, risk management, component procurement management, system engineering management, resource management, data management) required to perform all of the activities successfully as required in accordance with this SOW.

**3.1    Technical Support Tasks**

A.  The Contractor shall set up the System Architecture and Documentum application workspace, users and permissions. This shall include the development of impact statements relating to technical feasibility, cost and schedule considerations, along with supporting documentation associated with those functions.

B.  The Contractor shall set up organizational and document attributes for the database structure.

C. The Contractor shall design data entry workflow and entry forms that represent the user interface.

## 3.2    Managerial Support Tasks

A. The Contractor shall attend weekly progress meetings with the GWU Workgroup.

B. The Contractor may be required to attend an initial "kick-off" meeting prior to regular weekly progress meetings to where the GWU Project Manager (PM) will provide necessary technical direction within the scope of the statement of work. If any questions arise as to whether any prescribed direction is not within the SOW, the Contractor must contact the GWU PM immediately prior to expending any effort, which is believed to be outside the scope of the SOW.

## 3.3    Administrative Support

A. The Contractor shall develop and prepare briefing packages, brochures, handouts and other information materials in various media. The Contractor shall plan and schedule conferences and meetings including the administration of background and support material.

B. The Contractor shall organize, prepare and execute GWU Workgroup displays and exhibits for technical conferences and shall make project briefings as required. The Contractor shall provide and/or conduct briefings or briefing material on any project information. The Contractor shall take minutes of all project meetings attended. The contractor shall include in the minutes the names of attendees/positions, organizations, phone numbers, and addresses of all persons attending meetings. All minutes of meetings shall be reviewed and approved by the GWU. The contractor shall incorporate all GWU comments into minutes and forward the minutes to the GWU for distribution. The contractor shall not distribute meeting minutes unless directed in writing by the GWU. The contractor's attendance on all meetings shall first be approved by the GWU prior to attendance.

C. The contractor shall perform the GWU Workgroup routine office administration as directed.

D. The Contractor shall arrange and facilitate meetings as directed by the GWU.

## 3.4    Program Management

The contractor shall efficiently and effectively manage the performance under this contract to ensure all the necessary technical, business, and administrative planning; organizing; managing; coordinating; and tracking (e.g., cost, schedule, deliverables), performance management, risk management, component procurement management, system engineering management, resource management, data management, and subcontract management required to perform all the activities successfully as required in the SOW. The Contractor representative is the primary point of contact for work to be performed under the resultant contract. The Contactor shall keep

the GWU Workgroup informed of any potential problems and make recommendations for solutions.

The Contractor shall ensure that assignments are completed in a thorough and timely manner and prepare written documentation of accomplishments. The GWU requirements in performing this contract demand that the Contractor's engineering, technical, analytical, and administrative support and the level of expertise, experience, and demonstrated performance of contractor personnel providing the services must be at the highest level of providing quality support.

The Contractor shall provide sufficient personnel, both in number and qualification to perform work described herein.

The Contractor shall provide sufficient oversight and supervision of the contract in order to ensure all employees are functioning within their designated labor categories and at acceptable levels of performance, and are performing their designated assignments in a timely manner and that all reporting requirements are honored. The Contractor shall provide a quality assurance system to ensure the University receives quality services as specified in the SOW.

## 3.5    Documentation

### 3.5.1    General Requirements

The Contractor shall coordinate with the GWU Workgroup on all reports, letters, memoranda, project documentation, minutes of meetings, steering committee reports, weekly reports, telephone conversation reports, trip reports and other written material. All documents shall be coordinated through the PM or designee prior to distribution. Further, all documents that will be distributed outside the GWU shall be reviewed for sensitive and/or classified information prior to any distribution of draft or final versions of those documents.

### 3.5.2    Document Review

The Contractor shall provide support to the GWU in the writing and/or reviewing of GWU program documentation. All documents prepared by the contractor shall be on the behalf of the GWU and the contractor may not independently publish or distribute any document without prior written permission from the GWU. The contractor shall review and provide written comments on the technical accuracy and completeness of each document. No documents, reports, information, etc., may be released to the public or provided to any party other than the GWU and it's contractors without review and written approval of the GWU.

### 3.6    Reporting Requirements

The Contractor shall provide a monthly steering report to the PM in letter format. The report shall describe the work accomplished during the reporting period, discuss problems encountered and corrective action taken, pending issues and work planned for the next period. In particular, the report shall address the extent to which any problems or circumstances will cause conflicts with the GWU project schedule.

Dec 21 06 01:38p    Richard Gordon, Jr

The Contractor shall provide a monthly detailed breakdown of funds expended during the reporting period, including a breakdown of labor hours utilized by the contractor and any subcontractor, associated labor costs, material costs and other direct costs incurred.

The Contractor shall deliver each steering report no later than the fifth working day of the month following the reporting period.

The Contractor shall provide a weekly briefing to the PM, which will be followed by a written narrative/summary of any agreements/resolutions. The briefing may include alternatives, findings and recommendations concerning problems encountered and corrective action taken, pending issues and work planned for the next week. In particular, the briefing shall address the extent to which any problems or circumstances may cause conflicts with the GWU project schedule.

## 3.7    Deliverables

| Deliverable | Delivery Date |
|---|---|
| System Requirements and Design | March 06, 2006 |
| Upgrade Documentum to version 5.3 | March 20, 2006 |
| Develop General Use Documentum module | April 03, 2006 |
| Develop Human Resources Documentum module | April 24, 2006 |
| Load Human Resources Documents and Records | May 08, 2006 |
| Develop Contract Administration Documentum module | May 29, 2006 |
| Load Contract Administration Documents and Records | June 12, 2006 |
| Develop enhanced system user interface | TBD |
| Develop enhanced reporting capabilities | TBD |
| Modify database tables and attribute structures | TBD |
| Develop archival database subsystem | TBD |
| Develop and deliver long term system support plan | TBD |
| Develop Training Package for Administrators/Webmasters | TBD |
| Deliver Training to Administrators/Webmasters | TBD |

## A. PERSONNEL

| Labor Category | Rates | Hours | Cost |
|---|---|---|---|
| Executive Management Consultant | $ 150.00 | | |
| Senior Engineer | $ 144.00 | | |
| Senior Management Consultant | $ 125.00 | | |
| Systems Analyst | $  98.00 | | |
| Quality Analyst | $  85.05 | | |
| Help Desk Specialist | $  45.00 | | |
| Administrative Assistant | $  33.67 | | |
| Total | | | |

## B. TASK ORDERS

# Exhibit 2

# TASK ORDER

This task order is issued on March 29, 2006 by the George Washington University, hereafter referred to as GW, with offices at 2121 Eye Street N.W., Washington, D.C. 20052, to RICHMAR & Associates, hereafter referred to as Contractor, with offices at 220 F Street N.W., Washington, D.C. 20002.

Special provisions attached to and hereby made part of thereof, the contract dated December 22, 2005 to design the computer system architecture for GW, installing and configuring the Documentum package for use by the Human Resources.

WHEREAS, GW desires to employ the services of Contractor to perform certain additional tasks; and

WHEREAS, Contractor desires to perform certain additional tasks for GW,

NOW, THEREFORE, GW and Contractor agree as follows:

## DESCRIPTION OF SERVICES
Contractor will perform additional services such as helping to convert paper document to digital images and loading these images with predefined document attributes into the GW Documentum package for use by the Human Resources.

## WRITTEN AGREEMENT
The parties of this agreement mutually agree that this task order contains the final and entire agreement between the parties, and neither they nor their agents shall be bound by any terms, conditions, statements, warranties or representations, oral or written, not herein contained.
This task order shall not be varied in its terms by any oral agreement or representation or otherwise than by an instrument in writing of subsequent date by both parties hereto.


George Washington University

By: _____
(name)

Title: _DEP. CFO_

Date: _3/29/06_


RICHMAR and Associates

By: _____
    Richard Gordon, Jr.

Title: President/CEO

Date: _3/30/06_


Rev. 3/30/2006

220 F Street N.E.
Washington DC 20002
202-544-2015-OFFICE
202-544-2016-FAX
www.richmar.info

**RICHMAR &
Associates**

**Welcome to
The New Way Of
Learning**

# Fax

**To:** PEGGY STEADMAN    **From:** RICHMAR (JIDE DADA)

**Fax:** 703 726 1922    **Pages:** 2

**Phone:** 703 726 1998    **Date:** 3/31/06.

**Re:** TASK ORDER    **cc:**

☐ Urgent    ☒ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● **Comments:**

As per your Facsimile on Task Order.

**Facsimile**

Date: March 30, 2006
Cover + 1

**To:** Jide Dada
**Fax #:** 202 544 2016

**From:**
Peggy Steadman
The George Washington University
703 726 1998 (tel)
703 726 1922 (fax)

NOTES:
Jide - The attached is for Richard's
signature as soon as possible.
After he signs, please fax to
me at the number above.
Thanks, Peggy

# Exhibit 3



THE GEORGE
WASHINGTON
UNIVERSITY
WASHINGTON DC

OFFICE OF THE CHIEF INFORMATION OFFICER

4 January 2007

**Via First Class Mail and Fax**

Richard Gordon, Jr.
President and CEO
Richmar & Associates
220 F Street, N.W.
Washington, D.C. 20002

**Re: Closeout of Contract with The George Washington University**

Dear Mr. Gordon:

The George Washington University ("GWU") and Richmar & Associates ("Contractor")
entered into a Contractual Agreement dated December 22, 2005 (the "Contract"). By its
terms, the Contract terminates January 8, 2007. Certain work remains to be completed by
Contractor under the Contract. The purpose of this letter is to evidence the agreement of
GWU and Contractor with respect to the closeout of the Contract.

Attached to this letter, and made a part hereof by reference, is the "DCMS Closeout List"
(the "List"). The parties agree that Contractor will undertake to complete the tasks set
forth on the List by the dates set forth for completion with respect to each task. To allow
for the completion of these tasks, the term of the Contract will remain in full force and
effect until the earlier of the date that all tasks are completed to the reasonable
satisfaction of GWU or February 15, 2007. Upon satisfactory completion of the tasks,
Contractor may invoice GWU for these services and payment will be made by GWU in
accordance with Section 7 of the Contract.

Except as modified by this letter, the Contract remains in full force and effect. In the
event of a conflict between the terms of the Contract and the terms of this letter, the terms
of this letter shall govern.

December 22, 2006
Page 2

I ask that you sign and return a copy of this letter to me to evidence your consent to its
terms. Of course if there are questions, please do not hesitate to let me know.

Sincerely,

Ronald C. Bonig
Interim Chief Information Officer

Agreed and Accepted this ____ day of January, 2007

Richard Gordon, Jr.
President and CEO
Richmar & Associates

Attachment: DCMS Closeout List

# Exhibit 4



*Advisors and Consultants*

725 East Capitol Street, SE
Washington, DC 20003
Phone (202) 544-2015
Facsimile (202) 544-2016


January 5, 2007

Ronald C. Bonig
Interim Chief Information Officer
801 22 Street, NW
Suite B-151
Washington, DC 20052

Dear Mr. Bonig:

We have reviewed the proposed contract extension for work that needs to be completed under the Contract. It was our understanding that the purpose of the contract extension was for the continuation of back scanning and indexing of HR documents that were recently delivered. However, based on our review, the proposal does not address the issues of continued back scanning and indexing.

Many of the items in the DCMS closeout our list have been accomplished or are almost complete. In cases where we have completed or scheduled the completion of an item it is indicated on the modified DCMS closeout checklist. However, RICHMAR is under no obligation to fulfill the requests in items 8-10 and we do not agree with those items.

Given the contract between the parties expires January 8, 2007, Sunday night at midnight, it is imperative that we resolve any outstanding issues between us concerning continued back scanning and indexing as soon as possible. Absent an agreement between the parties before the expiration of the existing contract, RICHMAR will terminate all work effective Sunday night at midnight and a new contract will be required.

We will be more than pleased to discuss this matter further. In the meantime, please do not hesitate to let me know if I can be of any other service.

Best regards

Richard Gordon, Jr.
President/CEO

Enclosure

| DCMS Closeout List | | |
|---|---|---|
| 1 | Provide Solution Design Document, and all other DCMS documentation prepared by Richmar. Documents should be provided in their current state; no other work should be done on documentation. Documents include the project notebook, documentation/working papers prepared by developers, any documentation prepared by Jim, etc. | Agree - Completed January 4, 2007 |
| 2 | Ensure all source code developed by Richmar is delivered to GW. It is believed that all DCMS release 1 source code has been received; Richmar asked to validate. | Agree - Completed December 5, 2007 |
| 3 | Turn over all source code developed for release 2 but not delivered. Source code to be delivered as is; no additional development should be done. Code to be delivered on DVD, with face-to-face turnover to review what is being delivered. | Agree - Completed December 5, 2007 |
| 4 | Turn over all source code developed for Flexible Framework (Jae said configuration modules was 90% complete). Source code to be delivered as is; no additional development should be done. Code to be delivered on DVD, with face-to-face turnover to review what is being delivered. | Agree - Completed December 5, 2007 |
| 5 | Deliver final list of form group/form names (back scan and go-forward names). Richmar will provide an updated list on 12/15/06 for go-live. Updates will be delivered as needed through 1/31/07 to ensure DCMS is in sync with delivery of indexed files/DVDs. A final list will be delivered once all indexing is completed and validated. | Agree |
| 6 | Deliver VPN tokens being used by Jae Lim, Wei, and Jim Gearing. Tokens to be retuned before 1/8/07 with exception of Jim's, his token will remain active through 1/31/07. | Agree |
| 7 | Deliver DVDs (original and a duplicate copy) of all indexed documents, and scanned images; along with Chain of Custody forms for each DVD. Associated master list updates to be provided with each DVD delivery. | Agree |
| 8 | Copies of code developed as part of the DCMS project must be erased from all developer machines, from backup media, etc. Erasure must ensure files are destroyed and un-retrievable. | Do Not Agree |
| 9 | Copies of documentation prepared as part of the DCMS project must be erased from all computers, backup medium, etc. Erasure must ensure files are destroyed and un-retrievable. | Do Not Agree |
| 10 | Paper copies of Project documents, files, DCMS code, etc., must be turned over to GW for destruction, or Richmar may choose to shred. | Do Not Agree |
| 11 | Erase all GW data that may on hard drives, portable backup drives, thumb drives, CDs, DVDs, etc., (i.e. files used to print PIDM pages, backups of images taken to MD, portable drives used to provide backups of images to GW, etc.). Erasure must ensure files are destroyed and un-retrievable. | Agree |

| | | |
|---|---|---|
| 12 | Erase all back scan Images from hard drives used at both scan operations. Erasure must ensure files are destroyed and un-retrievable. Erasure should not be done until GW has validated and accepted delivery; Final delivery to be validated by GW within two weeks of delivery. | Agree |
| 13 | Erase all indexed images and other files from hard drives used at both indexing operations. Erasure must ensure files are destroyed and un-retrievable. Erasure should not be done until GW has validated and accepted delivery; Final delivery to be validated by GW within two weeks of delivery. | Agree |
| **Note:** All agreed upon items on the Closeout List are to be completed as follows. All DCMS related items to be completed on or before 1/8/07. All back scan related items to be completed on or before 1/31/07 unless specifically specified on the closeout list. | | |

# Exhibit 5

JAN. 5. 2007 9:10PM    INER-APPLICATIONS    NO. 0070  P. 2



**THE GEORGE WASHINGTON UNIVERSITY**

WASHINGTON DC

RONALD C. BONIG
DEPUTY CHIEF INFORMATION OFFICER

INFORMATION SYSTEMS AND SERVICES

January 5, 2007

Via E-Mail
Richard Gordon, Jr.
President and CEO
Richmar & Associates
220 F Street, N.W.
Washington, D.C. 20002

Re:    Closeout of Contract with
The George Washington University

Dear Mr. Gordon:

It appears that my letter of January 4th to you was not as clear as it should have been resulting in unwarranted concerns. Please let me allay those concerns now as there was never any intention on the part of the University to require RICHMAR to destroy any of its own intellectual property. It was simply our intent to document the extension of the term of the Agreement to allow for the completion of the back scanning and indexing and, while we were at it, to address practical issues associated with the wind-down of this project.

Under the terms of the Agreement between RICHMAR and GW, RICHMAR agrees to prepare certain documents and documentation. Section 3.5.2 of the Statement of Work provides that such documents and documentation may not be provided to anyone other than GW without the review and written approval of GW. Further, Section 10 of the base Agreement requires that information obtained by RICHMAR from GW be held as confidential which again would mean it could not be released without the consent of GW. Given that the term of the Agreement is to end, rather than expect RICHMAR to store this information, we thought it made sense for us to say that it should be destroyed. That was the intent of items 8 – 10.

Subject to the foregoing, we had expected that item 8 would be read as encompassing code that was provided or developed by GW and/or its employees – not code that was developed solely by RICHMAR. As I said above, it was not our intention to make RICHMAR erase its own intellectual property – which legally we would have no right to do anyway.

I hope this addresses your concerns.

*I concur 1/5/07*

*1/5/07*

801 22ND STREET, NW · SUITE B148 · WASHINGTON, DC 20052 · 202-994-3380 · FAX 202-994-5551

# Exhibit 6

' Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
**UNITED STATES COPYRIGHT OFFICE**

REGISTRATION NUMBER

TX 6 – 537 – 700

EFFECTIVE DATE OF REGISTRATION

| 4 | 16 | 07 |
|---|----|----|
| Month | Day | Year |

...PARATE CONTINUATION SHEET.

---

**1**

TITLE OF THIS WORK ▼

Document and Case Management System

PREVIOUS OR ALTERNATIVE TITLES ▼

DCMS

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the
collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼        Number ▼            Issue Date ▼            On Pages ▼

---

**2**

**a**  NAME OF AUTHOR ▼

Impact Innovations Systems, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a
"work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK                     If the answer to either
of these questions is
"Yes," see detailed
instructions.
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NOTE**

Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee
(see instruc-
tions). For any
part of this
work that was
"made for hire"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

Computer program

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK                     If the answer to either
of these questions is
"Yes," see detailed
instructions.
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK                     If the answer to either
of these questions is
"Yes," see detailed
instructions.
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS
WORK WAS COMPLETED    This information
must be given
2006    ◀Year  in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month▶ December    Day▶ 18    Year▶ 2006
ONLY if this work
has been published.    United States                    ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as
the author given in space 2. ▼

Richmar & Associates
1513 Vermont Ave., N.W., Washington, D.C. 20005

APPLICATION RECEIVED
Apr 16 2007
ONE DEPOSIT RECEIVED

*See instructions
before completing
this space.*

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in
space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                • See detailed instructions.              • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of  2  pages

FORM TX

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶            **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

    Certain code from pre-existing computer programs "Grievance Electronic Trading
    System" and "Memorandum of Agreement System" are incorporated - no claim of
    copyright is asserted therein

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

    Compilation and additional new computer code

**6**

a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name / Address / Apt / City / State / Zip ▼

Susan B. Flohr
Blank Rome LLP
600 New Hampshire Avenue, N.W., Washington, D.C. 20037

Area code and daytime telephone number ▶ 202-772-5800          Fax number ▶ 202-772-5858

Email ▶  flohr@blankrome.com

**7**

a

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Richmar & Associates
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Susan B. Flohr                                      Date ▶ 4-16-07

Handwritten signature ▼

        Susan B Flohr

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼ Susan B. Flohr c/o Blank Rome LLP | (811255. 001(02) |
| | Number/Street/Apt ▼ 600 New Hampshire Avenue, N.W. | |
| | City/State/Zip ▼ Washington, D.C. 20037 | |

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX - Full  Rev: 11/2006  Print: 11/2006 — 50,000  Printed on recycled paper          U.S. Government Printing Office: 2005-xxx-xxx/60,xxx

# Exhibit 7



**INVOICE**

Award Number:
Invoice Number: ED-06-GWU-ISS-DOC-23 - S
Tax ID Number: 54-1827538
CLIN 0001
Purchase Order Number 1000082157

Billing Date:   04-Jan-07
Due Date:       Net 30 days

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380
Ashburn, VA 20147

Billing Period:
12/16/06 - 12/31/06

| Labor Categories | | Current Rate | Current Hours | | Current Amount |
|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 102.50 | $ | 15,375.00 |
| Senior Engineer | $ | 144.00 | 0.00 | $ | - |
| Senior Management Consultant | $ | 125.00 | 52.50 | $ | 6,562.50 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | $ | - |
| Jr. Project Manager | $ | 75.00 | 0.00 | $ | - |
| Systems Analyst | $ | 98.00 | 20.00 | $ | 1,960.00 |
| Quality Analyst | $ | 85.05 | 0.00 | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | $ | - |
| Administrative Assistant | $ | 33.67 | 1366.50 | $ | 46,010.06 |
| | | | | | |
| Totals Hours | | | 1541.50 | | |
| Total Direct Labor | | | | $ | 69,907.56 |
| Other Direct Costs - Scanning 8,018 pages at 0.18/page | | | | $ | 1,443.24 |
| Total Costs | | | | $ | 71,350.80 |
| | | Total Amount Due | | $ | 71,350.80 |

This is to certify that the services set forth herein were performed during the period stated, and that incurred costs billed were actually expended.

Richard Gordon, Jr.
President

Remit Payment to:

Federal National Commercial, Inc.
Fao: CUS4/Richmar Associates
P.O. Box 403826
Atlanta GA 30384-3826

# Richmar & Associates
## Time Accounting Sheet

Employee/Contractor Name: **Alex Bakht**
Period: December 16 - 31, 2008

| | | |
|---|---|---|
| Work days in period | 9 |
| Holidays in period | 1 |
| Hours in period | 80 |
| Hours unaccounted for | 8 |

| | | |
|---|---|---|
| Reg Hrs | 64 |
| Pers Time Off | 8 |
| Holiday | |
| Total Hours | 72 |

| Charge To: | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1-15 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FAA - GETS - Meetings | | | | | | | | | | | | | | | | | | | |
| FAA - GETS - Changes Batch 1 | | | | | | | | | | | | | | | | | | | |
| FAA - GETS - Changes Batch 2 | | | | | | | | | | | | | | | | | | | |
| FAA - GETS - Arbitrations | | | | | | | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Meetings | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Reqs/Design | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Upgrade to 6.3 | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Architecture Framework | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - HR Module | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Back Scan Requirements | | | 3. | 6. | 3. | 3. | | | | | 3. | | 6. | | | | 34. | 20. | 54. |
| GWU - Docu - Back Scan Design/Prog. | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Backscan, Index, Load | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Training | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Phase 2 | | | | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | | | | | | | |

| Non-Billable | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1-15 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overhead | | | 6. | 6. | 5. | 5. | 8. | | | 5. | 5. | | 3. | | | | 46. | 44. | 90. |
| Personal Time Off | | | | | | | | | | | | | | | | | 8. | 8. | 8. |
| Holiday | | | | | | | | | 8. | | | | | | | | | 8. | 8. |

| | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1-15 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL Billable | | | 3. | 3. | 3. | 3. | | | | 3. | 3. | | 5. | | | | 34. | 20. | 54. |
| TOTAL | | | 8. | 8. | 8. | 8. | 8. | | 8. | 8. | 8. | | 8. | | | | 88. | 72. | 160. |

Employee/Contractor Signature: _____   Date: _____

Supervisor Signature: _____   Date: _44107_

Please purchase ThioPrint PDF Driver on http://www.vrcypdf.com/argrim/index.html to remove this message.

# Richmar & Associates

## Time Accounting Sheet

Employee/Contractor Name: Worldwide Digital
Period: December 16 - 31, 2006

| | |
|---|---|
| Work days in period | 8 |
| Holidays in period | |
| Hours in period | 64 |
| Hours unaccounted for | 0 |

| | |
|---|---|
| Reg Hrs | 64. |
| Pers Time Off | |
| Holiday | |
| Total Hours | 64. |

| Charge To: | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 - 15 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GW Scan - Nicholas Mann | | | 4.5 | 6. | | | | | | | | | | | | | 70. | 10.5 | 80.5 |
| GW Scan - Subramanian Muthukaruppan | | | | | | | | | | | | | | | | | | | |
| GW Scan - Xuan-Huong Nguyen | | | | | | | | | | | | | | | | | | | |
| GW Scan - Dione Hamer | | | | | | | | | | | | | | | | | | | |
| GW Scan - Michelle Barnes | | | | | | | | | | | | | | | | | | | |
| GW Scan - Unique Quarles | | | | | | | | | | | | | | | | | | | |
| GW Scan - Bernadette Dixon | | | | | | | | | | | | | | | | | | | |
| GW Scan - Laquinda Selby | | | 7.75 | | 8.5 | 4.25 | | | | | | | | | | | 79.5 | 20.5 | 100. |
| GW Scan - Dominique Roberts | | | | 8. | 8. | 8.5 | 8.5 | | | | | | | | | | 77.75 | 33. | 110.75 |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |

| Non-Billable | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Overhead | | | | | | | | | | | | | | |
| Personal Time Off | | | | | | | | | | | | | | |
| Holiday | | | | | | | | | | | | | | |
| | | | | | | | | | | | | 227.25 | 64. | 281.25 |
| TOTAL Billable | | | 12.25 | 14. | 16.5 | 12.75 | 8.5 | | | | | 227.25 | 64. | 291.25 |
| TOTAL | | | 12.25 | 14. | 16.5 | 12.75 | 8.5 | | | | | | | |

Employee/Contractor Signature: _____  Date: _____

Supervisor Signature: _____  Date: 1/4/07

# Richmar & Associates
## Time Accounting Sheet

Employee/Contractor Name: Jim Gearing
Period: December 16 - 31, 2006

| | |
|---|---|
| Work days in period | 9 |
| Holidays in period | 1 |
| Hours in period | 80 |
| Hours unaccounted for | 7.5 |

| | |
|---|---|
| Reg Hrs | 64.5 |
| Pers Time Off | 1 |
| Holiday | 8. |
| Total Hours | 72.5 |

| Charge To: | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1-15 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FAA - GETS - Meetings | | | | | | | | | | | | | | | | | | | |
| FAA - GETS - Changes Batch 1 | | | | | | | | | | | | | | | | | | | |
| FAA - GETS - Changes Batch 2 | | | | | | | | | | | | | | | | | | | |
| FAA - GETS - Arbitrations | | | | | | | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Meetings | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Reqs/Design | | | | | | | | | | | | | | | | | 89. | | 89. |
| GWU - Docu - Upgrade to 5.3 | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Architecture Framework | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - HR Module | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Back Scan Requirements | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Back Scan Design/Prog. | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Backscan, Index, Load | | | 7. | 8. | 7.5 | 8. | 5. | | | | 7. | 8. | 7. | 7. | | | | 64.5 | 64.5 |
| GWU - Docu - Training | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Phase 2 | | | | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | | | | | | | |

| Non-Billable | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1-15 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overhead | | | | | | | | | | | | | | | | | | | |
| Personal Time Off | | | | | | | | | | | | | | | | | | | |
| Holiday | | | | | | | | | 8. | | | | | | | | | 8. | 8. |

| | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1-15 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL Billable | | | 7. | 8. | 7.5 | 8. | 5. | | | 8. | 7. | 8. | 7. | 7. | | | 89. | 64.5 | 153.5 |
| TOTAL | | | 7. | 8. | 7.5 | 8. | 5. | | | 8. | 7. | 8. | 7. | 7. | | | 89. | 72.5 | 161.5 |

Employee/Contractor Signature: _____  Date: 1/4/07

Supervisor Signature: _____  Date: 1/4/07

# Richmar & Associates

## Time Accounting Sheet

Employee/Contractor Name: Central Data Processing
Period: December 16 - 31, 2006

| | | |
|---|---|---|
| Reg Hrs | | |
| Pers Time Off | | |
| Holiday | | |
| Total Hours | 1393. | 1393 |

| | |
|---|---|
| Work days in period | 8 |
| Holidays in period | 64 |
| Hours in period | |
| Hours unaccounted for | 0 |

| Charge To: | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 - 15 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GW Scan Manager - Mike Holt | 2 | 2 | 2 | 2 | 2 | 2 | 8 | 2 | 2 | 2 | 2 | 2 | | 8 | 2 | | | 38. | 38. |
| GW Scan Manager - Dottie Holoubek | | | | | | | | | | | | | | | | | | | |
| GW Scan Manager - Dan Holoubek | 4 | 3.5 | 4 | 3.5 | 4 | 3.5 | 4 | 3.5 | 4 | | | 3.5 | 4 | 3.5 | 4 | 3.5 | | 52.5 | 62.5 |
| 0 | | | | | | | | | | | | | | | | | | | |
| GW Scan - A J Bacchus | | 16.5 | | 8.5 | 7.5 | 10. | | 17. | | | | | 7. | 8. | | | | 67.5 | 67.5 |
| GW Scan - Amir Lotfi | | | 8. | 6. | 7.5 | 6. | 4.5 | | 8. | | | | | | | | | 46. | 46. |
| GW Scan - Chanteau Benton | | | | | | | | | | | | | | | | | | | |
| GW Scan - Cheric Babb | | | | | | | | | | | | | | | | | | | |
| GW Scan - Davida Potts | | | | | | | | | | | | | | | | | | | |
| GW Scan - Ethel Marsteller | 8. | 8.5 | 12. | 15. | 10. | 13.5 | 14. | 11.5 | 8. | 16. | 12.5 | 14. | 13. | 13. | 13. | 18. | | 162.5 | 162.5 |
| GW Scan - Isaac Hughes | | | 8. | 8. | 7. | 8.5 | 8.5 | | | | 6.5 | 6.5 | 6.5 | 8. | | | | 54.5 | 54.5 |
| GW Scan - Leila Aghazadeh | | | 8. | 8. | 6.5 | 6.5 | 7. | | | | 6.5 | 6.5 | 8. | 7. | | | | 54. | 54. |
| GW Scan - Megan Bradley | | | | | | | | | | | | | | | | | | | |
| GW Scan - Micheal Brown | 16.5 | 21. | 11. | | 11. | 10. | 9. | 11.5 | 8. | 12.5 | 12.5 | | 16. | 15. | 9. | 18. | | 187.5 | 187.5 |
| GW Scan - Nancy Goff | | | | | | | | | | | | | | | | | | | |
| GW Scan - Ngoc Dang | | | | | | | | | | | | | | | | | | | |
| GW Scan - Nguyet Dang | | | | | | | | | | | | | | | 1.5 | 4. | | 5.5 | 5.5 |
| GW Scan - Nikki McKinney | | | 8. | 8. | 8. | 8. | 8.5 | | | | 7.5 | 8. | 8. | 8. | | | | 55.5 | 55.5 |
| GW Scan - Steve Clark | | | 7.5 | 8. | 10.5 | 7.5 | 7.5 | | | | 8. | 8. | 10. | 8. | | | | 63.5 | 63.5 |
| GW Scan - Tiffany Johnson | | | 9. | 10. | 11. | 10. | 13. | | | | 8. | 10.5 | 10. | 10. | | | | 67.5 | 67.5 |
| GW Scan - Verglna Hawkins | | | 9. | 10. | 11. | 10. | | | | 10. | 8. | 10.5 | 10. | 10. | | | | 91.5 | 91.5 |
| GW Scan - Vernette Knight | | | 11. | 10. | 11. | 11.5 | | | | 10. | | 10. | 10. | 10. | | | | 80.5 | 80.5 |
| GW Scan - Yvonne Morrison | | | | | | | | | | | | 10. | 10. | 10. | | | | 62.5 | 62.5 |
| GW Scan - Zendra Curran | | | | | | | | | | | | | | | | | | | |
| GW Scan - Lucille Ratliff | | | 4. | | 4. | 3.5 | 4. | | | | 4. | 4. | 5. | 6. | | | | 33.5 | 33.5 |
| GW Scan - Bernadeen Best | | 6.5 | | 8. | 9. | 7. | 7. | 4. | | | 9.5 | 10.5 | 11.5 | 8. | | | | 81. | 81. |
| GW Scan - Jide Dada | | | 12.5 | 12.5 | | 12. | 12.5 | 8.5 | | | 7.5 | 12.5 | 12.5 | 14. | | | | 101.5 | 101.5 |
| GW Scan - Dominique Selby | | | | | 6. | | | | | | 8. | 11. | 12. | 12. | 5. | 6. | | 63. | 63. |
| GW Scan - Jesse Gillespie | 2.5 | | 9.5 | | | | | | | | 6. | 6. | 9.5 | 13.5 | | | | 55. | 55. |
| GW Scan - | | | | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GW Scan - | | | | | | | | | | | | | | | | 1393. |
| GW Scan - | | | | | | | | | | | | | | | | 1393. |
| GW Scan - | | | | | | | | | | | | | | | | 1393. |
| GW Scan - | | | | | | | | | | | | | | | | 1393. |
| GW Scan - | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | |
| Non-Billable | | | | | | | | | | | | | | | | |
| Overhead | | | | | | | | | | | | | | | | |
| Personal Time Off | | | | | | | | | | | | | | | | |
| Holiday | | | | | | | | | | | | | | | | |
| TOTAL Billable | 33. | 51.5 | 123.5 | 124.5 | 122. | 128.5 | 107.5 | 43.5 | 22. | 16. | 102. | 127. | 160. | 161. | 34.5 | 30.5 |
| TOTAL | 33. | 51.5 | 123.5 | 124.5 | 122. | 128.5 | 107.5 | 43.5 | 22. | 16. | 102. | 127. | 160. | 161. | 34.5 | 30.5 |

Employee/Contractor Signature: _____

Supervisor Signature: _____

Date: _____

Date: _____ 1/4/07

## FEDERAL NATIONAL PAYABLES, INC.

### INVOICE VERIFICATION FORM

This is not a request for payment

**Customer:    George Washington University**

**Contract or Purchase Order No: 1000082157**

**FNP Client/Supplier:        CUS4, Inc. d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| 1000082157 | ED-06-GWU-ISS-DOC-23-S | January 4, 2007 | $ 71,350.80 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:


*Christina L Griff*
Signature

Assistant Director Administrative
Applications Project Office
Print Title

(703) 726-1911
Telephone Number

Christina Griffin
Print Name

Jan 4, 2007
~~December 18, 2006~~
Date

202-994-5250
Fax Number



**RICHMAR**

**INVOICE**

| | |
|---|---|
| Award Number: | Billing Date:    16-Jan-07 |
| Invoice Number: ED-06-GWU-ISS-DOC-24 - S | Due Date:    Net 30 days |
| Tax ID Number: 54-1827538 | |
| CLIN 0001 | |
| Purchase Order Number 1000082157 | |

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380          **Billing Period:**
Ashburn, VA 20147                            1/1/07 - 1/15/07

| Labor Categories | | Current Rate | Current Hours | | Current Amount |
|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 108.00 | $ | 16,200.00 |
| Senior Engineer | $ | 144.00 | 0.00 | $ | - |
| Senior Management Consultant | $ | 125.00 | 54.00 | $ | 6,750.00 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | $ | - |
| Jr. Project Manager | $ | 75.00 | 0.00 | $ | - |
| Systems Analyst | $ | 98.00 | 8.00 | $ | 784.00 |
| Quality Analyst | $ | 85.05 | 0.00 | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | $ | - |
| Administrative Assistant | $ | 33.67 | 1323.50 | $ | 44,562.25 |
| | | | | | |
| Totals Hours | | | 1493.50 | | |
| Total Direct Labor | | | | $ | 68,296.25 |
| Other Direct Costs - Scanning 17,669 pages at 0.18/page | | | | $ | 3,180.42 |
| Total Costs | | | | $ | 71,476.67 |
| | | Total Amount Due | | $ | 71,476.67 |

This is to certify that the services set forth herein were performed during the period stated, and that incurred
costs billed were actually expended.

Richard Gordon, Jr.,
President

Remit Payment to:

Federal National Commercial, Inc.
Fao: CUS4/Richmar Associates
P.O. Box 403826
Atlanta GA 30384-3826

# Richmar & Associates

## Time Accounting Sheet

Employee/Contractor Name: _Jim Casey_ ←Your Name Here→

Period: January 1 - 15, 2007

| | |
|---|---|
| Work days in period | 8 |
| Holidays in period | 3 |
| Hours in period | 88 |
| Hours unaccounted for | 0 |

| | |
|---|---|
| Reg Hrs | 66. |
| Pers Time Off | 24 |
| Holiday | |
| Total Hours | 90. |

| Charge To: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FAA - GETS - Meetings | | | | | | | | | | | | | | | | |
| FAA - GETS - Changes Batch 1 | | | | | | | | | | | | | | | | |
| FAA - GETS - Changes Batch 2 | | | | | | | | | | | | | | | | |
| FAA - GETS - Arbitrations | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| GWU - Docu - Meetings | | | | | | | | | | | | | | | | |
| GWU - Docu - Reqs/Design | | | | | | | | | | | | | | | | |
| GWU - Docu - Upgrade to 5.3 | | | | | | | | | | | | | | | | |
| GWU - Docu - Architecture Framework | | | | | | | | | | | | | | | | |
| GWU - Docu - HR Module | | | | | | | | | | | | | | | | |
| GWU - Docu - Back Scan Requirements | | 7. | 8. | 9. | 6. | | | 7. | 7. | 7. | 8. | 7. | | | | 66. |
| GWU - Docu - Back Scan Design/Prog. | | | | | | | | | | | | | | | | |
| GWU - Docu - Backscan, Index, Load | | | | | | | | | | | | | | | | |
| GWU - Docu - Training | | | | | | | | | | | | | | | | |
| GWU - Docu - Phase 2 | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | |

| Non-Billable | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overhead | | | | | | | | | | | | | | | | |
| Personal Time Off | 8. | 8. | | | | | | | | | | | | | 8. | 24. |
| Holiday | | | | | | | | | | | | | | | | |
| TOTAL Billable | | 7. | 8. | 9. | 6. | | | 7. | 7. | 7. | 8. | 7. | | | | 66. |
| TOTAL | 8. | 15. | 8. | 9. | 6. | | | 7. | 7. | 7. | 8. | 7. | | | 8. | 90. |

Employee/Contractor Signature: _(signature)_     Date: 1/16/07

Supervisor Signature: _(signature)_     Date: 1/16/07

# Richmar & Associates
## Time Accounting Sheet

Employee/Contractor Name: Alex Bakht

Period: January 1 - 15, 2007

| | |
|---|---|
| Work days in period | 8 |
| Holidays in period | 3 |
| Hours in period | 88 |
| Hours unaccounted for | 0 |

| | |
|---|---|
| Reg Hrs | 56. |
| Pers Time Off | 8. |
| Holiday | 24. |
| Total Hours | 88. |

| Charge To: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FAA - GETS - Meetings | | | | | | | | | | | | | | | | |
| FAA - GETS - Changes Batch 1 | | | | | | | | | | | | | | | | |
| FAA - GETS - Changes Batch 2 | | | | | | | | | | | | | | | | |
| FAA - GETS - Arbitrations | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| GWU - Docu - Meetings | | | | | | | | | | | | | | | | |
| GWU - Docu - Reqs/Design | | | | | | | | | | | | | | | | |
| GWU - Docu - Upgrade to 5.3 | | | | 5. | | | | 3. | | | | | | | | 8. |
| GWU - Docu - Architecture Framework | | | | | | | | | | | | | | | | |
| GWU - Docu - HR Module | | | | | | | | | | | | | | | | |
| GWU - Docu - Back Scan Requirements | | | | | | | | | | | | | | | | |
| GWU - Docu - Back Scan Design/Prog. | | | | | | | | | | | | | | | | |
| GWU - Docu - Backscan, Index, Load | | | | | | | | | | | | | | | | |
| GWU - Docu - Training | | | | | | | | | | | | | | | | |
| GWU - Docu - Phase 2 | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | |

| Non-Billable | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overhead | 8. | | 8. | 3. | 8. | | | 5. | 5. | 5. | 8. | | | | | 48. |
| Personal Time Off | | 8. | | | | | | | | | | | | | | 8. |
| Holiday | | | | | | | | | | | | 8. | | | 8. | 24. |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL Billable | | | | 5. | | | | 3. | | | | | | | | 8. |
| TOTAL | 8. | 8. | 8. | 8. | 8. | | | 8. | 8. | 8. | 8. | 8. | | | 8. | 88. |

Employee/Contractor Signature: _____    Date: 1/16/07

Supervisor Signature: _____    Date:

# Richmar & Associates

## Time Accounting Sheet

Employee/Contractor Name: Worldwide Digital

Period: January 1 - 15, 2007

| | | |
|---|---|---|
| Work days in period | 9 | |
| Holidays in period | 1 | |
| Hours in period | 80 | |
| Hours unaccounted for | 0 | |

| | | |
|---|---|---|
| Reg Hrs | | 81. |
| Pers Time Off | | |
| Holiday | | |
| Total Hours | | 81. |

| Charge To: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GW Scan - Nicholas Menn | | 2. | 6. | 8. | 8. | | | 4. | 8. | 8. | 8. | 6. | | | | 58. |
| GW Scan - Bernadette Dixon | | | | | | | | | | | | | | | | |
| GW Scan - Dione Hamer | | | | | | | | | | | | | | | | |
| GW Scan - Dominique Roberts | | | | | | | | | | 8. | 7. | 8. | | | | 23. |
| GW Scan - Evelyn Wheeler | | | | | | | | | | | | | | | | |
| GW Scan - Laquinda Selby | | | | | | | | | | | | | | | | |
| GW Scan - Michelle Barnes | | | | | | | | | | | | | | | | |
| GW Scan - Subramanian Muthukaruppan | | | | | | | | | | | | | | | | |
| GW Scan - Unique Quarles | | | | | | | | | | | | | | | | |
| GW Scan - Xuan-Huong Nguyen | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | |

| Non-Billable | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overhead | | | | | | | | | | | | | | | | |
| Personal Time Off | | | | | | | | | | | | | | | | |
| Holiday | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL Billable | | 2. | 6. | 8. | 8. | | | 4. | 8. | 16. | 15. | 14. | | | | 81. |
| TOTAL | | 2. | 6. | 8. | 8. | | | 4. | 8. | 16. | 15. | 14. | | | | 81. |

Employee/Contractor Signature: _____ Date: 1/16/07

Supervisor Signature: _____ Date: _____

# Richmar & Associates
## Time Accounting Sheet

Employee/Contractor Name: Central Data Processing
Period: January 1 - 15, 2007

| | |
|---|---|
| Work days in period | 9 |
| Holidays in period | 2 |
| Hours in period | 88 |
| Hours unaccounted for | 0 |

| | |
|---|---|
| Reg Hrs | 1369. |
| Pers Time Off | |
| Holiday | |
| Total Hours | 1369. |

| Charge To: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GW Scan Manager - Mike Holt | | | | | | | | | | | | | | | | |
| GW Scan Manager - Dottie Holoubek | | 3. | 3. | 4. | 4. | 3. | 3. | 3. | 3. | 3. | 3. | 3. | 3. | 3. | 3. | 42. |
| GW Scan Manager - Dan Holoubek | 4. | 4. | 4. | 4. | 4. | 3. | 3. | 4. | 4. | 4. | 4. | 4. | 4. | 4. | 4. | 54. |
| | | | | | | | | | | | | | | | | |
| GW Scan - A.J Bacchus | | | | | | | | | | | | | | | | 14. |
| GW Scan - Amir Lotfi | 4. | 8.5 | | | | | | 6. | 8. | | | | | | | 80. |
| GW Scan - Bernesteen Best | | 8.5 | 9.5 | 9. | | 4.5 | | 7.5 | 11.5 | 8. | 9.5 | | | | | |
| GW Scan - Chanteau Benton | | | | | | | | | | | | | | | | |
| GW Scan - Charlie Babb | | | | | | | | | | | | | | | | |
| GW Scan - Davida Potts | | 8.5 | 10. | 8. | 10. | | | 2.5 | 8.5 | 14. | 10. | 5. | 6. | | 8. | 90.5 |
| GW Scan - Dominique Roberts | | | 10. | | | 15. | 8. | 14.5 | 15. | 12. | 12.5 | 13.5 | 12. | 8. | 10. | 161. |
| GW Scan - Ethel Marsteller | 8. | | 13. | 11.5 | 8. | 7. | | 1. | 5. | 5. | | | | | | 24. |
| GW Scan - Isaac Hughes | | | 3. | 10. | 14. | | 8. | 14. | | 12.5 | 13.5 | 14. | 8. | | | 118. |
| GW Scan - Jide Dada | 10. | 10. | 11. | 14. | 8.5 | 7. | | 8. | 8. | | | | | | | 40.5 |
| GW Scan - Leila Aghazadeh | | | 8. | 8. | 8.5 | | | 11.5 | 8.5 | 12. | | | | | | 64.5 |
| GW Scan - Lucille Ratliff | | | 7. | 13. | | 4. | | 11.5 | 8.5 | 5. | 8. | | | | | 54. |
| GW Scan - Megan Bradley | | 6. | 5. | 10. | 6. | | | 5.5 | 8.5 | | | | | | | |
| GW Scan - Micheal Brown | 8.5 | 11. | 8. | 13. | 12.5 | 11. | 8. | 10. | 2.5 | 15. | 10.5 | 13.5 | 13. | | 8. | 136.5 |
| GW Scan - Nancy Goff | | 11. | | | | | | | | | | | | | | |
| GW Scan - Ngoc Dang | | | | | | | | | | | | | | | | |
| GW Scan - Nguyet Dang | | | | | | | | | | | | | | | | 64.5 |
| GW Scan - Nikki McKinney | | 8. | 8. | 8. | | | | 8.5 | 8. | 8. | 8. | | | | 8. | 55. |
| GW Scan - Steve Clark | | | 7.5 | 8. | 8. | | | 8.5 | 7. | 8. | 8. | | | | | 66. |
| GW Scan - Tiffany Johnson | 9. | | 8. | 5.5 | 4.5 | 6. | | 8. | 8.5 | 10. | 8.5 | 10. | 9. | | | 86. |
| GW Scan - Vergina Hawkins | | 10. | 10. | 10. | 10. | | | 10. | 7. | 10. | 10. | 10. | | | | 99. |
| GW Scan - Vernette Knight | | 10. | 10. | 10. | 10. | 8. | | 6. | 13. | 12. | 11. | 10. | 9. | | | |
| GW Scan - Yvonne Morrison | | 10. | 12. | 11. | 11. | | | 11. | 9. | | 12. | 11. | | | 2. | 89. |
| GW Scan - Zandra Curran | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GW Scan - | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | |

**Non-Billable**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overhead | | | | | | 6. | 10. | 8.5 | | | | | | | 6. |
| Personal Time Off | | | | | | | | | | | | | | | |
| Holiday | | | | | | | | | | | | | | | |
| TOTAL Billable | 12.5 | 86. | 137. | 156. | 128. | 6. | 10. | 22. | 139.5 | 135. | 136.5 | 128.5 | 84. | 64. | 15. | 35. |
| TOTAL | 12.5 | 86. | 137. | 152. | 132. | 71.5 | 30.5 | 139.5 | 135. | 136.5 | 128.5 | 84. | 64. | 15. | 41. |

30.5

1538.5
1362.

Employee/Contractor Signature: _____ Date: 1/16/0?

Supervisor Signature: _____ Date: _____

## FEDERAL NATIONAL PAYABLES, INC.

### INVOICE VERIFICATION FORM

#### This is not a request for payment

**Customer:    George Washington University**

**Contract or Purchase Order No: 1000082157**

**FNP Client/Supplier:      CUS4, Inc. d/b/a RICHMAR & Associates**
When completed please fax to FNP at 301-961-6460.
Questions please call FNP at 301-961-6450.

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| 1000082157 | ED-06-GWU-ISS-DOC-24-8 | January 16, 2007 | $ 74,476.87 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:


Christina X Guff
Signature

Assistant Director Administrative
Applications Project Office
Print Title

(703) 726-1911
Telephone Number

Christina Griffin
Print Name

January 16, 2007
Date

202-994-5250
Fax Number



RICHMAR

**INVOICE**

Award Number:                                          Billing Date:     02-Feb-07
Invoice Number: ED-06-GWU-ISS-DOC-25 - S             Due Date:         Net 30 days
Tax ID Number: 54-1827538
CLIN 0001
Purchase Order Number 1000082157

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380                   Billing Period:
Ashburn, VA 20147                                     1/16/07 - 1/31/07

| Labor Categories | | Current Rate | Current Hours | | Current Amount |
|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 120.00 | $ | 18,000.00 |
| Senior Engineer | $ | 144.00 | 0.00 | $ | - |
| Senior Management Consultant | $ | 125.00 | 60.00 | $ | 7,500.00 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | $ | - |
| Jr. Project Manager | $ | 75.00 | 0.00 | $ | - |
| Systems Analyst | $ | 98.00 | 4.00 | $ | 392.00 |
| Quality Analyst | $ | 85.05 | 0.00 | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | $ | - |
| Administrative Assistant | $ | 33.67 | 1087.50 | $ | 36,616.13 |
| | | | | | |
| Totals Hours | | | 1271.50 | | |
| Total Direct Labor | | | | $ | 62,508.13 |
| Other Direct Costs - Scanning 40,042 pages at 0.18/page | | | | $ | 7,207.56 |
| Total Costs | | | | $ | 69,715.69 |

| | Total Amount Due | $ | 69,715.69 |
|---|---|---|---|

This is to certify that the services set forth herein were performed during the period stated, and that incurred
costs billed were actually expended.

Richard Gordon Jr.
President

Remit Payment to:

Federal National Commercial, Inc.
Fao: CU54/Richmar Associates
P.O. Box 403826
Atlanta GA 30384-3826

# Richmar & Associates
## Time Accounting Sheet

Employee/Contractor Name:
Period: **Alex Baldt**
**January 16 - 31, 2006**

| | | |
|---|---|---|
| Work days in period | 12 |
| Holidays in period | 90 |
| Hours in period | 96 |
| Hours unaccounted for | 0 |

| | |
|---|---|
| Reg Hrs | 96. |
| Pers Time Off | |
| Holiday | |
| Total Hours | 96. |

| Charge To: | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1-15 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FAA - GETS - Meetings | | | | | | | | | | | | | | | | | | | |
| FAA - GETS - Changes Batch 1 | | | | | | | | | | | | | | | | | | | |
| FAA - GETS - Changes Batch 2 | | | | | | | | | | | | | | | | | . | . | . |
| FAA - GETS - Arbitrations | | | | | | | | | | 1. | | | | | | | | 1. | 1. |
| 0 | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Meetings | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Reqs/Design | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Upgrade to 5.3 | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Architecture Framework | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - HR Module | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Back Scan Requirements | | | | | | | | 4. | | | | | | | | | 8. | 4. | 12. |
| GWU - Docu - Back Scan Design/Prog. | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Backscan, Index, Load | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Training | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Phase 2 | | | | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | | | | | | | |

**Non-Billable**

| | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1-15 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overhead | 8. | 8. | 8. | 8. | | | 8. | 4. | 8. | 7. | 8. | | | 8. | 8. | 8. | 48. | 91. | 139. |
| Personal Time Off | | | | | | | | | | | | | | | | | 8. | . | 8. |
| Holiday | | | | | | | | | | | | | | | | | 24. | . | 24. |

| | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1-15 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL Billable | | | | | | | | 4. | | 1. | | | | | | | 8. | 5. | 13. |
| TOTAL | 8. | 8. | 8. | 8. | | | 8. | 8. | 8. | 8. | 8. | | | 8. | 8. | 8. | 88. | 96. | 184. |

Employee/Contractor Signature: _(signed)_    Date: 2/2/07

Supervisor Signature: _____    Date: _____

# Richmar & Associates

## Time Accounting Sheet

Employee/Contractor Name: Central Data Processing
Period: January 16 - 31, 2007

| | |
|---|---|
| Work days in period | 12 |
| Holidays in period | |
| Hours in period | 96 |
| Hours unaccounted for | 0 |

| | |
|---|---|
| Reg Hrs | 1038. |
| Pers Time Off | |
| Holiday | |
| Total Hours | 1038. |

| Charge To: | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1-15 Total | 16-31 Total | Months Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GW Scan Manager - Mike Holt | 2. | 2. | 2. | 2. | 2. | 2. | 2. | 2. | 4. | 2. | 3. | 2. | 2. | 3. | 2. | 2. | 42. | 38. | 78. |
| GW Scan Manager - Dottie Holoubek | | | | | | | | | | | | | | | | | | | |
| GW Scan Manager - Dan Holoubek | 3. | 3. | 3. | 3. | 9. | 4. | 3. | 6. | 3. | 3. | 3. | 4. | 4. | 3. | 3. | 3. | 54. | 60. | 114. |
| 0 | | | | | | | | | | | | | | | | | | | |
| GW Scan - AJ Bacchus | | 7. | | | | | 8.5 | 8. | | | | | | | | | 14. | 39.5 | 53.5 |
| GW Scan - Amir Lotfi | | | 8. | 8. | | | | | | | | | | | | | 80. | | 80. |
| GW Scan - Bernesteen Best | | | | | | | | | | | | | | | | | | | |
| GW Scan - Chambeau Benton | | | | | | | | | | | | | | | | | | | |
| GW Scan - Cheric Babb | | | | | | | | | | | | | | | | | | | |
| GW Scan - Davida Potts | | | | | | | | | | | | | | | | | | | |
| GW Scan - Dominique Roberts | 5.5 | | | 8. | 4. | | | | | | | | | | | | 90.5 | 17.5 | 108. |
| GW Scan - Ethel Marsteller | | | | | | | | | | | | | | | | | | | |
| GW Scan - Issac Hughes | 12. | 15.5 | 11. | 10.5 | 14. | | 11.5 | 8. | 14. | 12. | 13. | 9. | 9. | 12. | 16.5 | 11.5 | 161. | 179.5 | 240.5 |
| GW Scan - Jesse Gillespie | | 9. | | | | | | | | | | | | | | | 24. | 9. | 33. |
| GW Scan - Ilde Dada | 10. | 7. | 15. | 14.5 | 8.5 | | 11. | 8. | 13. | 10. | 15. | 8. | | 15. | 7.5 | 15. | 118. | 143.5 | 261.5 |
| GW Scan - Leila Agbazadah | 8. | 7. | 8. | 8. | | | 8. | | | | | | | | | | 40.5 | 52.5 | 93. |
| GW Scan - Lucille Ratliff | | | | | | | | | | | | | | | | | 64.5 | | 64.5 |
| GW Scan - Megan Bradley | | | | | | | | | | | | | | | | | 54. | | 54. |
| GW Scan - Micheal Brown | | | | | | | | | | | | | | | | | | | |
| GW Scan - Nancy Goff | 4. | 15.5 | 1. | 1.5 | 5. | | 9. | 12.5 | 15.5 | 8.5 | 12. | 11.5 | 5. | 10. | 11.5 | 4.5 | 138.5 | 127. | 283.5 |
| GW Scan - Ngoc Dang | | | | | | | | | | | | | | | | | | | |
| GW Scan - Nguyet Dang | | | | | | | | | | | | | | | | | | | |
| GW Scan - Nikki McKinney | 7.5 | 8. | 8. | | | | | 8. | 8.5 | 8. | | 7.5 | | 9. | 8. | 9. | 64.5 | 81.5 | 148. |
| GW Scan - Steve Clark | 8. | | | | | | 9.5 | 12.5 | 3. | | | | | | | | 55. | 33. | 85. |
| GW Scan - Tiffany Johnson | | | | | | | | | | | | | | | | | 66. | | 66. |
| GW Scan - Vergina Hawkins | 8. | 9. | 9. | 10. | 8. | | | 9. | 10. | | | | | | | | 86. | 62. | 148. |
| GW Scan - Vernette Knight | 10. | 12. | 11.5 | 11. | 8. | | 9.5 | 11.5 | 10. | | | | | | | | 99. | 83.5 | 182.5 |
| GW Scan - Yvonne Morrison | 10. | 10.5 | 10.5 | 11. | | | 9. | 9. | 10.5 | 9.5 | | | | 9. | 9. | | 89. | 78.5 | 187.5 |
| GW Scan - Zandra Curran | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |

GW Scan -
GW Scan -
GW Scan -
GW Scan -
GW Scan -
GW Scan -
GW Scan -
GW Scan -

**Non-Billable**

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overhead | 5.5 | 17. | 4.5 | 8. | | | | | | | | | | | | | 30.5 | 35. | 65.5 |
| Personal Time Off | | | | | | | | | | | | | | | | | | | |
| Holiday | | | | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL Billable | 88. | 88. | 87. | 57.5 | 50.5 | 6. | 79. | 94.5 | 97. | 53. | 46. | 43. | 20. | 61. | 57.5 | 45. | 1338.5 | 1003. | 2241.5 |
| TOTAL | 93.5 | 105. | 91.5 | 93.5 | 50.5 | 6. | 79. | 94.5 | 97. | 53. | 46. | 43. | 20. | 61. | 57.5 | 45. | 1369. | 1038. | 2407. |

Employee/Contractor Signature: _____    Date: 2/2/07

Supervisor Signature: _____    Date: _____

# Richmar & Associates

## Time Accounting Sheet

Employee/Contractor Name: Worldwide Digital
Period: January 16 - 31, 2007

| | Work days in period | 12 |
|---|---|---|
| | Holidays in period | |
| | Hours in period | 96 |
| | Hours unaccounted for | 0 |

| | Reg Hrs | 180.5 |
|---|---|---|
| | Pers Time Off | |
| | Holiday | |
| | Total Hours | 180.5 |

| Charge To: | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1-15 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GW Scan - Nicholas Mann | 6. | 8. | 8. | 8. | | | 7. | 8. | 8. | 6. | 8. | | | 8. | 8. | 2. | 58. | 85. | 143. |
| GW Scan - Bernadette Dixon | | | | | | | | | | | | | | | | | | | |
| GW Scan - Dione Hamer | | | | | | | | | | | | | | | | | | | |
| GW Scan - Dominique Roberts | 8. | 7.5 | 8. | 8. | | | 8. | 8. | 8. | 8. | 8. | | | 8. | 8. | 8. | 23. | 95.5 | 118.5 |
| GW Scan - Evelyn Wheeler | | | | | | | | | | | | | | | | | | | |
| GW Scan - Laquinda Selby | | | | | | | | | | | | | | | | | | | |
| GW Scan - Michelle Barnes | | | | | | | | | | | | | | | | | | | |
| GW Scan - Subramanian Muthukaruppan | | | | | | | | | | | | | | | | | | | |
| GW Scan - Unique Quarles | | | | | | | | | | | | | | | | | | | |
| GW Scan - Xuan-Huong Nguyen | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |

| Non-Billable | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overhead | | | | | | | | | | | | | | | | | | | |
| Personal Time Off | | | 16. | 16. | | | | | | | | | | | | | | | |
| Holiday | | | | | | | | | | | | | | | | | | | |

| | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1-15 | 16-31 | Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL Billable | 14. | 15.5 | 16. | 16. | | | 15. | 16. | 16. | 14. | 16. | | | 16. | 16. | 10. | 81. | 180.5 | 261.5 |
| TOTAL | 14. | 15.5 | 16. | 16. | | | 15. | 16. | 16. | 14. | 16. | | | 16. | 16. | 10. | 81. | 180.5 | 261.5 |

Employee/Contractor Signature: _____  Date: 2/2/07

Supervisor Signature: _____  Date:

# Richmar & Associates

## Time Accounting Sheet

Employee/Contractor Name: Jim Gearing

Period: January 16 - 31, 2006

| Work days in period | 12 |
| Holidays in period | 96 |
| Hours in period | 96 |
| Hours unaccounted for | 4 |

| Reg Hrs | 84. |
| Pers Time Off | 8. |
| Holiday | |
| Total Hours | 92 |

| Charge To: | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1-16 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FAA - GETS - Meetings | | | | | | | | | | | | | | | | | 1. | | 1. |
| FAA - GETS - Changes Batch 1 | | | | | | | | | | | | | | | | | | | |
| FAA - GETS - Changes Batch 2 | | | | | | | | | | | | | | | | | | | |
| FAA - GETS - Arbitrations | | | | | | | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Meetings | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Reqs/Design | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Upgrade to 5.3 | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Architecture Framework | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - HR Module | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Back Scan Requirements | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Back Scan Design/Prog. | | | | | | | | | | | | | | | | | 66. | | 86. |
| GWU - Docu - Backscan, Index, Load | 8. | 7. | 8. | 6. | | 8. | 7. | 8. | 8. | | 8. | | | 8. | 7. | 9. | | 84. | 84. |
| GWU - Docu - Training | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Phase 2 | | | | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | | | | | | | |

**Non-Billable**

| | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1-16 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overhead | | | | | | | | | | | | | | | | | | | |
| Personal Time Off | | | | | | | | | | 8. | | | | | | | | 8. | 8. |
| Holiday | | | | | | | | | | | | | | | | | 24. | | 24. |

| | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1-16 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL Billable | 8. | 7. | 8. | 6. | | 8. | 7. | 8. | 8. | | 8. | | | 8. | 7. | 9. | 67. | 84. | 151. |
| TOTAL | 8. | 7. | 8. | 6. | | 8. | 7. | 8. | 8. | 8. | 8. | | | 8. | 7. | 9. | 91. | 92. | 183. |

Employee/Contractor Signature: _(signature)_    Date: 2/1/07

Supervisor Signature: _(signature)_    Date: 2/2-/07

## Nsona Whiteman

| | |
|---|---|
| **From:** | Richard Gordon, Jr. [richard@cus4.com] |
| **Sent:** | Friday, February 02, 2007 8:57 AM |
| **To:** | 'Christina L. Griffin' |
| **Cc:** | 'Nsona Whiteman' |
| **Subject:** | Invoice Verification Form |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

**Attachments:** Invoice acceptancefnp 3-02 - number 25 - S.doc; ED-06-GWU-ISS-SOC-25 - S.pdf

Hello Christina

Attached is invoice 25-S along with the Invoice Verification Form.

Will you sign the Invoice Verification Form and fax to Nsona at the fax number on the form by 9:30 a.m.?  There is no need for a cover sheet.

Thanks for your assistance
Best regards

Richard Gordon, Jr.
President/CEO
RICHMAR & Associates
220 F Street NE
Washington, DC 20002
Office (202) 544-2015
Fax    (202) 544-2016
Cell    (202) 669-6122

This communication contains information from RICHMAR & Associates that may be confidential. Except for personal use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender. Nothing in this communication is intended to operate as an electronic signature under applicable law.

2/2/2007

## FEDERAL NATIONAL PAYABLES, INC.

### INVOICE VERIFICATION FORM

This is not a request for payment

**Customer:    George Washington University**

**Contract or Purchase Order No: 1000082157**

**FNP Client/Supplier:        CUS4, Inc. d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| 1000082157 | ED-06-GWU-ISS-DOC-25-S | February 2, 2007 | $  69,718.69 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:


_Christina Griff_
Signature

Assistant Director Administrative
Applications Project Office
Print Title

(703) 726-1911
Telephone Number

Christina Griffin
Print Name

February 2, 2007
Date

202-994-5250
Fax Number



**INVOICE**

Award Number:
Invoice Number: ED-06-GWU-ISS-DOC-26 - 8
Tax ID Number: 54-1827536
CLIN 0001
Purchase Order Number 1000082157

Billing Date:    21-Feb-07
Due Date:        Net 30 days

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380
Ashburn, VA 20147

Billing Period:
2/1/07 - 2/15/07

| Labor Categories | | Current Rate | Current Hours | | Current Amount |
|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 60.00 | $ | 9,000.00 |
| Senior Engineer | $ | 144.00 | 0.00 | $ | - |
| Senior Management Consultant | $ | 125.00 | 35.50 | $ | 4,437.50 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | $ | - |
| Jr. Project Manager | $ | 75.00 | 0.00 | $ | - |
| Systems Analyst | $ | 98.00 | 0.00 | $ | - |
| Quality Analyst | $ | 85.05 | 0.00 | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | $ | - |
| Administrative Assistant | $ | 33.67 | 205.00 | $ | 6,902.35 |
| | | | | | |
| Totals Hours | | | 300.50 | | |
| Total Direct Labor | | | | $ | 20,339.85 |
| Other Direct Costs - Scanning 3007pages at 0.18/page | | | | $ | 541.16 |
| Total Costs | | | | $ | 20,881.01 |

| | | | |
|---|---|---|---|
| Total Amount Due | | $ | 20,881.01 |

This is to certify that the services set forth herein were performed during the period stated, and that incurred costs billed were actually expended.

Richard Gordon, Jr.
President

Remit Payment to:

Federal National Commercial, Inc.
Fao: CUS4/Richmar Associates
P.O. Box 403826
Atlanta GA 30384-3826

# Richmar & Associates

## Time Accounting Sheet

**Employee/Contractor Name:** Jim Gearing

**Period:** Feb 1 - 15, 2007

| Work days in period | 11 |
|---|---|
| Holidays in period | |
| Hours in period | 88 |
| Hours unaccounted for | 38 |

| | |
|---|---|
| Reg Hrs | 50. |
| Pers Time Off | |
| Holiday | |
| Total Hours | 50. |

| Charge To: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FAA - GETS - Meetings | | | | | | | | | | | | | | | | | |
| FAA - GETS - Changes Batch 1 | | | | | | | | | | | | | | | | | |
| FAA - GETS - Changes Batch 2 | | | | | | | | | | | | | | | | | |
| FAA - GETS - Arbitrations | | | | | | | | | | | | | | | | | |
| GWU - Docu - Back Scan Design/Prog. | 10. | 6. | | | 8. | 8. | 2. | 3. | 3. | | | 2. | 4. | 1. | | 3. | 50. |
| GWU - Docu - Backscan, Index, Load | | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | | |

| Non-Billable | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overhead | | | | | | | | | | | | | | | | | |
| Personal Time Off | | | | | | | | | | | | | | | | | |
| Holiday | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL Billable | 10. | 6. | | | 8. | 8. | 2. | 3. | 3. | | | 2. | 4. | 1. | | 3. | 50. |
| TOTAL | 10. | 6. | | | 8. | 8. | 2. | 3. | 3. | | | 2. | 4. | 1. | | 3. | 50. |

**Employee/Contractor Signature:** _____ **Date:** 2/2/07

**Supervisor Signature:** _____ **Date:** 2/2/07

# Richmar & Associates

## Time Accounting Sheet

Employee/Contractor Name:

Period: Central Data Processing
February 1 - 15, 2007

| | |
|---|---|
| Work days in period | 9 |
| Holidays in period | 2 |
| Hours in period | 88 |
| Hours unaccounted for | 0 |

| | |
|---|---|
| Reg Hrs | 250.5 |
| Pers Time Off | |
| Holiday | |
| **Total Hours** | **250.5** |

| Charge To: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GW Scan Manager - Mike Holt | | 2. | 2. | 2. | 2. | | | | | | | | | | | | 10. |
| GW Scan Manager - Dottie Holoubek | | | | | | | | | | | | | | | | | 35.5 |
| GW Scan Manager - Dan Holoubek | 7. | 7. | 7.5 | 7. | 7. | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| GW Scan - A J Baochus | | | | | | | | | | | | | | | | | |
| GW Scan - Amir Lotfi | | | | | | | | | | | | | | | | | |
| GW Scan - Bernesteen Best | | | | | | | | | | | | | | | | | |
| GW Scan - Chariteau Benton | | | | | | | | | | | | | | | | | |
| GW Scan - Cheric Babb | | | | | | | | | | | | | | | | | |
| GW Scan - Davida Potts | | | | | | | | | | | | | | | | | |
| GW Scan - Dominique Roberts | | | | | | | | | | | | | | | | | |
| GW Scan - Ethel Maristeller | | | | | | | | | | | | | | | | | |
| GW Scan - Isaac Hughes | | 14.5 | 10. | | | | | | | | | | | | | | 32. |
| GW Scan - Jesse Gillespie | | | | | | | | | | | | | | | | | |
| GW Scan - Jide Dada | | 11. | 9.5 | | | | | | | | | | | | | | 29. |
| GW Scan - Leila Aghazadeh | | | | | | | | | | | | | | | | | |
| GW Scan - Lucille Rattliff | | | | | | | | | | | | | | | | | |
| GW Scan - Megan Bradley | | | | | | | | | | | | | | | | | |
| GW Scan - Micheal Brown | | 13.5 | 11.5 | 2.5 | 12.5 | | | | | | | | | | | | 52. |
| GW Scan - Nancy Goff | | | | | | | | | | | | | | | | | |
| GW Scan - Ngoc Dang | | | | | | | | | | | | | | | | | |
| GW Scan - Nguyet Dang | | | | | | | | | | | | | | | | | |
| GW Scan - Nikki McKinney | | 7.5 | 7.5 | | | | | | | | | | | | | | 15.5 |
| GW Scan - Steve Clark | | 7.5 | 7.5 | 8. | 8. | | | 8.5 | 7. | 8. | 8. | | | | | | 55. |
| GW Scan - Tiffany Johnson | | | | | | | | | | | | | | | | | |
| GW Scan - Vergina Hawkins | | | | | | | | | | | | | | | | | |
| GW Scan - Vernette Knight | | | | | | | | | | | | | | | | | |
| GW Scan - Yvonne Morrison | | | | | 9. | | | | | | | | | | | | 21.5 |
| GW Scan - Zandra Curran | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | |



| | | | | | | | | | | | | | 250.5 |
| | | | | | | | | | | | | | 250.5 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GW Scan - | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | |

**Non-Billable**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Overhead | | | | | | | | | | |
| Personal Time Off | | | | | | | | | | |
| Holiday | | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL Billable | 48. | 55.5 | 19.5 | 38.5 | | 8.5 | 7. | 8. | 8. | |
| TOTAL | 48. | 55.5 | 19.5 | 38.5 | | 8.5 | 7. | 8. | 8. | |

Employee/Contractor Signature:

Date: _____

Supervisor Signature:

Date: 2/21/07

FEB. 23. 2007  3:47PM    BANNER-APPLICATIONS                NO. 6740   P. 1

## FEDERAL NATIONAL PAYABLES, INC.

### INVOICE VERIFICATION FORM

This is **not** a request for payment

Customer:   George Washington University

Contract or Purchase Order No: 1000082157

FNP Client/Supplier:    CUS4, Inc. d/b/a RICHMAR & Associates

When completed please fax to FNP at 301-961-6460.
Questions please call FNP at 301-961-6450.

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| 1000082157 | HD-06-GWU-ISS-DOC-26-S | February 21, 2007 | $   20,881.01 | | | X | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:


_Christina Griffin_
Signature

Assistant Director Administrative
Applications Project Office
Print Title

(703) 726-1911
Telephone Number

Christina Griffin
Print Name

February 21, 2007
Date

202-994-5250
Fax Number

## Nsona Whiteman

| | |
|---|---|
| **From:** | Richard Gordon, Jr. [richard@cus4.com] |
| **Sent:** | Wednesday, February 21, 2007 12:53 PM |
| **To:** | 'Christina L. Griffin' |
| **Cc:** | 'Nsona Whiteman' |
| **Subject:** | Invoice 26-S |
| **Importance:** | High |
| **Sensitivity:** | Confidential |
| **Attachments:** | ED-06-GWU-ISS-SOC-26 - S.pdf; Invoice acceptancefnp 3-02 - number 26 - S.doc |

Hello Christina

Attached is Invoice 26-S, our final invoice on this project. It has been a pleasure working with you and the GW team and we wish you the greatest success with DCMS. We are confident that the system design and its scalability will benefit GW for years to come.

Please sign and fax the Invoice Verification Form to the number on the front of the form 301-961-6460.

Thanks for all of your help.
Best regards

Richard Gordon, Jr.
President/CEO
RICHMAR & Associates
220 F Street NE
Washington, DC 20002
Office (202) 544-2015
Fax    (202) 544-2016
Cell   (202) 669-6122

This communication contains information from RICHMAR & Associates that may be confidential. Except for personal use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender. Nothing in this communication is intended to operate as an electronic signature under applicable law.

# Exhibit 8

# FEDERAL NATIONAL COMMERCIAL

7315 Wisconsin Avenue, Suite 820  Bethesda MD 20814   301-961-6450  fax: 301-961-6460

Date:          1/24/2006

Email to:      Marcie Day   mkremer@gwu.edu

Company:       George Washington University – Information Systems

Fax#:          202-994-5250

Phone:         703-726-1973

From:          Judy Shaw

Pages:         3


E - M A I L E D
JAN 2 4 2006

**Notification regarding the Accounts Receivable for CUS4/Richmar Associates.**  Please update your records to reflect the change in the remit to address.  A letter will be sent via certified mail.

If you have any questions, or need any additional information, please do not hesitate to contact me at (301) 961-6450.

Thank you for your prompt attention to this matter.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Marcie Day
Information Systems
George Washington University
4983 Knoll Square, Suite 300
Ashburn VA 20147

CUS4-GWU

2. Article Number
(Transfer from service label)          7005 0390 0003 7900 4306

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   □ Agent
                    □ Addressee

B. Received by ( Printed Name )
J Ranson          C. Date of Delivery  1/26/06

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:       □ No

3. Service Type
   ☑ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)           □ Yes



**RICHMAR** TM

*Advisors and Consultants*
725 East Capitol Street, SE
Washington, DC 20003
Phone (202) 544-2015
Facsimile (202) 544-2016

January 23, 2006

Rick Gilchrist
The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380
Ashburn, VA 20147

Dear Rick:

As part of our efforts to insure that Cus4, Inc., dba RICHMAR & Associates continues to offer you and our other customers the excellent service you deserve, we have arranged a financing relationship with Federal National Commercial, Inc. ("FNC").

Accompanying this letter is FNC's Notice of Sale and Assignment notifying you that FNC has purchased our accounts receivable in support of their financing facility to us. Their notice also provides you with payment instructions for the payment of all future invoices due from you on our account.

Please accept this letter as our authorization of FNC's Notice of Assignment.

As part of their service to us, we have also outsourced much of our accounts receivable function to FNC. You will hear from them directly within the normal course of your accounts payable dealings on our account. We know that you will find FNC's staff to be professional and efficient and we ask that you work with them as you would work with us with regard to payments on our account.

Thank you for you assistance in this matter. Should you have any questions, please call me at 202-669-6122. We look forward to providing you with continued excellent service.

Sincerely,

Richard Gordon, Jr.
President/CEO

*"We Protect Your Investment In Intellectual Capital"* SM

# FEDERAL NATIONAL COMMERCIAL

7315 Wisconsin Avenue, Suite 820W  Bethesda MD 20814  301-961-6450  fax: 301-961-6460

January 24, 2006

Ms. Marcie Day
Information Systems
George Washington University
4983 Knoll Square, Suite 380
Ashburn VA 20147

RE: **Notice of Sale and Assignment of the Accounts of CUS4, Inc. dba Richmar
Associates, (the "Seller")**

Dear Ms. Day:

Federal National Commercial, Inc. ("FNC") has agreed to provide the Seller with
financing to support its opportunities for continued growth.

Please be advised and notified that the Seller has sold, assigned and transferred to
FNC in support of this financing, absolutely and irrevocably, its rights, title and
interest in all of its present and future accounts.  To the extent that you are now
indebted or may in the future become indebted to the Seller on an account, payment
thereof must be made payable to us and not to the Seller or any other entity.  The
payments should be remitted to us by the instructions set forth below.

| By Check | By Wire Transfer | By ACH |
|---|---|---|
| Federal National Commercial, Inc. | Bank of America | Bank of America |
| Fao: CUS4/Richmar Associates | ABA #026009593 | ABA# 052001633 |
| P.O. Box 403826 | Acct #3933345512 | Acct# 3933345512 |
| Atlanta GA 30384-3826 | | |

A writing signed by one of our officers and acknowledged before a notary public may
only revoke this letter.

Thank you for your assistance.

Sincerely,

Judy Shaw
Vice President

Federal National Commercial, Inc.

# Exhibit 9

WK



# INVOICE

**Award Number:**                    **Billing Date:**    02-Feb-06
**Invoice Number: ED-06-GWU-ISS-DOC-01**    **Due Date:**    Net 30 days
**Tax ID Number: 54-1827538**
**CLIN 0001**

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380    **Billing Period:**
Ashburn, VA 20147    01/06/06 - 01/31/05

| Labor Categories | | Current Rate | Current Hours | Cumulative Hours | | Current Amount | | Cumulative Amount |
|---|---|---|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 114.00 | 114.00 | $ | 17,100.00 | $ | 17,100.00 |
| Senior Engineer | $ | 144.00 | 0.00 | 0.00 | $ | - | $ | - |
| Senior Management Consultant | $ | 125.00 | 42.00 | 42.00 | $ | 5,250.00 | $ | 5,250.00 |
| Systems Analyst | $ | 98.00 | 63.00 | 63.00 | $ | 6,174.00 | $ | 6,174.00 |
| Quality Analyst | $ | 85.05 | 0.00 | 0.00 | $ | - | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | 0.00 | $ | - | $ | - |
| Administrative Assistant | $ | 33.67 | 11.00 | 11.00 | $ | 370.37 | $ | 370.37 |
| | Totals Hours | | 230.00 | 230.00 | | | | |

| | | | |
|---|---|---|---|
| Total Direct Labor | $ | 28,894.37 | $ 28,894.37 |
| Other Direct Costs | $ | - | $ - |
| Total Costs | $ | 28,894.37 | $ 28,894.37 |
| Funds Remaining (CLIN 1) | | | $ 243,559.23 |
| **Total Amount Due** | **$** | **28,894.37** | |

This is to certify that the services set forth herein were performed during the period stated, and that incurred
costs billed were actually expended.

Richard Gordon, Jr.,
President

**Remit Payment to:**

**Federal National Commercial, Inc.**
**Fao: CUS4/Richmar Associates**
**P.O. Box 403826**
**Atlanta GA 30384-3826**

Feb 10 06 01:59p    Richard Gordon, Jr.    202 544-2016    p.2

# FEDERAL NATIONAL PAYABLES, INC.

## INVOICE VERIFICATION FORM

This is not a request for payment

**Customer:    George Washington University**

**Contract or Purchase Order No:**

**FNP Client/Supplier:    CUS4, Inc. d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| | ED-06-GWU-ISS-DOC-01 | 2/2/06 | $  28,818.00 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:

_Marcy Day_ (signature)
**Signature**

**Project Manager**
**Print Title**

**703-726-1973**
**Telephone Number**

Marcy Day
**Print Name**

February 6, 2006
**Date**

202-994-5250
**Fax Number**



RICHMAR

# INVOICE

| | |
|---|---|
| **Award Number:** | **Billing Date:** 22-Feb-06 |
| **Invoice Number:** ED-06-GWU-ISS-DOC-02 | **Due Date:** Net 30 days |
| **Tax ID Number:** 54-1827538 | |
| **CLIN 0001** | |

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380      **Billing Period:**
Ashburn, VA 20147                        02/01/06 - 02/15/06

| Labor Categories | | Current Rate | Current Hours | Cumulative Hours | | Current Amount | | Cumulative Amount |
|---|---|---|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 124.00 | 238.00 | $ | 18,600.00 | $ | 35,700.00 |
| Senior Engineer | $ | 144.00 | 0.00 | 0.00 | $ | - | $ | - |
| Senior Management Consultant | $ | 125.00 | 24.00 | 66.00 | $ | 3,000.00 | $ | 8,250.00 |
| Systems Analyst | $ | 98.00 | 70.00 | 136.00 | $ | 6,860.00 | $ | 13,328.00 |
| Quality Analyst | $ | 85.05 | 0.00 | 0.00 | $ | - | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | 0.00 | $ | - | $ | - |
| Administrative Assistant | $ | 33.67 | 0.00 | 0.00 | $ | - | $ | - |
| | Totals Hours | | 218.00 | 440.00 | | | | |

| | | | | |
|---|---|---|---|---|
| **Total Direct Labor** | $ | 28,460.00 | $ | 57,278.00 |
| **Other Direct Costs** | $ | - | $ | - |
| **Total Costs** | $ | 28,460.00 | $ | 57,278.00 |
| **Funds Remaining (CLIN 1)** | | | $ | 215,175.60 |

| | | |
|---|---|---|
| **Total Amount Due** | $ | 28,460.00 |

This is to certify that the services set forth herein were performed during the period stated, and that incurred costs billed were actually expended.

Richard Gordon, Jr.,
President

Remit Payment to:

Federal National Commercial, Inc.
Fao: CUS4/Richmar Associates
P.O. Box 403826
Atlanta GA 30384-3826

# FEDERAL NATIONAL PAYABLES, INC.

## INVOICE VERIFICATION FORM

This is <u>not</u> a request for payment

**Customer:**   George Washington University

**Contract or Purchase Order No:**

**FNP Client/Supplier:**        CUS4, Inc. d/b/a RICHMAR & Associates
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| | ED-06-GWU-ISS-DOC-02 | 2/22/06 | $   28,460.00 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:


_____
Signature

_____
Project Manager
Print Title

_703-726-1973_____
Telephone Number

Marcy Day_____
Print Name

February 22, 2006_____
Date

202-994-5250_____
Fax Number



# INVOICE

| | |
|---|---|
| **Award Number:** | **Billing Date:** 02-Mar-06 |
| **Invoice Number: ED-06-GWU-ISS-DOC-03** | **Due Date:** Net 30 days |
| **Tax ID Number: 54-1827538** | |
| **CLIN 0001** | |

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380      **Billing Period:**
Ashburn, VA 20147                        02/16/06 - 02/31/06

| Labor Categories | | Current Rate | Current Hours | Cumulative Hours | | Current Amount | | Cumulative Amount |
|---|---|---|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 60.50 | 298.50 | $ | 9,075.00 | $ | 44,775.00 |
| Senior Engineer | $ | 144.00 | 0.00 | 0.00 | $ | - | $ | - |
| Senior Management Consultant | $ | 125.00 | 85.00 | 151.00 | $ | 10,625.00 | $ | 18,875.00 |
| Systems Analyst | $ | 98.00 | 88.00 | 224.00 | $ | 8,624.00 | $ | 21,952.00 |
| Quality Analyst | $ | 85.05 | 0.00 | 0.00 | $ | - | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | 0.00 | $ | - | $ | - |
| Administrative Assistant | $ | 33.67 | 0.00 | 0.00 | $ | - | $ | - |
| **Totals Hours** | | | 233.50 | 673.50 | | | | |

| | | | |
|---|---|---|---|
| **Total Direct Labor** | $ 28,324.00 | $ | 85,602.00 |
| **Other Direct Costs** | $ - | $ | - |
| **Total Costs** | $ 28,324.00 | $ | 85,602.00 |
| **Funds Remaining (CLIN 1)** | | $ | 186,851.60 |
| **Total Amount Due** | $ 28,324.00 | | |

This is to certify that the services set forth herein were performed during the period stated, and that incurred
costs billed were actually expended.

Richard Gordon, Jr.
President

**Remit Payment to:**

**Federal National Commercial, Inc.**
**Fao: CUS4/Richmar Associates**
**P.O. Box 403826**
**Atlanta GA 30384-3826**

Case 1:07-cv-00841-JR     Document 6-4     Filed 05/22/2007     Page 7 of 74

### FEDERAL NATIONAL PAYABLES, INC.

### INVOICE VERIFICATION FORM

This is <u>not</u> a request for payment

**Customer:    George Washington University**

**Contract or Purchase Order No:**

**FNP Client/Supplier:  ·    CUS4, Inc. d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Appr oved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| | ED-06-GWU-ISS-DOC-03 | 3/2/06 | $    28,324.00 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:

_Marcy Day_
Signature

Project Manager
Print Title

703-726-1973
Telephone Number

Marcy Day
Print Name

March 2, 2006
Date

202-994-5250
Fax Number



# INVOICE

**Award Number:**                        **Billing Date:**    21-Mar-06
**Invoice Number: ED-06-GWU-ISS-DOC-04**    **Due Date:**       Net 30 days
**Tax ID Number: 54-1827538**
**CLIN 0001**

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380    **Billing Period:**
Ashburn, VA 20147                       03/1/06 - 03/15/06

| Labor Categories | | Current Rate | Current Hours | Cumulative Hours | Current Amount | | Cumulative Amount |
|---|---|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 119.50 | 418.50 | $ | 17,925.00 | $ 62,775.00 |
| Senior Engineer | $ | 144.00 | 0.00 | 0.00 | $ | - | $ - |
| Senior Management Consultant | $ | 125.00 | 87.50 | 238.50 | $ | 10,937.50 | $ 29,812.50 |
| Systems Analyst | $ | 98.00 | 176.00 | 400.00 | $ | 17,248.00 | $ 39,200.00 |
| Quality Analyst | $ | 85.05 | 0.00 | 0.00 | $ | - | $ - |
| Help Desk Specialist | $ | 45.00 | 0.00 | 0.00 | $ | - | $ - |
| Administrative Assistant | $ | 33.67 | 0.00 | 0.00 | $ | - | $ - |
| | **Totals Hours** | | 383.00 | 1,057.00 | | | |

|  |  |  |  |
|---|---|---|---|
| **Total Direct Labor** | $ | 46,110.50 | $ 131,787.50 |
| **Other Direct Costs** | $ | - | $ - |
| **Total Costs** | $ | 46,110.50 | $ 131,787.50 |
| **Funds Remaining (CLIN 1)** | | | $ 140,666.10 |
| **Total Amount Due** | $ | 46,110.50 | |

This is to certify that the services set forth herein were performed during the period stated, and that incurred
costs billed were actually expended.

Richard Gordon, Jr.,
President

**Remit Payment to:**

**Federal National Commercial, Inc.**
**Fao: CUS4/Richmar Associates**
**P.O. Box 403826**
**Atlanta GA 30384-3826**

## FEDERAL NATIONAL PAYABLES, INC.

## INVOICE VERIFICATION FORM

This is not a request for payment

**Customer:     George Washington University**

**Contract or Purchase Order No:**

**FNP Client/Supplier:        CUS4, Inc. d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Appr oved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| | ED-06-GWU-ISS-DOC-04 | 3/21/06 | S    46,110.50 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:

Signature

Project Manager
Print Title

703-726-1973
Telephone Number

Marcy Day
Print Name

March 20, 2006
Date

202-994-5250
Fax Number



# INVOICE

**Award Number:**                           **Billing Date:**    03-Apr-06
**Invoice Number: ED-06-GWU-ISS-DOC-05**    **Due Date:**        Net 30 days
**Tax ID Number: 54-1827538**
**CLIN 0001**

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380        **Billing Period:**
Ashburn, VA 20147                          03/15/06 - 03/31/06

| Labor Categories | Current Rate | Current Hours | Cumulative Hours | Current Amount | Cumulative Amount |
|---|---|---|---|---|---|
| Executive Management Consultant | $ 150.00 | 179.50 | 598.00 | $ 26,925.00 | $ 89,700.00 |
| Senior Engineer | $ 144.00 | 0.00 | 0.00 | $    - | $    - |
| Senior Management Consultant | $ 125.00 | 183.50 | 422.00 | $ 22,937.50 | $ 52,750.00 |
| Systems Analyst | $ 98.00 | 197.00 | 597.00 | $ 19,306.00 | $ 58,506.00 |
| Quality Analyst | $ 85.05 | 0.00 | 0.00 | $    - | $    - |
| Help Desk Specialist | $ 45.00 | 0.00 | 0.00 | $    - | $    - |
| Administrative Assistant | $ 33.67 | 0.00 | 0.00 | $    - | $    - |
| | **Totals Hours** | 560.00 | 1,617.00 | | |

|  |  |  |
|---|---|---|
| **Total Direct Labor** | $ 69,168.50 | $ 200,956.00 |
| **Other Direct Costs** | $    - | $    - |
| **Total Costs** | $ 69,168.50 | $ 200,956.00 |
| **Funds Remaining (CLIN 1)** | | $ 1,523,316.40 |
| **Total Amount Due** | $ 69,168.50 | |

This is to certify that the services set forth herein were performed during the period stated, and that incurred
costs billed were actually expended.

Richard Gordon, Jr.,
President

Remit Payment to:

Federal National Commercial, Inc.
Fao: CUS4/Richmar Associates
P.O. Box 403826
Atlanta GA 30384-3826

# FEDERAL NATIONAL PAYABLES, INC.

## INVOICE VERIFICATION FORM

This is <u>not</u> a request for payment

**Customer:    George Washington University**

**Contract or Purchase Order No:**

**FNP Client/Supplier:        CUS4, Inc. d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Appr oved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
|  | ED-06-GWU-ISS-DOC-05 | 4/2/06 | $ 69,168.50 |  |  | X |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:

Signature

Project Manager
Print Title

703-726-1973
Telephone Number

Marcy Day
Print Name

April 3, 2006
Date

202-994-5250
Fax Number



# INVOICE

**Award Number:**
**Invoice Number: ED-06-GWU-ISS-DOC-06**
**Tax ID Number: 54-1827538**
**CLIN 0001**

**Billing Date:**   20-Apr-06
**Due Date:**       Net 30 days

The George Washington University
ISS – Administrative Applications
44983 Knoll Square Drive, Suite 380
Ashburn, VA 20147

**Billing Period:**
04/1/06 - 04/15/06

| Labor Categories | | Current Rate | Current Hours | Cumulative Hours | Current Amount | | Cumulative Amount |
|---|---|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 115.00 | 713.00 | $ 17,250.00 | $ | 106,950.00 |
| Senior Engineer | $ | 144.00 | 0.00 | 0.00 | $ - | $ | - |
| Senior Management Consultant | $ | 125.00 | 139.00 | 561.00 | $ 17,375.00 | $ | 70,125.00 |
| Systems Analyst | $ | 98.00 | 71.00 | 668.00 | $ 6,958.00 | $ | 65,464.00 |
| Quality Analyst | $ | 85.05 | 0.00 | 0.00 | $ - | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | 0.00 | $ - | $ | - |
| Administrative Assistant | $ | 33.67 | 0.00 | 0.00 | $ - | $ | - |
| | **Totals Hours** | | 325.00 | 1,942.00 | | | |

|  | Current Amount | Cumulative Amount |
|---|---|---|
| **Total Direct Labor** | $ 41,583.00 | $ 242,539.00 |
| **Other Direct Costs** | $ - | $ - |
| **Total Costs** | $ 41,583.00 | $ 242,539.00 |
| **Funds Remaining (CLIN 1)** | | $ 1,481,733.40 |
| **Total Amount Due** | $ 41,583.00 | |

This is to certify that the services set forth herein were performed during the period stated, and that incurred
costs billed were actually expended.

Richard Gordon, Jr.
President

**Remit Payment to:**

**Federal National Commercial, Inc.**
**Fao: CUS4/Richmar Associates**
**P.O. Box 403826**
**Atlanta GA 30384-3826**

# FEDERAL NATIONAL PAYABLES, INC.

## INVOICE VERIFICATION FORM

This is _not_ a request for payment

**Customer:    George Washington University**

**Contract or Purchase Order No:**

**FNP Client/Supplier:    CUS4, Inc. d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| | ED-06-GWU-ISS-DOC-06 | 4/20/06 | $  41,583.00 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:

_signature_
Signature

Project Manager
Print Title

703-726-1973
Telephone Number

Marcy Day
Print Name

April 20, 2006
Date

202-994-5250
Fax Number



# INVOICE

**Award Number:**
**Invoice Number: ED-06-GWU-ISS-DOC-07**
**Tax ID Number: 54-1827538**
**CLIN 0001**

**Billing Date:**    02-May-06
**Due Date:**    Net 30 days

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380
Ashburn, VA 20147

**Billing Period:**
04/16/06 - 04/30/06

| Labor Categories | | Current Rate | Current Hours | Cumulative Hours | Current Amount | | Cumulative Amount |
|---|---|---|---|---|---|---|---|
| Executive Management Consultant | S | 150.00 | 335.50 | 1,048.50 | $ 50,325.00 | $ | 157,275.00 |
| Senior Engineer | S | 144.00 | 0.00 | 0.00 | $ - | $ | - |
| Senior Management Consultant | S | 125.00 | 517.50 | 1,078.50 | $ 64,687.50 | $ | 134,812.50 |
| Jr. Project Manager II | S | 100.00 | 10.00 | 10.00 | $ 1,000.00 | $ | 1,000.00 |
| Jr. Project Manager | S | 75.00 | 0.00 | 0.00 | $ - | $ | - |
| Systems Analyst | S | 98.00 | 174.00 | 842.00 | $ 17,052.00 | $ | 82,516.00 |
| Quality Analyst | S | 85.05 | 0.00 | 0.00 | $ - | $ | - |
| Help Desk Specialist | S | 45.00 | 0.00 | 0.00 | $ - | $ | - |
| Administrative Assistant | S | 33.67 | 78.25 | 78.25 | S 2,634.68 | $ | 2,634.68 |
| | **Totals Hours** | | 1115.25 | 3,057.25 | | | |

|  | Current Amount | Cumulative Amount |
|---|---|---|
| **Total Direct Labor** | $135,699.18 | $ 378,238.18 |
| **Other Direct Costs** | $ - | $ - |
| **Total Costs** | $135,699.18 | $ 378,238.18 |
| **Funds Remaining (CLIN 1)** | | $ 1,346,034.22 |
| **Total Amount Due** | $135,699.18 | |

This is to certify that the services set forth herein were performed during the period stated, and that incurred costs billed were actually expended.

Richard Gordon, Jr.,
President

**Remit Payment to:**

**Federal National Commercial, Inc.**
**Fao: CUS4/Richmar Associates**
**P.O. Box 403826**
**Atlanta GA 30384-3826**

### FEDERAL NATIONAL PAYABLES, INC.

### INVOICE VERIFICATION FORM

This is __not__ a request for payment

**Customer:    George Washington University**

**Contract or Purchase Order No:**

**FNP Client/Supplier:      CUS4, Inc. d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| | ED-06-GWU-ISS-DOC-07 | May 2, 2006 | S   135,699.18 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:

_____
Signature

Project Manager
Print Title

703-726-1973
Telephone Number

Marcy Day
Print Name

April 20, 2006 ~~~~~ 5/3/2006
Date

202-994-5250
Fax Number

RICHMAR

## INVOICE

**Award Number:**
**Invoice Number:** ED-06-GWU-ISS-DOC-06a
**Tax ID Number:** 54-1827538
**CLIN 0001**

**Billing Date:** 04-May-06
**Due Date:** Net 30 days

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380
Ashburn, VA 20147

**Billing Period:**
04/1/06 - 04/15/06

| Labor Categories | | Current Rate | Current Hours | Cumulative Hours | | Current Amount | | Cumulative Amount |
|---|---|---|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 99.00 | 1,147.50 | $ | 14,850.00 | $ | 172,125.00 |
| Senior Engineer | $ | 144.00 | 0.00 | 0.00 | $ | - | $ | - |
| Senior Management Consultant | $ | 125.00 | 80.00 | 1,158.50 | $ | 10,000.00 | $ | 144,812.50 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | 0.00 | $ | - | $ | - |
| Jr. Project Manager | $ | 75.00 | 0.00 | 0.00 | $ | - | $ | - |
| Systems Analyst | $ | 98.00 | 118.00 | 960.00 | $ | 11,564.00 | $ | 94,080.00 |
| Quality Analyst | $ | 85.05 | 0.00 | 0.00 | $ | - | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | 0.00 | $ | - | $ | - |
| Administrative Assistant | $ | 33.67 | 0.00 | 78.00 | $ | - | $ | 2,626.26 |
| **Totals Hours** | | | 297.00 | 3,344.00 | | | | |

| | | | |
|---|---|---|---|
| **Total Direct Labor** | | $ 36,414.00 | $ 413,643.76 |
| **Other Direct Costs** | | $ - | $ - |
| **Total Costs** | | $ 36,414.00 | $ 413,643.76 |
| **Funds Remaining (CLIN 1)** | | | $ 1,310,628.64 |
| **Total Amount Due** | | $ 36,414.00 | |

This is to certify that the services set forth herein were performed during the period stated, and that incurred costs billed were actually expended.

_____

Richard Gordon, Jr.,
President

**Remit Payment to:**

**Federal National Commercial, Inc.**
**Fao: CUS4/Richmar Associates**
**P.O. Box 403826**
**Atlanta GA 30384-3826**

# FEDERAL NATIONAL PAYABLES, INC.

## INVOICE VERIFICATION FORM

This is not a request for payment

**Customer:     George Washington University**

**Contract or Purchase Order No:**

**FNP Client/Supplier:        CUS4, Inc. d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| | ED-06-GWU-ISS-DOC-06a | May 4, 2006 | $ 36,414.00 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:

Signature

Project Manager
Print Title

703-726-1973
Telephone Number

Marcy Day
Print Name

May. 9, 06
Date

202-994-5250
Fax Number



# INVOICE

**Award Number:**
**Invoice Number:** ED-06-GWU-ISS-DOC-08
**Tax ID Number:** 54-1827538
**CLIN 0001**

**Billing Date:** 18-May-06
**Due Date:** Net 30 days

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380
Ashburn, VA 20147

**Billing Period:**
05/1/06 - 05/15/06

| Labor Categories | | Current Rate | Current Hours | Cumulative Hours | | Current Amount | | Cumulative Amount |
|---|---|---|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 254.00 | 1,302.50 | $ | 38,100.00 | $ | 195,375.00 |
| Senior Engineer | $ | 144.00 | 0.00 | 0.00 | $ | - | $ | - |
| Senior Management Consultant | $ | 125.00 | 480.00 | 1,558.50 | $ | 60,000.00 | $ | 194,812.50 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | 10.00 | $ | - | $ | 1,000.00 |
| Jr. Project Manager | $ | 75.00 | 0.00 | 0.00 | $ | - | $ | - |
| Systems Analyst | $ | 98.00 | 110.00 | 952.00 | $ | 10,780.00 | $ | 93,296.00 |
| Quality Analyst | $ | 85.05 | 0.00 | 0.00 | $ | - | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | 0.00 | $ | - | $ | - |
| Administrative Assistant | $ | 33.67 | 302.00 | 380.00 | $ | 10,168.34 | $ | 12,794.60 |
| Totals Hours | | | 1146.00 | 4,203.00 | | | | |

|  | Current Amount | Cumulative Amount |
|---|---|---|
| **Total Direct Labor** | $119,048.34 | $ 497,278.10 |
| **Other Direct Costs** | $ - | $ - |
| **Total Costs** | $119,048.34 | $ 497,278.10 |
| **Funds Remaining (CLIN 1)** | | $ 1,226,994.30 |

| **Total Amount Due** | **$119,048.34** |
|---|---|

This is to certify that the services set forth herein were performed during the period stated, and that incurred costs billed were actually expended.

Richard Gordon, Jr.,
President

**Remit Payment to:**

**Federal National Commercial, Inc.**
**Fao: CUS4/Richmar Associates**
**P.O. Box 403826**
**Atlanta GA 30384-3826**

## FEDERAL NATIONAL PAYABLES, INC.

### INVOICE VERIFICATION FORM

This is not a request for payment

**Customer:    George Washington University**

**Contract or Purchase Order No:**

**FNP Client/Supplier:        CUS4, Inc. d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| | ED-06-GWU-ISS-DOC-08 | May 18, 2006 | $ 119,048.34 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:

_Signature_

Project Manager
Print Title

703-726-1973
Telephone Number

Marcy Day
Print Name

May 19, 2006
Date

202-994-5250
Fax Number


RICHMAR

# INVOICE

**Award Number:**
**Invoice Number: ED-06-GWU-ISS-DOC-09-S**
**Tax ID Number: 54-1827538**
**Purchase Order Number 1000082157**

**Billing Date:** 01-Jun-06
**Due Date:** Net 30 days

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380
Ashburn, VA 20147

**Billing Period:**
05/16/06 - 05/31/06

| Labor Categories | | Current Rate | Current Hours | Cumulative Hours | | Current Amount | | Cumulative Amount |
|---|---|---|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 71.50 | 313.50 | $ | 10,725.00 | $ | 47,025.00 |
| Senior Engineer | $ | 144.00 | 0.00 | 0.00 | $ | - | $ | - |
| Senior Management Consultant | $ | 125.00 | 0.00 | 58.00 | $ | - | $ | 7,250.00 |
| Jr. Project Manager II | $ | 100.00 | 30.00 | 40.00 | $ | 3,000.00 | $ | 4,000.00 |
| Jr. Project Manager | $ | 75.00 | 0.00 | 0.00 | $ | - | $ | - |
| Systems Analyst | $ | 98.00 | 0.00 | 20.00 | $ | - | $ | 1,960.00 |
| Quality Analyst | $ | 85.05 | 0.00 | 0.00 | $ | - | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | 0.00 | $ | - | $ | - |
| Administrative Assistant | $ | 33.67 | 292.00 | 672.25 | $ | 9,831.64 | $ | 22,634.66 |
| | **Totals Hours** | | 393.50 | 1,103.75 | | | | |

| | | | |
|---|---|---|---|
| Total Direct Labor | $ 23,556.64 | $ | 82,869.66 |
| Other Direct Costs | $ - | $ | - |
| Total Costs | $ 23,556.64 | $ | 82,869.66 |
| Funds Remaining PO 1000082157 | | $ | 842,630.34 |

| Total Amount Due | $ 23,556.64 |
|---|---|

This is to certify that the services set forth herein were performed during the period stated, and that incurred costs billed were actually expended.

Richard Gordon, Jr.,
President

**Remit Payment to:**

**Federal National Commercial, Inc.**
**Fao: CUS4/Richmar Associates**
**P.O. Box 403826**
**Atlanta GA 30384-3826**

# FEDERAL NATIONAL PAYABLES, INC.

## INVOICE VERIFICATION FORM

This is <u>not</u> a request for payment

**Customer:    George Washington University**

**Contract or Purchase Order No:**

**FNP Client/Supplier:        CUS4, Inc. d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Appr oved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| | ED-06-GWU-ISS-DOC-09-S | June 1, 2006 | $ 23,556.64 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:


Signature

Project Manager
Print Title

703-726-1973
Telephone Number

Marcy Day
Print Name

June 1, 2006
Date

202-994-5250
Fax Number



RICHMAR

# INVOICE

**Award Number:**
**Invoice Number: ED-06-GWU-ISS-DOC-09-D2**
**Tax ID Number: 54-1827538**
**CLIN 0001**

**Billing Date:** 07-Jun-06
**Due Date:** Net 30 days

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380
Ashburn, VA 20147

**Billing Period:**
05/16/06 - 05/31/06

| Labor Categories | | Current Rate | Current Hours | Cumulative Hours | | Current Amount | | Cumulative Amount |
|---|---|---|---|---|---|---|---|---|
| Executive Management Consultant | S | 150.00 | 159.00 | 1,276.50 | S | 23,850.00 | S | 191,475.00 |
| Senior Engineer | S | 144.00 | 0.00 | 0.00 | S | - | S | - |
| Senior Management Consultant | S | 125.00 | 412.00 | 1,992.50 | S | 51,500.00 | S | 249,062.50 |
| Jr. Project Manager II | S | 100.00 | 0.00 | 0.00 | S | - | S | - |
| Jr. Project Manager | S | 75.00 | 0.00 | 0.00 | S | - | S | - |
| Systems Analyst | S | 98.00 | 113.00 | 1,117.00 | S | 11,074.00 | S | 109,466.00 |
| Quality Analyst | S | 85.05 | 0.00 | 0.00 | S | - | S | - |
| Help Desk Specialist | S | 45.00 | 0.00 | 0.00 | S | - | S | - |
| Administrative Assistant | S | 33.67 | 0.00 | 0.00 | S | - | S | - |
| | Totals Hours | | 684.00 | 4,386.00 | | | | |

| | | Current Amount | Cumulative Amount |
|---|---|---|---|
| **Total Direct Labor** | | S 86,424.00 | S 550,003.50 |
| **Other Direct Costs** | | S - | S - |
| **Total Costs** | | S 86,424.00 | S 550,003.50 |
| **Funds Remaining (CLIN 1)** | | | S 682,437.50 |
| **Total Amount Due** | | S 86,424.00 | |

This is to certify that the services set forth herein were performed during the period stated, and that incurred costs billed were actually expended.

Richard Gordon, Jr.,
President

**Remit Payment to:**

**Federal National Commercial, Inc.**
**Fac: CUS4/Richmar Associates**
**P.O. Box 403826**
**Atlanta GA 30384-3826**

## FEDERAL NATIONAL PAYABLES, INC.

### INVOICE VERIFICATION FORM

This is not a request for payment

**Customer:    George Washington University**

**Contract or Purchase Order No:**

**FNP Client/Supplier:    CUS4, Inc. d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No, or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Appr oved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| | ED-06-GWU-ISS-DOC-09-D2 | June 7, 2006 | $ 56,424.00 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:


Signature _____        Marcy Day _____
                                              Print Name

Project Manager _____        June 1, 2006 _____
Print Title                                   Date

703-726-1973 _____        202-994-5250 _____
Telephone Number                              Fax Number

# FEDERAL NATIONAL PAYABLES, INC.

## INVOICE VERIFICATION FORM

This is <u>not</u> a request for payment

**Customer:    George Washington University**

**Contract or Purchase Order No:**

**FNP Client/Supplier:        CUS4, Inc. d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
|  | ED-06-GWU-ISS-DOC-09-D2 | June 7, 2006 | $ 86,424.00 |  |  | X |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:

| | |
|---|---|
| _____ | Marcy Day_____ |
| Signature | Print Name |
| | |
| Project Manager_____ | June 8, 2006_____ |
| Print Title | Date |
| | |
| 703-726-1973_____ | 202-994-5250_____ |
| Telephone Number | Fax Number |


RICHMAR

# INVOICE

**Award Number:**
**Invoice Number:** ED-06-GWU-ISS-DOC-09-S2
**Tax ID Number:** 54-1827538
**Purchase Order Number 1000082157**

**Billing Date:**    06-Jun-06
**Due Date:**        Net 30 days

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380
Ashburn, VA 20147

**Billing Period:**
05/16/06 - 05/31/06

| Labor Categories | | Current Rate | Current Hours | Cumulative Hours | | Current Amount | | Cumulative Amount |
|---|---|---|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 68.00 | 310.00 | $ | 10,200.00 | $ | 46,500.00 |
| Senior Engineer | $ | 144.00 | 0.00 | 0.00 | $ | - | $ | - |
| Senior Management Consultant | $ | 125.00 | 41.00 | 99.00 | $ | 5,125.00 | $ | 12,375.00 |
| Jr. Project Manager II | $ | 100.00 | 38.00 | 48.00 | $ | 3,800.00 | $ | 4,800.00 |
| Jr. Project Manager | $ | 75.00 | 0.00 | 0.00 | $ | - | $ | - |
| Systems Analyst | $ | 98.00 | 14.00 | 34.00 | $ | 1,372.00 | $ | 3,332.00 |
| Quality Analyst | $ | 85.05 | 0.00 | 0.00 | $ | - | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | 0.00 | $ | - | $ | - |
| Administrative Assistant | $ | 33.67 | 384.00 | 764.25 | $ | 12,929.28 | $ | 25,732.30 |
| | Totals Hours | | 545.00 | 1,255.25 | | | | |

|  |  |  |  |
|---|---|---|---|
| Total Direct Labor | $ | 33,426.28 | $ | 92,739.30 |
| Other Direct Costs | $ | - | $ | - |
| Total Costs | $ | 33,426.28 | $ | 92,739.30 |
| Funds Remaining PO 1000082157 | | | $ | 737,578.87 |
| **Total Amount Due** | | **$  33,426.28** | |

This is to certify that the services set forth herein were performed during the period stated, and that incurred costs billed were actually expended.

_(signature)_

Richard Gordon, Jr.
President

**Remit Payment to:**

Federal National Commercial, Inc.
Fao: CUS4/Richmar Associates
P.O. Box 403826
Atlanta GA 30384-3826

Jun 09 06 01:42p    Richard Gordon, Jr.                    202 544-2016              p.3

JUN. 9. 2006 11:05AM    BANNER-APPLICATIONS                    NO. 6192    P. 2

# FEDERAL NATIONAL PAYABLES, INC.

## INVOICE VERIFICATION FORM

This is **not** a request for payment

**Customer:**   George Washington University

**Contract or Purchase Order No:**

**FNP Client/Supplier:**   CUS4, Inc. d/b/a RICHMAR & Associates
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Appr oved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
|  | RD-06-GWU-ISS-DOC-09-S2 | June 6, 2006 | $ 33,426.25 |  |  | x |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

The undersigned authorized representative of the Customer hereby certifies the status of
the above listed invoice(s) submitted by the Supplier.

Comments:

_Marcy Day_
Signature

Marcy Day
Print Name

Project Manager
Print Title

June 8, 2006
Date

703-726-1973
Telephone Number

202-994-5250
Fax Number



# INVOICE

**Award Number:**                         **Billing Date:**    19-Jun-06
**Invoice Number: ED-06-GWU-ISS-DOC-10-D**   **Due Date:**    Net 30 days
**Tax ID Number: 54-1827538**
**CLIN 0001**

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380          **Billing Period:**
Ashburn, VA 20147                            06/1/06 - 06/15/06

| Labor Categories | | Current Rate | Current Hours | Cumulative Hours | Current Amount | | Cumulative Amount |
|---|---|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 150.50 | 1,268.00 | $ | 22,575.00 | $ 190,200.00 |
| Senior Engineer | $ | 144.00 | 0.00 | 0.00 | $ | - | $ - |
| Senior Management Consultant | $ | 125.00 | 400.00 | 1,980.50 | $ | 50,000.00 | $ 247,562.50 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | 0.00 | $ | - | $ - |
| Jr. Project Manager | $ | 75.00 | 0.00 | 0.00 | $ | - | $ - |
| Systems Analyst | $ | 98.00 | 66.00 | 1,070.00 | $ | 6,468.00 | $ 104,860.00 |
| Quality Analyst | $ | 85.05 | 0.00 | 0.00 | $ | - | $ - |
| Help Desk Specialist | $ | 45.00 | 0.00 | 0.00 | $ | - | $ - |
| Administrative Assistant | $ | 33.67 | 0.00 | 0.00 | $ | - | $ - |
| | **Totals Hours** | | 616.50 | 4,318.50 | | | |

|  |  |  |
|---|---|---|
| Total Direct Labor | $ 79,043.00 | $ 542,622.50 |
| Other Direct Costs | $ - | $ - |
| Total Costs | $ 79,043.00 | $ 542,622.50 |
| Funds Remaining (CLIN 1) | | $ 689,818.50 |

| Total Amount Due | $ 79,043.00 |
|---|---|

This is to certify that the services set forth herein were performed during the period stated, and that incurred costs billed were actually expended.

Richard Gordon, Jr.,
President

**Remit Payment to:**

**Federal National Commercial, Inc.**
**Fao: CUS4/Richmar Associates**
**P.O. Box 403826**
**Atlanta GA 30384-3826**

## FEDERAL NATIONAL PAYABLES, INC.

### INVOICE VERIFICATION FORM

This is <u>not</u> a request for payment

<u>**Customer:**</u>    <u>**George Washington University**</u>

<u>**Contract or Purchase Order No:**</u> _____

<u>**FNP Client/Supplier:**</u>    <u>**CUS4, Inc. d/b/a RICHMAR & Associates**</u>
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoi ce Appr oved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
|  | ED-06-GWU-ISS-DOC-10-D | June 19, 2006 | $ 79,043.00 |  |  | X |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:


_____          Marcy Day_____
Signature                            Print Name

Project Manager_____          June 8, 2006_____
Print Title                          Date

703-726-1973_____           202-994-5250_____
Telephone Number                     Fax Number


RICHMAR

## INVOICE

**Award Number:**
**Invoice Number: ED-06-GWU-ISS-DOC-10-S**
**Tax ID Number: 54-1827538**
**Purchase Order Number 1000082157**

**Billing Date:**    19-Jun-06
**Due Date:**    Net 30 days

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380
Ashburn, VA 20147

**Billing Period:**
06/1/06 - 06/15/06

| Labor Categories | | Current Rate | Current Hours | Cumulative Hours | Current Amount | | Cumulative Amount | |
|---|---|---|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 58.50 | 368.50 | $ | 8,775.00 | $ | 55,275.00 |
| Senior Engineer | $ | 144.00 | 0.00 | 0.00 | $ | - | $ | - |
| Senior Management Consultant | $ | 125.00 | 36.00 | 135.00 | $ | 4,500.00 | $ | 16,875.00 |
| Jr. Project Manager II | $ | 100.00 | 38.00 | 86.00 | $ | 3,800.00 | $ | 8,600.00 |
| Jr. Project Manager | $ | 75.00 | 0.00 | 0.00 | $ | - | $ | - |
| Systems Analyst | $ | 98.00 | 6.50 | 40.50 | $ | 637.00 | $ | 3,969.00 |
| Quality Analyst | $ | 85.05 | 0.00 | 0.00 | $ | - | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | 0.00 | $ | - | $ | - |
| Administrative Assistant | $ | 33.67 | 616.50 | 1,380.75 | $ | 20,757.56 | $ | 46,489.85 |
| | **Totals Hours** | | 755.50 | 2,010.75 | | | | |

| | | Current | | Cumulative |
|---|---|---|---|---|
| Total Direct Labor | | $ 38,469.56 | $ | 131,208.85 |
| Other Direct Costs | | $ - | $ | - |
| | | | | |
| Total Costs | | $ 38,469.56 | $ | 131,208.85 |
| | | | | |
| Funds Remaining PO 1000082157 | | | $ | 699,109.32 |

| Total Amount Due | $ 38,469.56 |
|---|---|

This is to certify that the services set forth herein were performed during the period stated, and that incurred
costs billed were actually expended.

_(signature)_

Richard Gordon, Jr.,
President

**Remit Payment to:**

**Federal National Commercial, Inc.**
**Fao: CUS4/Richmar Associates**
**P.O. Box 403826**
**Atlanta GA 30384-3826**

## FEDERAL NATIONAL PAYABLES, INC.

## INVOICE VERIFICATION FORM

This is <u>not</u> a request for payment

<u>**Customer:**</u>   **George Washington University**

<u>**Contract or Purchase Order No:**</u>

<u>**FNP Client/Supplier:**</u>    **CUS4, Inc. d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| – | ED-06-GWU-ISS-DOC-10-S | June 19, 2006 | $ 38,469.56 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:

Signature

<u>**Project Manager**</u>
Print Title

<u>703-726-1973</u>
Telephone Number

<u>Marcy Day</u>
Print Name

<u>June 19, 2006</u>
Date

<u>202-994-5250</u>
Fax Number



# INVOICE

| | |
|---|---|
| **Award Number:** | **Billing Date:** 03-Jul-06 |
| **Invoice Number:** ED-06-GWU-ISS-DOC-11-D | **Due Date:** Net 30 days |
| **Tax ID Number:** 54-1827538 | |
| **CLIN 0001** | |

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380     **Billing Period:**
Ashburn, VA 20147                       06/16/06 - 06/30/06

| Labor Categories | Current Rate | Current Hours | Cumulative Hours | Current Amount | Cumulative Amount |
|---|---|---|---|---|---|
| Executive Management Consultant | $ 150.00 | 162.00 | 1,430.00 | $ 24,300.00 | $ 214,500.00 |
| Senior Engineer | $ 144.00 | 0.00 | 0.00 | $ - | $ - |
| Senior Management Consultant | $ 125.00 | 416.00 | 2,396.50 | $ 52,000.00 | $ 299,562.50 |
| Jr. Project Manager II | $ 100.00 | 0.00 | 0.00 | $ - | $ - |
| Jr. Project Manager | $ 75.00 | 0.00 | 0.00 | $ - | $ - |
| Systems Analyst | $ 98.00 | 60.00 | 1,130.00 | $ 5,880.00 | $ 110,740.00 |
| Quality Analyst | $ 85.05 | 0.00 | 0.00 | $ - | $ - |
| Help Desk Specialist | $ 45.00 | 0.00 | 0.00 | $ - | $ - |
| Administrative Assistant | $ 33.67 | 0.00 | 0.00 | $ - | $ - |
| **Totals Hours** | | 638.00 | 4,956.50 | | |

| | | |
|---|---|---|
| Total Direct Labor | $ 82,180.00 | $ 624,802.50 |
| Other Direct Costs | $ 58.66 | $ 7.31 |
| Total Costs | $ 82,238.66 | $ 624,809.81 |
| Funds Remaining (CLIN 1) | | $ 607,631.19 |
| **Total Amount Due** | **$ 82,238.66** | |

This is to certify that the services set forth herein were performed during the period stated, and that incurred costs billed were actually expended.

_Richard Gordon, Jr.,_
President

**Remit Payment to:**

Federal National Commercial, Inc.
Fao: CUS4/Richmar Associates
P.O. Box 403826
Atlanta GA 30384-3826

## FEDERAL NATIONAL PAYABLES, INC.

### INVOICE VERIFICATION FORM

This is <u>not</u> a request for payment

**Customer:    George Washington University**

**Contract or Purchase Order No:**

**FNP Client/Supplier:    CUS4, Inc. d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| | ED-06-GWU-ISS-DOC-11-D | July 3, 2006 | $ 82,238.66 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:

_____
Signature

Project Manager
Print Title

703-726-1973
Telephone Number

Marcy Day
Print Name

July 5, 2006
Date

202-994-5250
Fax Number



# INVOICE

**Award Number:**                          **Billing Date:**    03-Jul-06
**Invoice Number: ED-06-GWU-ISS-DOC-11-S**  **Due Date:**       Net 30 days
**Tax ID Number: 54-1827538**
**Purchase Order Number 1000082157**

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380      **Billing Period:**
Ashburn, VA 20147                        06/16/06 - 06/30/06

| Labor Categories | | Current Rate | Current Hours | Cumulative Hours | Current Amount | | Cumulative Amount |
|---|---|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 61.00 | 429.50 | $ | 9,150.00 | $ 64,425.00 |
| Senior Engineer | $ | 144.00 | 0.00 | 0.00 | $ | - | $ - |
| Senior Management Consultant | $ | 125.00 | 98.00 | 233.00 | $ | 12,250.00 | $ 29,125.00 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | 86.00 | $ | - | $ 8,600.00 |
| Jr. Project Manager | $ | 75.00 | 0.00 | 0.00 | $ | - | $ - |
| Systems Analyst | $ | 98.00 | 9.00 | 50.00 | $ | 882.00 | $ 4,900.00 |
| Quality Analyst | $ | 85.05 | 0.00 | 0.00 | $ | - | $ - |
| Help Desk Specialist | $ | 45.00 | 0.00 | 0.00 | $ | - | $ - |
| Administrative Assistant | $ | 33.67 | 446.00 | 1,826.75 | $ | 15,016.82 | $ 61,506.67 |
| | Totals Hours | | 614.00 | 2,625.25 | | | |

|  | | | |
|---|---|---|---|
| Total Direct Labor | | $ 37,298.82 | $ 168,556.67 |
| Other Direct Costs - Scaned Pages @ $ 0.18 = | 85,088 | $ 15,315.84 | $ - |
| Total Costs | | $ 52,614.66 | $ 168,556.67 |
| Funds Remaining PO 1000082157 | | | $ 661,761.50 |
| **Total Amount Due** | | **$ 52,614.66** | |

This is to certify that the services set forth herein were performed during the period stated, and that incurred
costs billed were actually expended.

*[signature]*

Richard Gordon, Jr.,
President

**Remit Payment to:**

Federal National Commercial, Inc.
Fao: CUS4/Richmar Associates
P.O. Box 403826
Atlanta GA 30384-3826

# FEDERAL NATIONAL PAYABLES, INC.

## INVOICE VERIFICATION FORM

This is <u>not</u> a request for payment

**Customer:    George Washington University**

**Contract or Purchase Order No:**

**FNP Client/Supplier:       CUS4, Inc. d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Appr oved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| | ED-06-GWU-ISS-DOC-11-S | July 3, 2006 | $   52,614.66 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:


_Marcy Day_ (signature)
Signature

Marcy Day
Print Name

Project Manager
Print Title

July 5, 2006
Date

703-726-1973
Telephone Number

202-994-5250
Fax Number



RICHMAR

# INVOICE

**Award Number:**
**Invoice Number:** ED-06-GWU-ISS-DOC-12-D
**Tax ID Number:** 54-1827538
**CLIN 0001**

**Billing Date:**   18-Jul-06
**Due Date:**   Net 30 days

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380
Ashburn, VA 20147

**Billing Period:**
07/1/06 - 06/15/06

| Labor Categories | | Current Rate | Current Hours | Cumulative Hours | Current Amount | | Cumulative Amount | |
|---|---|---|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 167.50 | 1,597.50 | $ | 25,125.00 | $ | 239,625.00 |
| Senior Engineer | $ | 144.00 | 0.00 | 0.00 | $ | - | $ | - |
| Senior Management Consultant | $ | 125.00 | 423.00 | 2,819.50 | $ | 52,875.00 | $ | 352,437.50 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | 0.00 | $ | - | $ | - |
| Jr. Project Manager | $ | 75.00 | 0.00 | 0.00 | $ | - | $ | - |
| Systems Analyst | $ | 98.00 | 64.00 | 1,194.00 | $ | 6,272.00 | $ | 117,012.00 |
| Quality Analyst | $ | 85.05 | 0.00 | 0.00 | $ | - | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | 0.00 | $ | - | $ | - |
| Administrative Assistant | $ | 33.67 | 0.00 | 0.00 | $ | - | $ | - |
| | Totals Hours | | 654.50 | 5,611.00 | | | | |

| | | | |
|---|---|---|---|
| Total Direct Labor | $ 84,272.00 | $ | 709,074.50 |
| Other Direct Costs | $ - | $ | - |
| Total Costs | $ 84,272.00 | $ | 709,074.50 |
| Funds Remaining (CLIN 1) | | $ | 393,386.50 |
| **Total Amount Due** | **$ 84,272.00** | | |

This is to certify that the services set forth herein were performed during the period stated, and that incurred
costs billed were actually expended.

Richard Gordon, Jr.,
President

Remit Payment to:

Federal National Commercial, Inc.
Fao: CUS4/Richmar Associates
P.O. Box 403826
Atlanta GA 30384-3826

# FEDERAL NATIONAL PAYABLES, INC.

## INVOICE VERIFICATION FORM

This is not a request for payment

**Customer:**   **George Washington University**

**Contract or Purchase Order No:** _____

**FNP Client/Supplier:**     **CUS4, Inc. d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
|  | ED-06-GWU-ISS-DOC-12-D | July 18, 2006 | $ 84,272.00 |  |  | X |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:

_Marcy Day_ (signature)
Signature

**Project Manager**
Print Title

**703-726-1973**
Telephone Number

Marcy Day
Print Name

July 18, 2006
Date

202-994-5250
Fax Number



RICHMAR

# INVOICE

**Award Number:**
**Invoice Number:** ED-06-GWU-ISS-DOC-12-S
**Tax ID Number:** 54-1827538
**Purchase Order Number 1000082157**

**Billing Date:**    18-Jul-06
**Due Date:**    Net 30 days

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380
Ashburn, VA 20147

**Billing Period:**
07/1/06 - 07/15/06

| Labor Categories | | Current Rate | Current Hours | Cumulative Hours | | Current Amount | | Cumulative Amount |
|---|---|---|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 5.00 | 434.50 | $ | 750.00 | $ | 65,175.00 |
| Senior Engineer | $ | 144.00 | 0.00 | 0.00 | $ | - | $ | - |
| Senior Management Consultant | $ | 125.00 | 72.00 | 305.00 | $ | 9,000.00 | $ | 38,125.00 |
| Jr. Project Manager II | $ | 100.00 | 71.00 | 157.00 | $ | 7,100.00 | $ | 15,700.00 |
| Jr. Project Manager | $ | 75.00 | 0.00 | 0.00 | $ | - | $ | - |
| Systems Analyst | $ | 98.00 | 8.00 | 58.00 | $ | 784.00 | $ | 5,684.00 |
| Quality Analyst | $ | 85.05 | 0.00 | 0.00 | $ | - | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | 0.00 | $ | - | $ | - |
| Administrative Assistant | $ | 33.67 | 282.50 | 2,109.25 | $ | 9,511.78 | $ | 71,018.45 |
| | **Totals Hours** | | 438.50 | 3,063.75 | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| **Total Direct Labor** | | $ | 27,145.78 | $ | 195,702.45 |
| Other Direct Costs - Scaned Pages @ $ 0.18 = | 28,895 | $ | 5,201.10 | $ | 20,516.94 |
| **Total Costs** | | $ | 32,346.88 | $ | 216,219.39 |
| **Funds Remaining PO 1000082157** | | | | $ | 729,797.55 |
| **Total Amount Due** | | $ | 32,346.88 | | |

This is to certify that the services set forth herein were performed during the period stated, and that incurred
costs billed were actually expended.

Richard Gordon, Jr.,
President

**Remit Payment to:**

**Federal National Commercial, Inc.**
**Fao: CUS4/Richmar Associates**
**P.O. Box 403826**
**Atlanta GA 30384-3826**

# FEDERAL NATIONAL PAYABLES, INC.

## INVOICE VERIFICATION FORM

### This is not a request for payment

<u>Customer:</u>    **George Washington University**

<u>Contract or Purchase Order No:</u>

<u>FNP Client/Supplier:</u>        **CUS4, Inc. d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Appr oved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| | ED-06-GWU-ISS-DOC-12-S | July 18, 2006 | $    32,346.88 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:

_____
Signature

Project Manager
Print Title

703-726-1973
Telephone Number

Marcy Day
Print Name

July 18, 2006
Date

202-994-5250
Fax Number



# INVOICE

**Award Number:**                         **Billing Date:**     03-Aug-06
**Invoice Number:** ED-06-GWU-ISS-DOC-13-D    **Due Date:**    Net 30 days
**Tax ID Number:** 54-1827538
**CLIN 0001**

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380      **Billing Period:**
Ashburn, VA 20147                        07/16/06 - 07/31/06

| Labor Categories | | Current Rate | Current Hours | Cumulative Hours | | Current Amount | | Cumulative Amount |
|---|---|---|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 263.50 | 1,861.00 | $ | 39,525.00 | $ | 279,150.00 |
| Senior Engineer | $ | 144.00 | 0.00 | 0.00 | $ | - | $ | - |
| Senior Management Consultant | $ | 125.00 | 504.00 | 3,323.50 | $ | 63,000.00 | $ | 415,437.50 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | 0.00 | $ | - | $ | - |
| Jr. Project Manager | $ | 75.00 | 0.00 | 0.00 | $ | - | $ | - |
| Systems Analyst | $ | 98.00 | 94.00 | 1,288.00 | $ | 9,212.00 | $ | 126,224.00 |
| Quality Analyst | $ | 85.05 | 0.00 | 0.00 | $ | - | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | 0.00 | $ | - | $ | - |
| Administrative Assistant | $ | 33.67 | 0.00 | 0.00 | $ | - | $ | - |
| | **Totals Hours** | | 861.50 | 6,472.50 | | | | |

|  | | | |
|---|---|---|---|
| **Total Direct Labor** | | $111,737.00 | $   820,811.50 |
| **Other Direct Costs** | | $         - | $          - |
| **Total Costs** | | $111,737.00 | $   820,811.50 |
| **Funds Remaining (CLIN 1)** | | | $   281,629.50 |

| **Total Amount Due** | $111,737.00 |
|---|---|

This is to certify that the services set forth herein were performed during the period stated, and that incurred costs billed were actually expended.

Richard Gordon, Jr.
President

**Remit Payment to:**

**Federal National Commercial, Inc.**
**Fao: CUS4/Richmar Associates**
**P.O. Box 403826**
**Atlanta GA 30384-3826**

## FEDERAL NATIONAL PAYABLES, INC.

### INVOICE VERIFICATION FORM

This is not a request for payment

**Customer:**   George Washington University

**Contract or Purchase Order No:**

**FNP Client/Supplier:**      CUS4, Inc. d/b/a RICHMAR & Associates
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| | ED-06-GWU-ISS-DOC-13-D | August 3, 2006 | $  111,737.00 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:

_Marcy Day_
Signature

Marcy Day
Print Name

Project Manager
Print Title

August 3, 2006
Date

703-726-1973
Telephone Number

202-994-5250
Fax Number


RICHMAR

# INVOICE

**Award Number:**
**Invoice Number:** ED-06-GWU-ISS-DOC-13-S
**Tax ID Number:** 54-1827538
**Purchase Order Number** 1000082157

**Billing Date:** 03-Aug-06
**Due Date:** Net 30 days

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380
Ashburn, VA 20147

**Billing Period:**
07/16/06 - 07/31/06

| Labor Categories | Current Rate | Current Hours | Cumulative Hours | Current Amount | Cumulative Amount |
|---|---|---|---|---|---|
| Executive Management Consultant | $ 150.00 | 93.00 | 527.50 | $ 13,950.00 | $ 79,125.00 |
| Senior Engineer | $ 144.00 | 0.00 | 0.00 | $ - | $ - |
| Senior Management Consultant | $ 125.00 | 116.00 | 421.00 | $ 14,500.00 | $ 52,625.00 |
| Jr. Project Manager II | $ 100.00 | 45.50 | 202.50 | $ 4,550.00 | $ 20,250.00 |
| Jr. Project Manager | $ 75.00 | 0.00 | 0.00 | $ - | $ - |
| Systems Analyst | $ 98.00 | 12.00 | 70.00 | $ 1,176.00 | $ 6,860.00 |
| Quality Analyst | $ 85.05 | 0.00 | 0.00 | $ - | $ - |
| Help Desk Specialist | $ 45.00 | 0.00 | 0.00 | $ - | $ - |
| Administrative Assistant | $ 33.67 | 755.00 | 2,864.25 | $ 25,420.85 | $ 96,439.30 |
| | Totals Hours | 1021.50 | 4,085.25 | | |

| | | |
|---|---|---|
| Total Direct Labor | $ 59,596.85 | $ 255,299.30 |
| Other Direct Costs - Scaned Pages @ $ 0.18 = 156,403 | $ 28,152.54 | $ 48,669.48 |
| Total Costs | $ 87,749.39 | $ 303,968.78 |
| Funds Remaining PO 1000082157 | | $ 670,200.70 |
| **Total Amount Due** | **$ 87,749.39** | |

This is to certify that the services set forth herein were performed during the period stated, and that incurred
costs billed were actually expended.

Richard Gordon, Jr.
President

Remit Payment to:

Federal National Commercial, Inc.
Fao: CUS4/Richmar Associates
P.O. Box 403826
Atlanta GA 30384-3826

### FEDERAL NATIONAL PAYABLES, INC.

### INVOICE VERIFICATION FORM

This is not a request for payment

**Customer:**   George Washington University

**Contract or Purchase Order No:**

**FNP Client/Supplier:**      CUS4, Inc. d/b/a RICHMAR & Associates
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| | ED-06-GWU-ISS-DOC-13-S | August 3, 2006 | $  87,749.39 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of
the above listed invoice(s) submitted by the Supplier.

Comments:

*Marcy Day*
Signature

Project Manager
Print Title

703-726-1973
Telephone Number

Marcy Day
Print Name

August 3, 2006
Date

202-994-5250
Fax Number


RICHMAR

# INVOICE

**Award Number:**                           **Billing Date:**   17-Aug-06
**Invoice Number:** ED-06-GWU-ISS-DOC-14 - D   **Due Date:**   Net 30 days
**Tax ID Number:** 54-1827538
**CLIN 0001**

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380     **Billing Period:**
Ashburn, VA 20147                       08/01/06 - 08/15/06

| Labor Categories | | Current Rate | Current Hours | Cumulative Hours | Current Amount | | Cumulative Amount |
|---|---|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 291.00 | 2,134.00 | $ 43,650.00 | $ | 320,100.00 |
| Senior Engineer | $ | 144.00 | 0.00 | 0.00 | $ - | $ | - |
| Senior Management Consultant | $ | 125.00 | 344.00 | 3,667.50 | $ 43,000.00 | $ | 458,437.50 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | 0.00 | $ - | $ | - |
| Jr. Project Manager | $ | 75.00 | 0.00 | 0.00 | $ - | $ | - |
| Systems Analyst | $ | 98.00 | 87.00 | 1,375.00 | $ 8,526.00 | $ | 134,750.00 |
| Quality Analyst | $ | 85.05 | 0.00 | 0.00 | $ - | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | 0.00 | $ - | $ | - |
| Administrative Assistant | $ | 33.67 | 0.00 | 0.00 | $ - | $ | - |
| | **Totals Hours** | | 722.00 | 7,176.50 | | | |

|  |  |  |
|---|---|---|
| **Total Direct Labor** | $ 95,176.00 | $ 913,287.50 |
| **Other Direct Costs** | $ - | $ - |
| **Total Costs** | $ 95,176.00 | $ 913,287.50 |
| **Funds Remaining (CLIN 1)** | | $ 189,153.50 |
| **Total Amount Due** | $ 95,176.00 | |

This is to certify that the services set forth herein were performed during the period stated, and that incurred costs billed were actually expended.

_Richard Gordon, Jr._
President

**Remit Payment to:**

**Federal National Commercial, Inc.**
**Fao: CUS4/Richmar Associates**
**P.O. Box 403826**
**Atlanta GA 30384-3826**

## FEDERAL NATIONAL PAYABLES, INC.

### INVOICE VERIFICATION FORM

This is **not** a request for payment

**Customer:**   George Washington University

**Contract or Purchase Order No:**

**FNP Client/Supplier:**       CUS4, Inc. d/b/a RICHMAR & Associates
When completed please fax to FNP at 301-961-6460.
Questions please call FNP at 301-961-6450.

| Customer's Contract, P.O. No. or Acct No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| | ED-06-GWU-ISS-DOC-14-D | August 17, 2006 | $ 96,176.00 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:

_Marcy Day_ (signature)
Signature

Project Manager
Print Title

703-726-1973
Telephone Number

Marcy Day
Print Name

August 17. 2006
Date

202-994-5250
Fax Number


RICHMAR

# INVOICE

**Award Number:**                                      **Billing Date:**    17-Aug-06
**Invoice Number:** ED-06-GWU-ISS-DOC-14-S             **Due Date:**       Net 30 days
**Tax ID Number:** 54-1827538
**Purchase Order Number 1000082157**

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380                    **Billing Period:**
Ashburn, VA 20147                                      08/01/06 - 08/15/06

| Labor Categories | | Current Rate | Current Hours | Cumulative Hours | Current Amount | | Cumulative Amount |
|---|---|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 113.50 | 641.00 | $ 17,025.00 | $ | 96,150.00 |
| Senior Engineer | $ | 144.00 | 0.00 | 0.00 | $ - | $ | - |
| Senior Management Consultant | $ | 125.00 | 103.00 | 524.00 | $ 12,875.00 | $ | 65,500.00 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | 202.50 | $ - | $ | 20,250.00 |
| Jr. Project Manager | $ | 75.00 | 0.00 | 0.00 | $ - | $ | - |
| Systems Analyst | $ | 98.00 | 18.00 | 88.00 | $ 1,764.00 | $ | 8,624.00 |
| Quality Analyst | $ | 85.05 | 0.00 | 0.00 | $ - | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | 0.00 | $ - | $ | - |
| Administrative Assistant | $ | 33.67 | 1045.00 | 3,981.25 | $ 35,185.15 | $ | 134,048.69 |
| | **Totals Hours** | | 1279.50 | 5,436.75 | | | |
| | **Total Direct Labor** | | | | $ 66,849.15 | $ | 324,572.69 |
| Other Direct Costs - Scaned Pages @ $ 0.18 = | | | | 141,548 | $ 25,478.64 | $ | 74,148.12 |
| | **Total Costs** | | | | $ 92,327.79 | $ | 398,720.81 |
| | **Funds Remaining PO 1000082157** | | | | | $ | 600,927.31 |
| | **Total Amount Due** | | | | **$ 92,327.79** | | |

This is to certify that the services set forth herein were performed during the period stated, and that incurred
costs billed were actually expended.

Richard Gordon, Jr.,
President

**Remit Payment to:**

**Federal National Commercial, Inc.**
**Fao: CUS4/Richmar Associates**
**P.O. Box 403826**
**Atlanta GA 30384-3826**

## FEDERAL NATIONAL PAYABLES, INC.

### INVOICE VERIFICATION FORM

This is not a request for payment

__Customer:__   George Washington University

__Contract or Purchase Order No:__

__FNP Client/Supplier:__   CU84, Inc. d/b/a RICHMAR & Associates
__When completed please fax to FNP at 301-961-6460.__
__Questions please call FNP at 301-961-6450.__

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
|  | ED-06-GWU-188-DOC-14-S | August 17, 2006 | $ 92,327.00 |  |  | X |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:


Signature


Project Manager
Print Title

703-726-1973
Telephone Number

Marcy Day
Print Name

August 17, 2006
Date

202-994-5250
Fax Number



**INVOICE**

**Award Number:**
**Invoice Number:** ED-06-GWU-ISS-DOC-15 - D
**Tax ID Number:** 54-1827538
**CLIN 0001**

**Billing Date:**  01-Sep-06
**Due Date:**  Net 30 days

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380
Ashburn, VA 20147

**Billing Period:**
08/16/06 - 08/31/06

| Labor Categories | Current Rate | | Current Hours | Cumulative Hours | Current Amount | |
|---|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 293.50 | 2,427.50 | $ | 44,025.00 |
| Senior Engineer | $ | 144.00 | 0.00 | 0.00 | $ | - |
| Senior Management Consultant | $ | 125.00 | 379.00 | 4,046.50 | $ | 47,375.00 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | 0.00 | $ | - |
| Jr. Project Manager | $ | 75.00 | 0.00 | 0.00 | $ | - |
| Systems Analyst | $ | 98.00 | 71.00 | 1,446.00 | $ | 6,958.00 |
| Quality Analyst | $ | 85.05 | 0.00 | 0.00 | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | 0.00 | $ | - |
| Administrative Assistant | $ | 33.67 | 0.00 | 0.00 | $ | - |
| **Totals Hours** | | | 743.50 | 7,920.00 | | |

| | | | |
|---|---|---|---|
| **Total Direct Labor** | | $ | 98,358.00 |
| **Other Direct Costs** | | $ | - |
| **Total Costs** | | $ | 98,358.00 |
| **Funds Remaining (CLIN 1)** | | | |
| **Total Amount Due** | | $ | 98,358.00 |

This is to certify that the services set forth herein were performed during the period stated, and that incurred
costs billed were actually expended.

Richard Gordon, Jr.,
President

**Remit Payment to:**

**Federal National Commercial, Inc.**
**Fao: CUS4/Richmar Associates**
**P.O. Box 403826**
**Atlanta GA 30384-3826**

**FEDERAL NATIONAL PAYABLES, INC.**

**INVOICE VERIFICATION FORM**

This is <u>not</u> a request for payment

<u>**Customer:    George Washington University**</u>

<u>**Contract or Purchase Order No:**</u>

<u>**FNP Client/Supplier:       CUS4, Inc. d/b/a RICHMAR & Associates**</u>
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| | ED-06-GWU-1SS-DOC-15-D | September 1, 2006 | $ 98,358.00 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:

<br>

<u>_____</u>
Signature

<u>**Project Manager**_____</u>
Print Title

<u>703-726-1973_____</u>
Telephone Number

<u>Marcy Day_____</u>
Print Name

<u>September 1, 2006_____</u>
Date

<u>202-994-5250_____</u>
Fax Number



# INVOICE

**Award Number:**
**Invoice Number:** ED-06-GWU-ISS-DOC-15-S
**Tax ID Number:** 54-1827538
**Purchase Order Number 1000082157**

**Billing Date:**    01-Sep-06
**Due Date:**    Net 30 days

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380
Ashburn, VA 20147

**Billing Period:**
08/15/06 - 08/31/06

| Labor Categories | | Current Rate | Current Hours | Cumulative Hours | | Current Amount | | Cumulative Amount |
|---|---|---|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 114.00 | 755.00 | $ | 17,100.00 | $ | 113,250.00 |
| Senior Engineer | $ | 144.00 | 0.00 | 0.00 | $ | - | $ | - |
| Senior Management Consultant | $ | 125.00 | 92.50 | 616.50 | $ | 11,562.50 | $ | 77,062.50 |
| Jr. Project Manager II | $ | 100.00 | 127.50 | 330.00 | $ | 12,750.00 | $ | 33,000.00 |
| Jr. Project Manager | $ | 75.00 | 0.00 | 0.00 | $ | - | $ | - |
| Systems Analyst | $ | 98.00 | 26.00 | 114.00 | $ | 2,548.00 | $ | 11,172.00 |
| Quality Analyst | $ | 85.05 | 0.00 | 0.00 | $ | - | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | 0.00 | $ | - | $ | - |
| Administrative Assistant | $ | 33.67 | 1253.50 | 5,234.75 | $ | 42,205.35 | $ | 176,254.03 |
| | | | | | | | | |
| | Totals Hours | | 1613.50 | 7,050.25 | | | | |
| | | | | | | | | |
| | Total Direct Labor | | | | $ | 86,165.85 | $ | 410,738.53 |
| | Scanned Pages @ $0.18 | | | 167,948 | $ | 30,230.64 | $ | 104,378.76 |
| | | | | | | | | |
| | Total Costs | | | | | $ 116,396.49 | | 515,117.29 |
| | | | | | | | | |
| | Funds Remaining PO 1000082157 | | | | | | $ | 514,761.47 |
| | | | | | | | | |
| | **Total Amount Due** | | | | | **$ 116,396.49** | | |

This is to certify that the services set forth herein were performed during the period stated, and that incurred
costs billed were actually expended.

Richard Gordon, Jr.,
President

**Remit Payment to:**

**Federal National Commercial, Inc.**
**Fao: CUS4/Richmar Associates**
**P.O. Box 403826**
**Atlanta GA 30384-3826**

SEP. 8. 2006  4:58PM    BANNER-APPLICATIONS          NO. 6392   P. 1

# FEDERAL NATIONAL COMMERCIAL, INC.

## INVOICE VERIFICATION FORM

### This is not a request for payment

**Customer:** The George Washington University

**Contract or Purchase Order No:** P.O. 1000082157

**FNC Client/Supplier:** RICHMAR and Associates, Inc.

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Accepted | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| . | ED-06-GWU-ISS-DOC-15-S | 8/31/06 | $116,396.49 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:

*Christina L Griff*
Signature

ASSISTANT DIRECTOR
Print Title

(703)726-1911
Telephone No.

CHRISTINA GRIFFIN
Print Name

09-06-06
Date

(202)994-5250
Fax No.

**Please complete and fax to Federal National at 301-961-6460.**

Thank you

01/15/1994  23:12    7038603714                    MCDERMOTT                                        PAGE  01

# FEDERAL NATIONAL PAYABLES, INC.

## INVOICE VERIFICATION FORM

This is **not** a request for payment

**Customer:    George Washington University**

**Contract or Purchase Order No:**

**FNP Client/Supplier:        CUS4, Inc, d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Appr oved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| | BD-06-GWU-ISS-DOC-16-S | September 20, 2006 | $  91,018.43 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:

Signature

Project Manager
Print Title

703-726-1973
Telephone Number

Marcy Day
Print Name

September 20, 2006
Date

202-994-5250
Fax Number



# INVOICE

**Award Number:**
**Invoice Number:** ED-06-GWU-ISS-DOC-16-S
**Tax ID Number:** 54-1827538
**Purchase Order Number** 1000082157

**Billing Date:**  20-Sep-06
**Due Date:**  Net 30 days

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380
Ashburn, VA 20147

**Billing Period:**
09/01/06 - 09/15/06

| Labor Categories | | Current Rate | Current Hours | Cumulative Hours | | Current Amount | | Cumulative Amount |
|---|---|---|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 89.00 | 844.00 | $ | 13,350.00 | $ | 126,600.00 |
| Senior Engineer | $ | 144.00 | 0.00 | 0.00 | $ | - | $ | - |
| Senior Management Consultant | $ | 125.00 | 62.00 | 678.50 | $ | 7,750.00 | $ | 84,812.50 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | 202.50 | $ | - | $ | 20,250.00 |
| Jr. Project Manager | $ | 75.00 | 0.00 | 0.00 | $ | - | $ | - |
| Systems Analyst | $ | 98.00 | 32.00 | 146.00 | $ | 3,136.00 | $ | 14,308.00 |
| Quality Analyst | $ | 85.05 | 0.00 | 0.00 | $ | - | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | 0.00 | $ | - | $ | - |
| Administrative Assistant | $ | 33.87 | 1325.25 | 6,687.50 | $ | 44,621.17 | $ | 225,168.13 |
| | **Totals Hours** | | 1508.25 | 8,558.50 | | | | |
| | | **Total Direct Labor** | | | | $ 68,857.17 | $ | 471,138.63 |
| | Other Direct Costs - Scaned Pages @ $ 0.18 = | | | 123,107 | $ 22,159.26 | | $ | 126,538.02 |
| | | **Total Costs** | | | | $ 91,016.43 | $ | 597,676.65 |
| | | **Funds Remaining PO 1000082157** | | | | | $ | 454,361.38 |
| | | **Total Amount Due** | | | | $ 91,016.43 | | |

This is to certify that the services set forth herein were performed during the period stated, and that incurred costs billed were actually expended.

Richard Gordon, Jr.,
President

**Remit Payment to:**

**Federal National Commercial, Inc.**
**Fao: CUS4/Richmar Associates**
**P.O. Box 403826**
**Atlanta GA 30384-3826**



RICHMAR

# INVOICE

| | |
|---|---|
| **Award Number:** | **Billing Date:** 02-Oct-06 |
| **Invoice Number: ED-06-GWU-ISS-DOC-17-S** | **Due Date:** Net 30 days |
| **Tax ID Number: 54-1827538** | |
| **Purchase Order Number 1000082157** | |

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380     **Billing Period:**
Ashburn, VA 20147                       09/16/06 - 09/30/06

| Labor Categories | Current Rate | | Current Hours | Current Amount | |
|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 58.00 | $ | 8,700.00 |
| Senior Engineer | $ | 144.00 | 0.00 | $ | - |
| Senior Management Consultant | $ | 125.00 | 38.50 | $ | 4,812.50 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | $ | - |
| Jr. Project Manager | $ | 75.00 | 0.00 | $ | - |
| Systems Analyst | $ | 98.00 | 57.00 | $ | 5,586.00 |
| Quality Analyst | $ | 85.05 | 0.00 | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | $ | - |
| Administrative Assistant | $ | 33.67 | 1936.75 | $ | 65,210.37 |
| | | | | | |
| **Totals Hours** | | | 2090.25 | | |

| | | | |
|---|---|---|---|
| **Total Direct Labor** | | $ | 84,308.87 |
| **Other Direct Costs - Supplies** | | $ | 658.34 |
| **Other Direct Costs - Scaned Pages @ $ 0.18 =** | 110,820 | $ | 19,947.60 |

| | | |
|---|---|---|
| **Total Costs** | $ | 104,914.81 |

**Funds Remaining PO 1000082157**

| | | |
|---|---|---|
| **Total Amount Due** | $ | 104,914.81 |

This is to certify that the services set forth herein were performed during the period stated, and that incurred costs billed were actually expended.

Richard Gordon, Jr.,
President

**Remit Payment to:**

**Federal National Commercial, Inc.**
**Fao: CUS4/Richmar Associates**
**P.O. Box 403826**
**Atlanta GA 30384-3826**

## FEDERAL NATIONAL COMMERCIAL, INC.

### INVOICE VERIFICATION FORM

This is not a request for payment

**Customer:**    The George Washington University

**Contract or Purchase Order No:**    1000082157

**FNC Client/Supplier:**    CUS4, Inc. d/b/a RICHMAR & Associates

**When completed please fax to FNP at 301-961-6460.**

**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Accepted | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| | ED-06-GWU-ISS-DOC-17-S | October 2, 2006 | $104,914.81 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:

_Marcy Day_ (signature)

Signature

**Marcy Day**

Print Name

Project Manager

Print Title

October 3, 2006

Date

703-726-1973

Telephone No.

202-944-5250

Fax No.

**Please complete and fax to Federal National at  301-961-6460.**

Thank you

Oct 04 06 01:54p    Richard Gordon, Jr.                202 544-2016            p.1



# INVOICE

**Award Number:**
**Invoice Number: ED-06-GWU-ISS-DOC-16 - D**
**Tax ID Number: 54-1827538**
**CLIN 0001**

**Billing Date:** 04-Oct-06
**Due Date:** Net 30 days

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380
Ashburn, VA 20147

**Billing Period:**
09/01/06 – 09/30/06

| Labor Categories | | Current Rate | Current Hours | | Current Amount |
|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 336.50 | $ | 50,475.00 |
| Senior Engineer | $ | 144.00 | 0.00 | $ | - |
| Senior Management Consultant | $ | 125.00 | 300.00 | $ | 37,500.00 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | $ | - |
| Jr. Project Manager | $ | 75.00 | 0.00 | $ | - |
| Systems Analyst | $ | 98.00 | 0.00 | $ | - |
| Quality Analyst | $ | 85.05 | 0.00 | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | $ | - |
| Administrative Assistant | $ | 33.67 | 0.00 | $ | - |

| | | | | | |
|---|---|---|---|---|---|
| **Totals Hours** | | | 636.50 | | |
| | **Total Direct Labor** | | | S | 87,975.00 |
| | **Other Direct Costs** | | | $ | - |
| | **Total Costs** | | | $ | 87,975.00 |
| | **Total Amount Due** | | | $ | 87,975.00 |

This is to certify that the services set forth herein were performed during the period stated, and that incurred costs billed were actually expended.

Richard Gordon, Jr.,
President

**Remit Payment to:**

**Federal National Commercial, Inc.**
**Fao: CUS4/Richmar Associates**
**P.O. Box 403826**
**Atlanta GA 30384-3826**

## FEDERAL NATIONAL PAYABLES, INC.

## INVOICE VERIFICATION FORM

This is <u>not</u> a request for payment

**Customer:    George Washington University**

**Contract or Purchase Order No:**

**FNP Client/Supplier:      CUS4, Inc. d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Appr oved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| | ED-06-GWU-ISS-DOC-16-D | October 4, 2006 | $  87,975.00 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:

_Signature_

Project Manager
Print Title

703-726-1973
Telephone Number

Marcy Day
Print Name

October 3, 2006
Date

202-994-5250
Fax Number



# INVOICE

| | | |
|---|---|---|
| **Award Number:** | **Billing Date:** | 17-Oct-06 |
| **Invoice Number:** ED-06-GWU-ISS-DOC-18-S | **Due Date:** | Net 30 days |
| **Tax ID Number:** 54-1827636 | | |
| **Purchase Order Number 1000082157** | | |

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380     **Billing Period:**
Ashburn, VA 20147                        10/01/06 - 10/15/06

| Labor Categories | | Current Rate | Current Hours | | Current Amount |
|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 50.00 | $ | 7,500.00 |
| Senior Engineer | $ | 144.00 | 0.00 | $ | - |
| Senior Management Consultant | $ | 125.00 | 46.00 | $ | 5,750.00 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | $ | - |
| Jr. Project Manager | $ | 75.00 | 0.00 | $ | - |
| Systems Analyst | $ | 98.00 | 45.00 | $ | 4,410.00 |
| Quality Analyst | $ | 65.05 | 0.00 | $ | |
| Help Desk Specialist | $ | 45.00 | 0.00 | $ | - |
| Administrative Assistant | $ | 33.67 | 1881.25 | $ | 63,341.69 |
| | | | | | |
| **Totals Hours** | | | 2022.25 | | |

| | | | |
|---|---|---|---|
| **Total Direct Labor** | | $ | 81,001.69 |
| **Other Direct Costs - Supplies** | | $ | - |
| **Other Direct Costs - Scaned Pages @ $ 0.18 =** | 174,114 | $ | 31,340.52 |

| | | |
|---|---|---|
| **Total Costs** | $ | 112,342.21 |

| | | |
|---|---|---|
| **Total Amount Due** | $ | 112,342.21 |

This is to certify that the services set forth herein were performed during the period stated, and that incurred costs billed were actually expended.

Richard Gordon, Jr.,
President

**Remit Payment to:**

Federal National Commercial, Inc.
Fao: CUS4/Richmar Associates
P.O. Box 403826
Atlanta GA 30384-3826

# FEDERAL NATIONAL PAYABLES, INC.

## INVOICE VERIFICATION FORM

### This is not a request for payment

**Customer:**   George Washington University

**Contract or Purchase Order No:**

**FNP Client/Supplier:**      CUS4, Inc. d/b/a RICHMAR & Associates
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| 1000082157 | ED-06-GWU-ISS-DOC-18-S | October 17, 2006 | $ 112,342.21 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:

| | |
|---|---|
| _Christina L Guff_ (signature) | Marcy Day |
| Signature | Print Name |
| Project Manager | October 17, 2006 |
| Print Title | Date |
| 703-726-1973 | 202-994-5250 |
| Telephone Number | Fax Number |



# INVOICE

**Award Number:**
**Invoice Number: ED-06-GWU-ISS-DOC-17 - D**
**Tax ID Number: 54-1827538**
**CLIN 0001**

**Billing Date:**     23-Oct-06
**Due Date:**     Net 30 days

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380
Ashburn, VA 20147

**Billing Period:**
10/01/06 - 10/15/06

| Labor Categories | Current Rate | Current Hours | Current Amount |
|---|---|---|---|
| Executive Management Consultant | $ 150.00 | 133.50 | $ 20,025.00 |
| Senior Engineer | $ 144.00 | 0.00 | $ - |
| Senior Management Consultant | $ 125.00 | 320.00 | $ 40,000.00 |
| Jr. Project Manager II | $ 100.00 | 0.00 | $ - |
| Jr. Project Manager | $ 75.00 | 0.00 | $ - |
| Systems Analyst | $ 98.00 | 0.00 | $ - |
| Quality Analyst | $ 85.05 | 0.00 | $ - |
| Help Desk Specialist | $ 45.00 | 0.00 | $ - |
| Administrative Assistant | $ 33.67 | 0.00 | $ - |
| **Totals Hours** | | 453.50 | |
| **Total Direct Labor** | | | $ 60,025.00 |
| **Other Direct Costs** | | | $ - |
| **Total Costs** | | | $ 60,025.00 |
| **Total Amount Due** | | | $ 60,025.00 |

This is to certify that the services set forth herein were performed during the period stated, and that incurred costs billed were actually expended.

Richard Gordon, Jr.
President

**Remit Payment to:**

**Federal National Commercial, Inc.**
**Fao: CUS4/Richmar Associates**
**P.O. Box 403826**
**Atlanta GA 30384-3826**

## FEDERAL NATIONAL PAYABLES, INC.

### INVOICE VERIFICATION FORM

This is **not** a request for payment

**Customer:**   **George Washington University**

**Contract or Purchase Order No:**

**FNP Client/Supplier:**      **CUS4, Inc. d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| | ED-06-GWU-ISS-DOC-17-D | October 23, 2006 | $ 60,025.00 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:


*Christina L Tuff* _____          Christina L Griffin _____
Signature                                     Print Name

Asst Dir. Admin Apps Proj Office   October 23, 2006 _____
Print Title                                   Date

703- 726-1911 _____                     202-994-5250 _____
Telephone Number                              Fax Number


RICHMAR

# INVOICE

**Award Number:**                **Billing Date:**    01-Nov-06
**Invoice Number: ED-06-GWU-ISS-DOC-18 - D**    **Due Date:**    Net 30 days
**Tax ID Number: 54-1827538**
**CLIN 0001**

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380    **Billing Period:**
Ashburn, VA 20147    10/16/06 - 10/31/06

| Labor Categories | | Current Rate | Current Hours | | Current Amount |
|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 245.50 | $ | 36,825.00 |
| Senior Engineer | $ | 144.00 | 0.00 | $ | - |
| Senior Management Consultant | $ | 125.00 | 336.00 | $ | 42,000.00 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | $ | - |
| Jr. Project Manager | $ | 75.00 | 0.00 | $ | - |
| Systems Analyst | $ | 98.00 | 0.00 | $ | - |
| Quality Analyst | $ | 85.05 | 0.00 | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | $ | - |
| Administrative Assistant | $ | 33.67 | 0.00 | $ | - |
| **Totals Hours** | | | 581.50 | | |
| **Total Direct Labor** | | | | $ | 78,825.00 |
| **Other Direct Costs** | | | | $ | - |
| **Total Costs** | | | | $ | 78,825.00 |
| **Total Amount Due** | | | | $ | 78,825.00 |

This is to certify that the services set forth herein were performed during the period stated, and that incurred costs billed were actually expended.

Richard Gordon, Jr.,
President

**Remit Payment to:**

**Federal National Commercial, Inc.**
**Fao: CUS4/Richmar Associates**
**P.O. Box 403826**
**Atlanta GA 30384-3826**

## FEDERAL NATIONAL PAYABLES, INC.

### INVOICE VERIFICATION FORM

This is __not__ a request for payment

__Customer:__   __George Washington University__

__Contract or Purchase Order No:__

__FNP Client/Supplier:__        __CUS4, Inc. d/b/a RICHMAR & Associates__
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
|  | ED-06-GWU-ISS-DOC-18-D | November 1, 2006 | $ 78,825.00 |  |  | X |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

The undersigned authorized representative of the Customer hereby certifies the status of
the above listed invoice(s) submitted by the Supplier.

Comments:

_____
Signature

~~Christina L Griffin~~ Kenneth J. Soper.
Print Name

~~Assistant Director~~ Executive Director.
~~Adm Applications Project Office~~ Information Systems & Services
Print Title

November 1, 2006
Date

(703) 726-1911
Telephone Number

202-994-5250
Fax Number



RICHMAR

# INVOICE

**Award Number:**                                              **Billing Date:**    01-Nov-06
**Invoice Number: ED-06-GWU-ISS-DOC-19-S**    **Due Date:**    Net 30 days
**Tax ID Number: 54-1827538**
**Purchase Order Number 1000082157**

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380            **Billing Period:**
Ashburn, VA 20147                              10/16/06 - 10/31/06

| Labor Categories | | Current Rate | Current Hours | | Current Amount |
|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 54.00 | $ | 8,100.00 |
| Senior Engineer | $ | 144.00 | 0.00 | $ | - |
| Senior Management Consultant | $ | 125.00 | 58.00 | $ | 7,250.00 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | $ | - |
| Jr. Project Manager | $ | 75.00 | 0.00 | $ | - |
| Systems Analyst | $ | 98.00 | 32.00 | $ | 3,136.00 |
| Quality Analyst | $ | 85.05 | 0.00 | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | $ | - |
| Administrative Assistant | $ | 33.67 | 2366.75 | $ | 79,688.47 |
| | | **Totals Hours** | **2510.75** | | |

| | | | | |
|---|---|---|---|---|
| Total Direct Labor | | | $ | 98,174.47 |
| Other Direct Costs - Supplies | | | $ | - |
| Other Direct Costs - Scaned Pages @ $ 0.18 = | 223,049 | | $ | 40,148.82 |

| Total Costs | $ | 138,323.29 |
|---|---|---|

| Total Amount Due | $ | 138,323.29 |
|---|---|---|

This is to certify that the services set forth herein were performed during the period stated, and that incurred costs billed were actually expended.

Richard Gordon, Jr.,
President

**Remit Payment to:**

**Federal National Commercial, Inc.**
**Fao: CUS4/Richmar Associates**
**P.O. Box 403826**
**Atlanta GA 30384-3826**

## FEDERAL NATIONAL PAYABLES, INC.

### INVOICE VERIFICATION FORM

This is not a request for payment

**Customer:    George Washington University**

**Contract or Purchase Order No:**

**FNP Client/Supplier:        CUS4, Inc. d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| 1000082157 | ED-06-GWU-ISS-DOC-19-S | November 1, 2006 | $  138,323.29 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:


_____        ~~Christina L Griffin~~ Kenneth J. Soper .
Signature                               Print Name

~~Assistant Director~~ *Executive Director*
~~Adm Applications Project Office~~ *Information Systems & Services*    November 1, 2006
Print Title                             Date


(703) 726-1911                          202-994-5250
Telephone Number                        Fax Number

 RICHMAR

 REVISED

# INVOICE

**Award Number:**
**Invoice Number: ED-06-GWU-ISS-DOC-19 - D**
**Tax ID Number: 54-1827538**
**CLIN 0001**

**Billing Date:**    17-Nov-06
**Due Date:**    Net 30 days

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380    **Billing Period:**
Ashburn, VA 20147    11/1/06 - 11/15/06

| Labor Categories | | Current Rate | Current Hours | | Current Amount |
|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 220.00 | $ | 33,000.00 |
| Senior Engineer | $ | 144.00 | 0.00 | $ | - |
| Senior Management Consultant | $ | 125.00 | 332.00 | $ | 41,500.00 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | $ | - |
| Jr. Project Manager | $ | 75.00 | 0.00 | $ | - |
| Systems Analyst | $ | 98.00 | 0.00 | $ | - |
| Quality Analyst | $ | 85.05 | 0.00 | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | $ | - |
| Administrative Assistant | $ | 33.67 | 0.00 | $ | - |
| **Totals Hours** | | | 552.00 | | |

| | | |
|---|---|---|
| Total Direct Labor | $ | 74,500.00 |
| Other Direct Costs | $ | - |
| **Total Costs** | $ | 74,500.00 |
| **Total Amount Due** | $ | 74,500.00 |

This is to certify that the services set forth herein were performed during the period stated, and that incurred costs billed were actually expanded.

Richard Gordon, Jr.,
President

**Remit Payment to:**

**Federal National Commercial, Inc.**
**Fao: CUS4/Richmar Associates**
**P.O. Box 403826**
**Atlanta GA 30384-3826**

## FEDERAL NATIONAL PAYABLES, INC.

### INVOICE VERIFICATION FORM

This is not a request for payment

**Customer:    George Washington University**

**Contract or Purchase Order No:**

**FNP Client/Supplier:      CUS4, Inc. d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Appr oved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| | ED-06-GWU-ISS-DOC-19-D | November 17, 2006 | $ 74,500.00 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:

Signature    Christina L Griffin
Print Name

Assistant Director
Adm Applications Project Office    November 17, 2006
Print Title    Date

(703) 726-1911    202-994-5250
Telephone Number    Fax Number


RICHMAR

# INVOICE

Award Number:
Invoice Number: ED-06-GWU-ISS-DOC-20-S
Tax ID Number: 54-1827538
Purchase Order Number 1000082157

Billing Date:    17-Nov-06
Due Date:    Net 30 days

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380
Ashburn, VA 20147

Billing Period:
11/1/06 - 11/15/06

| Labor Categories | | Current Rate | Current Hours | | Current Amount |
|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 48.00 | $ | 7,200.00 |
| Senior Engineer | $ | 144.00 | 0.00 | $ | - |
| Senior Management Consultant | $ | 125.00 | 48.00 | $ | 6,000.00 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | $ | - |
| Jr. Project Manager | $ | 75.00 | 0.00 | $ | - |
| Systems Analyst | $ | 98.00 | 31.00 | $ | 3,038.00 |
| Quality Analyst | $ | 85.05 | 0.00 | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | $ | - |
| Administrative Assistant | $ | 33.67 | 1829.00 | $ | 61,582.43 |
| | | Totals Hours | 1956.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| | Total Direct Labor | | | $ | 77,820.43 |
| | Other Direct Costs - Supplies | | | $ | - |
| | Other Direct Costs - Scaned Pages @ $ 0.18 = | | 211,078 | $ | 37,994.04 |

| Total Costs | | $ | 115,814.47 |
|---|---|---|---|

| Total Amount Due | | $ | 115,814.47 |
|---|---|---|---|

This is to certify that the services set forth herein were performed during the period stated, and that incurred costs billed were actually expended.

Richard Gordon, Jr.,
President

Remit Payment to:

Federal National Commercial, Inc.
Fao: CUS4/Richmar Associates
P.O. Box 403826
Atlanta GA 30384-3826

**FEDERAL NATIONAL PAYABLES, INC.**

**INVOICE VERIFICATION FORM**

This is <u>not</u> a request for payment

<u>**Customer:**</u>    **George Washington University**

<u>**Contract or Purchase Order No:**</u>

<u>**FNP Client/Supplier:**</u>    **CUS4, Inc. d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| 1000082157 | ED-06-GWU-ISS-DOC-20-S | November 1, 2006 | $  115,814.47 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:


*Christina L Griff*
_____
Signature

Assistant Director
Adm Applications Project Office
Print Title

(703) 726-1911
Telephone Number

Christina L Griffin
Print Name

November 17, 2006
Date

202-994-5250
Fax Number


RICHMAR

# INVOICE

**Award Number:**
**Invoice Number: ED-06-GWU-ISS-DOC-20 - D**
Tax ID Number: 54-1827538
**CLIN 0001**

**Billing Date:**  05-Dec-06
**Due Date:**  Net 30 days

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380
Ashburn, VA 20147

**Billing Period:**
11/16/06 - 11/30/06

| Labor Categories | | Current Rate | Current Hours | | Current Amount |
|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 215.00 | $ | 32,250.00 |
| Senior Engineer | $ | 144.00 | 0.00 | $ | - |
| Senior Management Consultant | $ | 125.00 | 144.00 | $ | 18,000.00 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | $ | - |
| Jr. Project Manager | $ | 75.00 | 0.00 | $ | - |
| Systems Analyst | $ | 98.00 | 0.00 | $ | - |
| Quality Analyst | $ | 85.05 | 0.00 | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | $ | - |
| Administrative Assistant | $ | 33.67 | 0.00 | $ | - |
| **Totals Hours** | | | 359.00 | | |

| | | |
|---|---|---|
| Total Direct Labor | $ | 50,250.00 |
| Other Direct Costs | $ | - |
| **Total Costs** | $ | 50,250.00 |
| **Total Amount Due** | $ | 50,250.00 |

This is to certify that the services set forth herein were performed during the period stated, and that incurred costs billed were actually expended.

Richard Gordon, Jr.,
President

**Remit Payment to:**

**Federal National Commercial, Inc.**
**Fao: CUS4/Richmar Associates**
**P.O. Box 403826**
**Atlanta GA 30384-3826**

# FEDERAL NATIONAL PAYABLES, INC.

## INVOICE VERIFICATION FORM

### This is not a request for payment

**Customer:**   George Washington University

**Contract or Purchase Order No:**

**FNP Client/Supplier:**        CUS4, Inc. d/b/a RICHMAR & Associates
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| | ED-06-GWU-ISS-DOC-20-D | December 5, 2006 | $ 50,250.00 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:


*Christina L Griff* (signature)
_____
Signature

Christina L Griffin
_____
Print Name

Assistant Director
Adm Applications Project Office
Print Title

December 5, 2006
_____
Date

(703) 726-1911
_____
Telephone Number

202-994-5250
_____
Fax Number



**RICHMAR**

# INVOICE

| | |
|---|---|
| **Award Number:** | **Billing Date:** 05-Dec-06 |
| **Invoice Number:** ED-06-GWU-ISS-DOC-21-S | **Due Date:** Net 30 days |
| **Tax ID Number:** 54-1827538 | |
| **Purchase Order Number 1000082157** | |

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380     **Billing Period:**
Ashburn, VA 20147                        11/16/06 - 11/30/06

| Labor<br>Categories | | Current<br>Rate | Current<br>Hours | | Current<br>Amount |
|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 45.00 | $ | 6,750.00 |
| Senior Engineer | $ | 144.00 | 0.00 | $ | - |
| Senior Management Consultant | $ | 125.00 | 46.00 | $ | 5,750.00 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | $ | - |
| Jr. Project Manager | $ | 75.00 | 0.00 | $ | - |
| Systems Analyst | $ | 98.00 | 32.00 | $ | 3,136.00 |
| Quality Analyst | $ | 85.05 | 0.00 | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | $ | - |
| Administrative Assistant | $ | 33.67 | 1302.75 | $ | 43,863.59 |
| | | **Totals Hours** | 1425.75 | | |

| | | |
|---|---|---|
| **Total Direct Labor** | $ | 59,499.59 |
| **Other Direct Costs - Supplies** | $ | - |
| **Other Direct Costs - Scaned Pages @ $ 0.18 =** 115,330 | $ | 20,759.40 |

| | | |
|---|---|---|
| **Total Costs** | $ | 80,258.99 |

| | | |
|---|---|---|
| **Total Amount Due** | $ | 80,258.99 |

This is to certify that the services set forth herein were performed during the period stated, and that incurred
costs billed were actually expended.

Richard Gordon, Jr.
President

Remit Payment to:

Federal National Commercial, Inc.
Fao: CUS4/Richmar Associates
P.O. Box 403826
Atlanta GA 30384-3826

## FEDERAL NATIONAL PAYABLES, INC.

### INVOICE VERIFICATION FORM

#### This is not a request for payment

**Customer:**    **George Washington University**

**Contract or Purchase Order No:**

**FNP Client/Supplier:**    **CUS4, Inc. d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| 1000082157 | ED-06-GWU-ISS-DOC-21-S | December 5, 2006 | $ 80,258.99 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:


_Christina L Griff_
Signature                            Christina L Griffin
                                     Print Name

Assistant Director
Adm Applications Project Office      December 5, 2006
Print Title                          Date

(703) 726-1911                       202-994-5250
Telephone Number                     Fax Number

Dec 20 06 11:24a    Richard Gordon, Jr.                202 544-2016            p.2



## INVOICE

Award Number:
Invoice Number: ED-06-GWU-ISS-DOC-21 - D
Tax ID Number: 54-1827538
CLIN 0001

Billing Date:      18-Dec-06
Due Date:         Net 30 days

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380
Ashburn, VA 20147

Billing Period:
12/01/06 - 12/15/06

| Labor Categories | | Current Rate | Current Hours | | Current Amount |
|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 115.00 | S | 17,250.00 |
| Senior Engineer | $ | 144.00 | 0.00 | S | - |
| Senior Management Consultant | $ | 125.00 | 164.00 | S | 20,500.00 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | S | - |
| Jr. Project Manager | $ | 75.00 | 0.00 | S | - |
| Systems Analyst | $ | 98.00 | 0.00 | S | - |
| Quality Analyst | $ | 85.05 | 0.00 | S | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | S | - |
| Administrative Assistant | $ | 33.67 | 0.00 | S | - |
| | | | | | |
| Totals Hours | | | 279.00 | | |
| Total Direct Labor | | | | S | 37,750.00 |
| Other Direct Costs | | | | S | - |
| Total Costs | | | | S | 37,750.00 |
| | Total Amount Due | | | S | 37,750.00 |

This is to certify that the services set forth herein were performed during the period stated, and that incurred
costs billed were actually expended.

Richard Gordon, Jr.
President

Remit Payment to:

Federal National Commercial, Inc.
Fao: CUS4/Richmar Associates
P.O. Box 403826
Atlanta GA 30384-3826

12/19/2006  14:53    703-765-5347            GEARING ASSOCIATES                    PAGE  02

## FEDERAL NATIONAL PAYABLES, INC.

### INVOICE VERIFICATION FORM

This is <u>not</u> a request for payment

**<u>Customer:</u>    George Washington University**

**<u>Contract or Purchase Order No:</u>**

**<u>FNP Client/Supplier:</u>      CUS4, Inc. d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
|  | ED-06-GWU-ISS-DOC-21-D | December 18, 2006 | $  37,760.00 |  |  | X |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:


_Christina Griff (signature)_                    Christina Griffin
Signature                                        Print Name

Assistant Director Administrative
Applications Project Office                       December 18, 2006
Print Title                                       Date

(703) 726-1911                                    202-994-5250
Telephone Number                                  Fax Number