AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CUS4 d/b/a RICHMAR & Associates, et al.  )
        Plaintiff(s)    )  **APPEARANCE**
                         )
                vs.   )  CASE NUMBER   1:CV-07-0841 (JR)
The George Washington University   )
        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of  James W. Thomas, Jr.  as counsel in this
                                    (Attorney's Name)

case for:  The George Washington University
                  (Name of party or parties)

June 1, 2007
Date

*(Signature)*
Signature
James W. Thomas, Jr.
Print Name

DC Bar #468670
BAR IDENTIFICATION

Arnold & Porter LLP, 555 12th Street NW
Address

Washington, DC 20004
City    State    Zip Code

202-942-6421
Phone Number