IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| CUS4, INC. D/B/A<br>RICHMAR & ASSOCIATES et al.<br><br>Plaintiff,<br><br>v.<br><br>GEORGE WASHINGTON UNIVERSITY,<br><br>Defendant | Case No. 1: CV-07-0841 (JR) |

PLAINTIFF RICHMAR'S MOTION UNDER
LCvR 65.1(d) TO PERMIT LIVE TESTIMONY OF
ONE WITNESS TO EXPLAIN TECHNICAL ASPECTS OF
<u>COPYRIGHTED WORK</u>

Plaintiff, CUS4, Inc., d/b/a Richmar and Associates ("Richmar") pursuant to LCvR 65.1(d), respectfully requests permission to present the live testimony of one witness at the forthcoming June 8, 2007 preliminary injunction hearing to explain the technical aspects of the copyrighted computer system which is at issue in this matter, and to be available to the Court, as well as the parties, for inquiries related to the technical aspects of the system and the technical aspects of the changes made to the copyrighted computer code by the defendant.

In support of this motion Richmar states:

1.      The copyrighted computer systems at issue in this case is the Document and Case Management System ("DCMS"). The DCMS is a large scale customized enterprise computer system for the storage and retrieval of records. It consists of an interface between two database systems, Documentum and Banner Web Services, both large and multi-faceted off the shelf systems.

2.      The DCMS is comprised of four subsystems: DCMS Scan; DCMS Document Management; Banner Web Services; Documentum Web Services.

3.      The DCMS is, in effect, a computer program that hides the operation of Banner and Documentum behind a customized screen interface as well as integrating all sub-systems.

4.      At issue in this case is whether certain modifications made, and planned, by the defendant to the DCMS system are essential or not to its operation; whether the modifications were necessary for the effective utilization of the DCMS as delivered by Richmar; and whether planned modifications are necessary to operate the system and/or necessary for the DCMS's effective utilization.

5.      Richmar requests permission to present the live testimony of James Gearing, the program architect and designer. Mr. Gearing has thirty-five years of experience in designing and building computer systems. Mr. Gearing was the project manager for the build out of the DCMS. Most significantly, Mr. Gearing has the ability to translate the technical aspects of the DCMS into understandable layman terms.

6.      Mr. Gearing's direct testimony would be no more than 15 to 20 minutes, after which he would be available to the Court for questions, as well as available to the defendant.

7.      Permitting Mr. Gearing's presentation will be a more efficient manner of providing the technical aspects of the DCMS and the changes made to it than seeking to explain them in writing and will have the added benefit of having Mr. Gearing available for follow up questions and explanations

8.      Rather than unduly delaying the hearing or result in a wasted time Mr. Gearing's testimony will result in a more efficient use of the Court's time and provide an expedient vehicle to frame the essential issues underlying the motion for preliminary injunction.

9.    Richmar has sought to confer with defendant's counsel both by phone and electronic mail as to whether the defendant would consent to this motion. Defendant's counsel, however, has been unavailable and defendant's position therefore remains unknown at this time.

DATED: June 4, 2007                          Respectfully submitted,

Geoffrey P. Gitner (D.C. Bar No. 176479)
Watergate, Twelfth Floor
600 New Hampshire Ave., N.W.
Washington, D.C. 20007
(202) 772-5926
email: gitner@blankrome.com

## CERTIFICATE OF SERVICE

I certify that on June 4, 2007 a copy of the foregoing Plaintiff Richmar's Motion Under

LCvR 65.1(d) to Permit Live Testimony of One Witness to Explain Technical Aspects of

Copyrighted Wrok was sent in the following manner to:

*By facsimile and first class mail to:*

James Thomas, Esq.
Arnold & Porter, LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Counsel for Defendant

Leslie J. Polt, Esq.
Adelberg, Rudlow, Dorf & Hendler, LLC
7 St. Paul Street, Suite 600
Baltimore, MD 21202-1612
Counsel for Federal National

Geoffrey P. Gitner

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

**CUS4, INC. D/B/A**
**RICHMAR & ASSOCIATES et al.**


**Plaintiff,**

v.

**GEORGE WASHINGTON UNIVERSITY,**

**Defendant**

Case No. 1: CV-07-0841 (JR)

### ORDER

UPON CONSIDERATION of the Plaintiff Richmar's Motion under LCvR 65.1(d) to

Permit Live Testimony of One Witness to Explain Technical Aspects of Copyrighted Work, and

the opposition thereto, it is this _____ day of June, 2007,

ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the Plaintiff Richmar will permitted to present the live

testimony of Mr. James Gearing at the forthcoming preliminary injunction hearing to be held on

June 8, 2007.


_____
United Sates District Court Judge

COPIES TO:

Geoffrey P. Gitner
Watergate, Twelfth Floor
600 New Hampshire Ave., N.W.
Washington, D.C. 20007
Counsel to Plaintiff Richmar

James Thomas, Esq.
Arnold & Porter, LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Counsel for Defendant George Washington University

Leslie J. Polt, Esq.
Adelberg, Rudlow, Dorf & Hendler, LLC
7 St. Paul Street, Suite 600
Baltimore, MD 21202-1612
Counsel for Plaintiff Federal National