UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CUS4, INC. d/b/a RICHMAR & :
ASSOCIATES, *et al.*, :
 :
    Plaintiffs, :
 :
  v. : Civil Action No. 07-0841 (JR)
 :
GEORGE WASHINGTON UNIVERSITY, :
 :
    Defendant. :

### ORDER

"The practice in this jurisdiction is to decide preliminary injunction motions without live testimony where possible." LCvR 65.1(d). Plaintiff's witness may actively consult with counsel at the June 8 hearing. If the Court decides that explanation or clarification of counsel's representations are needed, brief testimony may be heard, but the decision of whether or not to hear testimony will abide the event. The motion for leave to present live testimony [9] is accordingly **denied without prejudice**.

                                          JAMES ROBERTSON
                            United States District Judge