## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUS4, INC. d/b/a RICHMAR & ASSOCIATES et al., ) ) ) | Civil Action No. 07-0841 (JR) |
| Plaintiffs, ) | |
| v. ) | |
| George Washington University, ) | |
| Defendant. ) | |

### MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW the undersigned as the sponsoring member of the Bar of this Court and pursuant to Rule LCvR 83.2(d) of the Rules of the United States District Court for the Distrct of Columbia, moves the Court for an order granting admission *pro hac vice* of Kavita Kumar Puri to appear and participate in proceedings in this Court in the above referenced action as Counsel for Defendant, George Washington University. The grounds for this motion are set forth in the attached hereto and incorporated herein signed certification of Ms. Puri.

The undersigned is a member in good standing of the Bar of the United States District Court for the District of Columbia with whom Ms. Puri will be associated in this case.

- 2 -

WHEREFORE, for these and other reasons, we respectfully request the Court to grant this Motion and enter the Order for admission *pro hac vice*.

Dated:  June 8, 2007                     Respectfully Submitted

/s/ James W. Thomas, Jr.
―――――――――――――――
James W. Thomas, Jr. (DC Bar #468670)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C.  20004
Telephone: (202) 942-6421
Facsimile: (202) 942-5999

*Counsel for Defendant George Washington University*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CUS4, INC. d/b/a RICHMAR & ASSOCIATES et al., | ) ) ) | Civil Action |
| Plaintiffs, | ) ) ) | No. 07-0841 (JR) |
| v. | ) ) | |
| George Washington University, | ) ) | |
| Defendant. | ) ) ) | |

**CERTIFICATION OF KAVITA KUMAR PURI IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

1. My full name is Kavita Kumar Puri;

2. My address and telephone number is:

    Arnold & Porter LLP
    555 Twelfth Street, N.W.
    Washington, D.C., 2004
    Telephone: (202) 942-5906
    Fascimile: (202) 942-5999

3. I have been admitted to practice in the State of New York.

4. I am in good standing with above referenced Court and have not been disciplined by any bar.

5. I have not been admitted *Pro Hac Vice* in this Court within the last two years.

6. I am practicing law in the District of Columbia pending approval of an application to the D.C. Bar submitted April 6, 2007 and under the supervision of principals of Arnold & Porter LLP who are members in good standing of the bar.

Dated: June 8, 2007                    Respectfully Submitted

/s/ Kavita Kumar Puri
_____
Kavita Kumar Puri
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 942-6421
Facsimile: (202) 942-5999

*Counsel for Defendant George Washington University*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CUS4, INC. d/b/a RICHMAR & ASSOCIATES et al.,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>George Washington University,  )<br>  )<br>Defendant.  )<br>  ) | Civil Action<br>No. 07-0841 (JR) |

**PROPOSED ORDER**

Upon consideration of the motion of James W. Thomas, Jr., D.C. Bar Number 468670, active member of the Bar of this Court, for the admission *pro hac vice* of Kavita Kumar Puri, and for good cause shown, it is this ___ day of ___, 2007,

ORDERED: The Motion for Admission *Pro Hac Vice* be and hereby is GRANTED, and that Kavita Kumar Puri be, and the same hereby is, admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action under Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

SO ORDERED.

_____
Judge James Robertson, United States
District Court for the District of Columbia

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing motion to be transmitted on June 8, 2007, in the following manner to:

*By ECF to the following counsel registered to receive electronic service*

Geoffrey Paul Gitner
The Law Offices of Geoffrey P. Gitner
600 New Hampshire Avenue, NW
12th Floor
Washington, DC 20037
(202) 572-5926
Email:  ggitner@gitnerlaw.com
Counsel for Plaintiff Richmar & Associates

*By Electronic Mail*

Leslie J. Polt, Esq.
Adelberg, Rudlow, Dorf & Hendler, LLC
7 St. Paul Street, Suite 600
Baltimore, MD 21202-1612
Counsel for Plaintiff Federal National

By:    /s/ James W. Thomas, Jr.
_____
       James W. Thomas, Jr.