UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CUS4, INC. d/b/a RICHMAR & ASSOCIATES, *et al.*, :
:
    Plaintiffs, :
:
  v. : Civil Action No. 07-0841 (JR)
:
GEORGE WASHINGTON UNIVERSITY, :
:
    Defendant. :

### CAPTION

Upon consideration of defendant's motion for the *pro hac vice* appearance of Kavita Kumar Puri [14], it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.

                                       JAMES ROBERTSON
                          United States District Judge