**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CUS4, INC. d/b/a RICHMAR & ASSOCIATES, *et al.*, | : | |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 07-0841 (JR) |
| | : | |
| GEORGE WASHINGTON UNIVERSITY, | : | |
| | : | |
| Defendant. | : | |

**REFERRAL TO MEDIATION ORDER**

Upon consent of the parties to mediate, it is

**ORDERED** that this matter is referred to the Court's Alternative Dispute Resolution Program for mediation.  It is

**FURTHER ORDERED** that counsel and the parties shall attend each mediation session.  It is

**FURTHER ORDERED** that mediation efforts shall be concluded by September 18, 2007.  It is

**FURTHER ORDERED** that if the case settles in whole or in part before such date, counsel shall advise the Court of the settlement by filing a stipulation.  It is

**FURTHER ORDERED** that if no settlement is reached, a further status conference will be held at **4:30 p.m. on September 24, 2007.**  And it is

**FURTHER ORDERED** that all proceedings in this case are **stayed** until further order of the Court.


                         JAMES ROBERTSON
                  United States District Judge