IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| CUS4, Inc. d/b/a RICHMAR & ASSOCIATES, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>George Washington University<br><br>    Defendant. | Case No. 07-0841 (JR) |

### MOTION FOR ADMISSION *PRO HAC VICE*

NOW COMES the undersigned as the sponsoring member of the Bar of this Court and pursuant to Rule LCvR. 83.2(d) of the Rules of the United States District Court for the District of Columbia, moves the Court for an order granting admission *pro hac vice* of Leslie J. Polt, Esquire to appear and participate in proceedings in this Court in the above-referenced action as Counsel for Co-Plaintiff, Federal National Commercial, Inc. The grounds for this motion are set forth in the attached hereto and incorporated herein signed certification of Mr. Polt.

The undersigned is a member in good standing of the Bar of the United States District Court for the District of Columbia, and represents Co-Plaintiff, CUS4, Inc., d/b/a Richmar & Associates.

WHEREFORE, for these and other reasons, we respectfully request the Court to grant this Motion and enter the Order for admission *pro hac vice*.

Dated: July 9, 2007

Respectfully Submitted,

_____
Geoffrey P. Gitner, Esquire
(DC Bar #176479)
The Law Offices of Geoffrey P. Gitner
Watergate Building
600 New Hampshire Avenue, NW
Washington, DC 20037
(202) 772-5926

*Counsel for Plaintiff, CUS4, Inc., d/b/a Richmar & Associates*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CUS4, Inc. d/b/a RICHMAR &
ASSOCIATES, et al.

      Plaintiffs,

v.                                                          Case No. 07-0841 (JR)

George Washington University

      Defendant.

**CERTIFICATION OF LESLIE J. POLT IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

1.  My full name is Leslie J. Polt.

2.  My address and telephone number is:

    Adelberg, Rudow, Dorf & Hendler, LLC
    7 Saint Paul Street, Suite 600
    Baltimore, Maryland 21202-1612
    (410) 539-5195

3.  I have been admitted to practice in the State of Maryland, the District of Columbia, and the United States District court for the District of Maryland.

4.  I am in good standing with the above-referenced Courts and have not been disciplined by any bar.

5.  I have not been admitted *Pro Hac Vice* in this court within the last two years.

Dated: July 3, 2007

Respectfully Submitted,

/s/ Leslie J. Polt, Esquire
Adelberg, Rudow, Dorf & Hendler, LLC
7 Saint Paul Street, Suite 600
Baltimore, Maryland 21202-1612
Telephone:   (410) 539-5195
Facsimile:   (410) 539-5834
lpolt@adelbergrudow.com

*Counsel for Plaintiff, Federal National Commercial, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| CUS4, Inc. d/b/a RICHMAR & ASSOCIATES, et al.<br><br>Plaintiffs,<br><br>v.<br><br>George Washington University<br><br>Defendant | <br><br><br><br><br>Case No. 07-0841 (JR)<br> |

**PROPOSED ORDER**

UPON CONSIDERATION of the Motion of Geoffrey P. Gitner, Esquire, D.C. Bar Number 176479, active member of the Bar of this court, for the admission *pro hac vice* of Leslie J. Polt, Esquire, Esquire, and for good cause shown, it is this ____ day of July, 2007,

ORDERED that the Motion for Admission *Pro Hac Vice* be and hereby is GRANTED, and that Leslie J. Polt be admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action under Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

SO ORDERED.

_____
Judge James Robertson, United States
District Court for the District of Columbia