UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CUS4, INC. d/b/a RICHMAR & :
ASSOCIATES, *et al.*, :
 :
    Plaintiffs, :
 :
  v. : Civil Action No. 07-0841 (JR)
 :
GEORGE WASHINGTON UNIVERSITY, :
 :
    Defendant. :

### CAPTION

Upon consideration of plaintiffs' motions for the *pro hac vice* appearances of Leslie J. Polt [19] and Michael R. Severino [20], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

                                      JAMES ROBERTSON
                              United States District Judge