# Exhibit 10



**INVOICE**

Award Number:
Invoice Number: ED-06-GWU-ISS-DOC-23 - S
Tax ID Number: 54-1827536
CLIN 0001
Purchase Order Number 1000082157

Billing Date:    04-Jan-07
Due Date:        Net 30 days

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380
Ashburn, VA 20147

Billing Period:
12/16/06 - 12/31/06

| Labor<br>Categories | | Current<br>Rate | Current<br>Hours | | Current<br>Amount |
|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 102.50 | $ | 15,375.00 |
| Senior Engineer | $ | 144.00 | 0.00 | $ | - |
| Senior Management Consultant | $ | 125.00 | 52.50 | $ | 6,562.50 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | $ | - |
| Jr. Project Manager | $ | 75.00 | 0.00 | $ | - |
| Systems Analyst | $ | 98.00 | 20.00 | $ | 1,960.00 |
| Quality Analyst | $ | 86.05 | 0.00 | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | $ | - |
| Administrative Assistant | $ | 33.67 | 1366.50 | $ | 46,010.06 |
| | | | | | |
| **Totals Hours** | | | 1641.50 | | |
| **Total Direct Labor** | | | | $ | 69,907.56 |
| Other Direct Costs - Scanning 8,018 pages at 0.18/page | | | | $ | 1,443.24 |
| **Total Costs** | | | | $ | 71,350.80 |
| | | **Total Amount Due** | | $ | 71,350.80 |

This is to certify that the services set forth herein were performed during the period stated, and that incurred
costs billed were actually expended.

Richard Gordon, Jr.
President

Remit Payment to:

Federal National Commercial, Inc.
Fax: CUS4/Richmar Associates
P.O. Box 403826
Atlanta GA 30384-3826

# Richmar & Associates

## Time Accounting Sheet

| | |
|---|---|
| Work days in period | 9 |
| Holidays in period | 1 |
| Hours in period | 80 |
| Hours unaccounted for | 8 |

| | |
|---|---|
| Reg Hrs | 64. |
| Pers Time Off | 8. |
| Holiday | |
| Total Hours | 72. |

**Employee/Contractor Name:** Alex Belcht
**Period:** December 16 - 31, 2006

| Charge To: | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1-16 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FAA - GETS - Meetings | | | | | | | | | | | | | | | | | | | |
| FAA - GETS - Changes Batch 1 | | | | | | | | | | | | | | | | | | | |
| FAA - GETS - Changes Batch 2 | | | | | | | | | | | | | | | | | | | |
| FAA - GETS - Arbitrations | | | | | | | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Meetings | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Reqs/Design | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Upgrade to 6.3 | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Architecture Framework | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - HR Module | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Back Scan Requirements | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Back Scan Design/Prog. | | | 3. | 3. | 3. | 3. | | | | | 3. | | 5. | | | | 34. | 20. | 54. |
| GWU - Docu - Backscan, Index, Load | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Training | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Phase 2 | | | | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | | | | | | | |

| Non-Billable | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1-16 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overhead | | | | | | | | | | | 5. | | 3. | 8. | | | 48. | 44. | 90. |
| Personal Time Off | | | | | | | 8. | | | 8. | | | | | | | 8. | | 8. |
| Holiday | | | | | | | | | | | | | | | | | | 8. | 8. |

| | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1-16 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL Billable | | | 3. | 3. | 3. | 3. | | | | | 3. | | 5. | | | | 34. | 20. | 64. |
| TOTAL | | | 8. | 8. | 8. | 8. | 8. | | | 8. | 8. | | 8. | 8. | | | 88. | 72. | 160. |

**Employee/Contractor Signature:** _(signature)_    **Date:**

**Supervisor Signature:** _(signature)_    **Date:** 4/4/07

Please purchase the 'Print PDF Driver' on http://www.verypdf.com/artprint/index.html to remove this message.

# Richmar & Associates

## Time Accounting Sheet

Employee/Contractor Name: Worldwide Digital
Period: December 16 - 31, 2006

| | |
|---|---|
| Work days in period | 8 |
| Holidays in period | |
| Hours in period | 64 |
| Hours unaccounted for | 0 |

| | |
|---|---|
| Reg hrs | 64. |
| Pers Time Off | |
| Holiday | |
| Total Hours | 64. |

| Charge To: | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1-15 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GW Scan - Nicholas Mann | | | 4.5 | 6. | | | | | | | | | | | | | 70. | 10.5 | 80.5 |
| GW Scan - Subramanian Muthukaruppan | | | | | | | | | | | | | | | | | | | |
| GW Scan - Xuen-Huong Nguyen | | | | | | | | | | | | | | | | | | | |
| GW Scan - Diane Hamer | | | | | | | | | | | | | | | | | | | |
| GW Scan - Michelle Barnes | | | | | | | | | | | | | | | | | | | |
| GW Scan - Unique Quarles | | | | | | | | | | | | | | | | | | | |
| GW Scan - Bernedette Dixon | | | | | | | | | | | | | | | | | | | |
| GW Scan - Laquinda Selby | | | 7.75 | | 8.5 | 4.25 | | | | | | | | | | | 78.5 | 20.5 | 100. |
| GW Scan - Dominique Roberts | | | | 8. | 8. | 8.5 | 8.5 | | | | | | | | | | 77.76 | 33. | 110.76 |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |

| Non-Billable | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overhead | | | | | | | | | | | | | | | |
| Personal Time Off | | | | | | | | | | | | | | | |
| Holiday | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| TOTAL_Billable | | 12.25 | 14. | 16.5 | 12.75 | 8.5 | | | | | | 227.25 | 64. | 291.25 |
| TOTAL | | 12.25 | 14. | 16.5 | 12.75 | 8.5 | | | | | | 227.25 | 64. | 291.25 |

**Employee/Contractor Signature:** _____  Date: _____

**Supervisor Signature:** _____  Date: 1/4/07

# Richmar & Associates
## Time Accounting Sheet

Employee/Contractor Name: Jim Gearing
Period: December 16 - 31, 2006

| | |
|---|---|
| Work days in period | 9 |
| Holidays in period | 1 |
| Hours in period | 80 |
| Hours unaccounted for | 7.5 |

| | |
|---|---|
| Reg Hrs | 64.5 |
| Pers Time Off | 8. |
| Holiday | |
| Total Hours | 72.5 |

| Charge To: | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1-15 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FAA - GETS - Meetings | | | | | | | | | | | | | | | | | | | |
| FAA - GETS - Changes Batch 1 | | | | | | | | | | | | | | | | | | | |
| FAA - GETS - Changes Batch 2 | | | | | | | | | | | | | | | | | | | |
| FAA - GETS - Arbitrations | | | | | | | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Meetings | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Reqs/Design | | | | | | | | | | | | | | | | | 89. | | 89. |
| GWU - Docu - Upgrade to 5.3 | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Architecture Framework | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - HR Module | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Back Scan Requirements | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Back Scan Design/Prog. | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Backscan, Index, Load | | | 7. | 8. | 7.5 | 8. | 5. | | | | 7. | 8. | 7. | 7. | | | | 64.5 | 64.5 |
| GWU - Docu - Training | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Phase 2 | | | | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | | | | | | | |
| Non-Billable | | | | | | | | | | | | | | | | | | | |
| Overhead | | | | | | | | | | | | | | | | | | | |
| Personal Time Off | | | | | | | | | | | | | | | | | | 8. | 8. |
| Holiday | | | | | | | | | | 8. | | | | | | | | | |
| TOTAL Billable | | | 7. | 8. | 7.5 | 8. | 5. | | | | 7. | 8. | 7. | 7. | | | 89. | 64.5 | 153.5 |
| TOTAL | | | 7. | 8. | 7.5 | 8. | 5. | | | 8. | 7. | 8. | 7. | 7. | | | 89. | 72.5 | 161.5 |

Employee/Contractor Signature: _____  Date: 1/4/07

Supervisor Signature: _____  Date: 1/4/07

# Richmar & Associates

## Time Accounting Sheet

Central Data Processing
December 16 - 31, 2005

Employee/Contractor Name:
Period:

| | |
|---|---|
| Work days in period | 8 |
| Holidays in period | |
| Hours in period | 64 |
| Hours unaccounted for | 0 |

| | |
|---|---|
| Reg Hrs | |
| Pers Time Off | 1393. |
| Holiday | |
| Total Hours | 1393. |

| Charge To: | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1-16 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GW Scan Manager - Mike Holt | 2. | 2. | 2. | 2. | 2. | 2. | 8. | 2. | 2. | | 2. | 2. | | 8. | 2. | | | 38. | 38. |
| GW Scan Manager - Dottie Holoubek | | | | | | | | | | | | | | | | | | | |
| GW Scan Manager - Dan Holoubek | 4. | 3.5 | 4. | 3.5 | 4. | 3.5 | 4. | 3.5 | 4. | | | 3.5 | 4. | 3.5 | 4. | 3.5 | | 52.5 | 52.5 |
| 0 | | | | | | | | | | | | | | | | | | | |
| GW Scan - A J Bacchus | | 16.5 | | 8.5 | 7.5 | 10. | | 17. | | | | | | | | | | 67.5 | 67.5 |
| GW Scan - Amir Lotfi | | | 8. | 6. | 7.5 | 6. | 4.5 | | 8. | | | | | | | | | 46. | 46. |
| GW Scan - Chanteau Benton | | | | | | | | | | | | | | | | | | | |
| GW Scan - Cherie Babb | | | | | | | | | | | | | | | | | | | |
| GW Scan - Davida Potts | | | | | | | | | | | | | | | | | | | |
| GW Scan - Ethel Marsteller | | | | | | | | | | | | | | | | | | | |
| GW Scan - Isaac Hughes | 8. | 8.5 | 12. | 15. | 10. | 13.5 | 14. | | | 16. | 12.5 | 14. | 13. | 13. | 13. | | | 162.5 | 162.5 |
| GW Scan - Leila Aghazadeh | | | 8. | 8. | | 8.5 | 8.5 | | | | 8.5 | 6.5 | 6.5 | 8. | | | | 54.5 | 54.5 |
| GW Scan - Megan Bradley | | | | | 6.5 | 6.5 | 7. | | | | 8.5 | 6.5 | 8. | 7. | | | | 54. | 54. |
| GW Scan - Michael Brown | | | | | | | | | | | | | | | | | | | |
| GW Scan - Nancy Goff | 16.5 | 21. | 11. | | 11. | 10. | 9. | 11.5 | 8. | | 12.5 | | 16. | 15. | 9. | 18. | | 187.5 | 187.5 |
| GW Scan - Ngoc Dang | | | | | | | | | | | | | | | | | | | |
| GW Scan - Nguyet Dang | | | | | | | | | | | | | | | 1.5 | 4. | | 5.5 | 5.5 |
| GW Scan - Nikki McKinney | | | 8. | 8. | 8. | 8. | | | | | 7.5 | 8. | 8. | 8. | | | | 55.5 | 55.5 |
| GW Scan - Steve Clark | | | 7.5 | 8. | 8. | 7.5 | 8.5 | | | | 8. | 8. | 8. | 8. | | | | 63.5 | 63.5 |
| GW Scan - Tiffany Johnson | | | 7.5 | 8. | 10.5 | 10. | 7.5 | | | | 8. | 8. | 10. | 8. | | | | 67.5 | 67.5 |
| GW Scan - Virgilna Hawkins | | | 8. | 10. | 11. | 10. | 13. | | | | 8. | 10.5 | 10. | 10. | | | | 91.5 | 91.5 |
| GW Scan - Varnetta Knight | | | 9. | 10. | 11. | 10. | | | | | 10. | 10.5 | 10. | 10. | | | | 80.5 | 80.5 |
| GW Scan - Yvonne Morrison | | | 11. | 10. | 11.5 | 11.5 | | | | | 10. | 10. | 10. | 10. | | | | 62.5 | 62.5 |
| GW Scan - Zandra Curran | | | | | | | | | | | | | | | | | | | |
| GW Scan - Lucille Ratliff | | | 4. | 9. | 4. | 3.5 | 4. | | | | 4. | 4. | 5. | 5. | | | | 33.5 | 33.5 |
| GW Scan - Bernesteen Best | | | 6.5 | 8. | 9. | 7. | | 4. | | | 9.5 | 10.5 | 11.5 | 8. | | | | 81. | 81. |
| GW Scan - Jide Dada | | | 12.5 | 12.5 | | 12. | 12.5 | 5.5 | | | 7.5 | 12.5 | 12.5 | 14. | | | | 101.5 | 101.5 |
| GW Scan - Dominique Selby | | | | | | | | | | | 8. | 11. | 12. | 12. | 5. | 6. | | 53. | 53. |
| GW Scan - Jesse Gillespie | 2.5 | | 9.5 | | 6. | | | | | | 6. | 6. | 9.5 | 13.5 | | | | 55. | 55. |
| GW Scan - | | | | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| Non-Billable | | | | | | | | | | | | | | | | | | | |
| Overhead | | | | | | | | | | | | | | | | | | | |
| Personal Time Off | | | | | | | | | | | | | | | | | | | |
| Holiday | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| TOTAL Billable | 33. | 51.5 | 129.5 | 124.5 | 122. | 128.5 | 107.5 | 43.5 | 22. | 16. | 102. | 127. | 160. | 161. | 34.5 | 30.5 | | 1393. | 1393. | 1393. |
| TOTAL | 33. | 51.5 | 129.5 | 124.5 | 122. | 128.5 | 107.5 | 43.5 | 22. | 16. | 102. | 127. | 160. | 161. | 34.5 | 30.5 | | 1393. | 1393. | 1393. |

Employee/Contractor Signature: _____ Date: _____

Supervisor Signature: _____ Date: _____ 1/4/07

## FEDERAL NATIONAL PAYABLES, INC.

### INVOICE VERIFICATION FORM

This is <u>not</u> a request for payment

**Customer:    George Washington University**

**Contract or Purchase Order No: 1000082157**

**FNP Client/Supplier:     CUS4, Inc. d/b/a RICHMAR & Associates**
**When completed please fax to FNP at 301-961-6460.**
**Questions please call FNP at 301-961-6450.**

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| 1000082157 | ED-06-GWU-ISS-DOC-23-S | January 4, 2007 | $ 71,350.80 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:

_Christina Griffith_
Signature

Assistant Director Administrative
Applications Project Office
Print Title

(703) 726-1911
Telephone Number

Christina Griffin
Print Name

Jan 4, 2007

~~December 18, 2006~~
Date

202-994-5250
Fax Number



INVOICE

**Award Number:**
**Invoice Number: ED-06-GWU-ISS-DOC-24 - S**
**Tax ID Number: 54-1827538**
**CLIN 0001**
Purchase Order Number 1000082157

| Billing Date: | 16-Jan-07 |
|---|---|
| Due Date: | Net 30 days |

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380
Ashburn, VA 20147

**Billing Period:**
1/1/07 - 1/15/07

| Labor<br>Categories | | Current<br>Rate | Current<br>Hours | | Current<br>Amount |
|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 108.00 | $ | 16,200.00 |
| Senior Engineer | $ | 144.00 | 0.00 | $ | - |
| Senior Management Consultant | $ | 125.00 | 54.00 | $ | 6,750.00 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | $ | |
| Jr. Project Manager | $ | 75.00 | 0.00 | $ | - |
| Systems Analyst | $ | 98.00 | 8.00 | $ | 784.00 |
| Quality Analyst | $ | 85.05 | 0.00 | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | $ | - |
| Administrative Assistant | $ | 33.67 | 1323.50 | $ | 44,562.25 |
| | | | | | |
| **Totals Hours** | | | 1493.50 | | |
| **Total Direct Labor** | | | | $ | 68,296.25 |
| Other Direct Costs - Scanning 17,669 pages at 0.18/page | | | | $ | 3,180.42 |
| **Total Costs** | | | | $ | 71,476.67 |
| | | **Total Amount Due** | | $ | 71,476.67 |

This is to certify that the services set forth herein were performed during the period stated, and that incurred
costs billed were actually expended.

Richard Gordon, Jr.,
President

Remit Payment to:

Federal National Commercial, Inc.
Fao: CUS4/Richmar Associates
P.O. Box 403826
Atlanta GA 30384-3826

# Richmar & Associates

## Time Accounting Sheet

Employee/Contractor Name: *(signature)* ~~Your Name Here~~

Period: January 1 - 15, 2007

| | |
|---|---|
| Work days in period | 8 |
| Holidays in period | 3 |
| Hours in period | 88 |
| Hours unaccounted for | 0 |

| | |
|---|---|
| Reg Hrs | 66. |
| Pers Time Off | |
| Holiday | 24. |
| Total Hours | 90. |

| Charge To: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FAA - GETS - Meetings | | | | | | | | | | | | | | | | |
| FAA - GETS - Changes Batch 1 | | | | | | | | | | | | | | | | |
| FAA - GETS - Changes Batch 2 | | | | | | | | | | | | | | | | |
| FAA - GETS - Arbitrations | | | | | | | | | | | | | | | | |
| GWU - Docu - Meetings | | | | | | | | | | | | | | | | |
| GWU - Docu - Reqs/Design | | | | | | | | | | | | | | | | |
| GWU - Docu - Upgrade to 5.3 | | | | | | | | | | | | | | | | |
| GWU - Docu - Architecture Framework | | | | | | | | | | | | | | | | |
| GWU - Docu - HR Module | | | | | | | | | | | | | | | | |
| GWU - Docu - Back Scan Requirements | | | | | | | | | | | | | | | | |
| GWU - Docu - Back Scan Design/Prog. | 7. | | 8. | 9. | 6. | | | 7. | 7. | 7. | 8. | 7. | | | | 66. |
| GWU - Docu - Backscan, Index, Load | | | | | | | | | | | | | | | | |
| GWU - Docu - Training | | | | | | | | | | | | | | | | |
| GWU - Docu - Phase 2 | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | |
| **Non-Billable** | | | | | | | | | | | | | | | | |
| Overhead | | | | | | | | | | | | | | | | |
| Personal Time Off | | | | | | | | | | | | | | | | |
| Holiday | 8. | 8. | | | | | | | | | | | | | 8. | 24. |
| **TOTAL Billable** | 7. | 15. | 8. | 9. | 6. | | | 7. | 7. | 7. | 8. | 7. | | | . | 66. |
| **TOTAL** | 8. | 15. | 8. | 9. | 8. | | | 7. | 7. | 7. | 8. | 7. | | | 8. | 90. |

Employee/Contractor Signature: *(signature)*  Date: 1/16/07

Supervisor Signature: *(signature)*  Date: 1/16/07

# Richmar & Associates

## Time Accounting Sheet

| | |
|---|---|
| Work days in period | 8 |
| Holidays in period | 3 |
| Hours unaccounted for | 88 |
| | 0 |

| | |
|---|---|
| Reg Hrs | 56. |
| Pers Time Off | 8. |
| Holiday | 24. |
| Total Hours | 88. |

Employee/Contractor Name: Alex Bakht

Period: January 1 - 15, 2007

| Charge To: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FAA - GETS - Meetings | | | | | | | | | | | | | | | | |
| FAA - GETS - Changes Batch 1 | | | | | | | | | | | | | | | | |
| FAA - GETS - Changes Batch 2 | | | | | | | | | | | | | | | | |
| FAA - GETS - Arbitrations | | | | | | | | | | | | | | | | |
| GWU - Docu - Meetings | | | | | | | | | | | | | | | | |
| GWU - Docu - Reqs/Design | | | | | | | | | | | | | | | | |
| GWU - Docu - Upgrade to 5.3 | | | | | | | | | | | | | | | | |
| GWU - Docu - Architecture Framework | | | | | | | | | | | | | | | | |
| GWU - Docu - HR Module | | | | | | | | | | | | | | | | |
| GWU - Docu - Back Scan Requirements | | | | | | | | | | | | | | | | |
| GWU - Docu - Back Scan Design/Prog. | | | | | 5. | | | 3. | | | | | | | | 8. |
| GWU - Docu - Backscan, Index, Load | | | | | | | | | | | | | | | | |
| GWU - Docu - Training | | | | | | | | | | | | | | | | |
| GWU - Docu - Phase 2 | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | |

### Non-Billable

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overhead | | | | | | | | | | | | | | | | 48. |
| Personal Time Off | | | 8. | | | | | | | | | 8. | | | | 8. |
| Holiday | 8. | 8. | | | 8. | | | | | | | | | | 8. | 24. |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL Billable | | | | 5. | | | | 3. | | | | | | | | 8. |
| TOTAL | 8. | 8. | 8. | 5. | 8. | | | 8. | 8. | 8. | 8. | 8. | | | 8. | 88. |

Employee/Contractor Signature: _____  Date: 1/16/07

Supervisor Signature: _____  Date: _____

# Richmar & Associates

## Time Accounting Sheet

Employee/Contractor Name: Worldwide Digital

Period: January 1 - 15, 2007

| | |
|---|---|
| Work days in period | 9 |
| Holidays in period | 1 |
| Hours in period | 80 |
| Hours unaccounted for | 0 |

| | |
|---|---|
| Reg Hrs | 81. |
| Pers Time Off | . |
| Holiday | . |
| Total Hours | 81. |

| Charge To: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GW Scan - Nicholas Mann | | 2. | 6. | 8. | 8. | | | 4. | 8. | 8. | 8. | 6. | | | | 58. |
| GW Scan - Bernedette Dixon | | | | | | | | . | . | . | . | . | | | | . |
| GW Scan - Dione Hamer | | | | | | | | | | | | | | | | . |
| GW Scan - Dominique Roberts | | | | | | | | | | 8. | 7. | 8. | | | | 23. |
| GW Scan - Evelyn Wheeler | | | | | | | | . | | | | | | | | . |
| GW Scan - Laquinda Selby | | | | | | | | | | | | | | | | . |
| GW Scan - Michelle Barnes | | | | | | | | | | | | | | | | . |
| GW Scan - Subramanian Muthukaruppan | | | | | | | | | | | | | | | | . |
| GW Scan - Unique Quarles | | | | | | | | | | | | | | | | . |
| GW Scan - Xuan-Huong Nguyen | | | | | | | | | | | | | | | | . |
| GW Scan - | | | | | | | | | | | | | | | | . |
| GW Scan - | | | | | | | | | | | | | | | | . |
| GW Scan - | | | | | | | | | | | | | | | | . |
| GW Scan - | | | | | | | | | | | | | | | | . |
| GW Scan - | | | | | | | | | | | | | | | | . |
| GW Scan - | | | | | | | | | | | | | | | | . |
| | | | | | | | | | | | | | | | | |
| Non-Billable | | | | | | | | | | | | | | | | |
| Overhead | | | | | | | | | | | | | | | | |
| Personal Time Off | | | | | | | | | | | | | | | | . |
| Holiday | | | | | | | | | | | | | | | | . |
| | | | | | | | | | | | | | | | | |
| TOTAL Billable | . | 2. | 6. | 8. | 8. | | | 4. | 8. | 16. | 15. | 14. | | | . | 81. |
| TOTAL | . | 2. | 6. | 8. | 8. | | | 4. | 8. | 16. | 15. | 14. | | | . | 81. |

Employee/Contractor Signature: _____  Date: _____

Supervisor Signature: _____  Date: _____

Richmar & Associates

Time Accounting Sheet

Employee/Contractor Name:
Period:

Central Date Processing
January 1 - 15, 2007

Work days in period — 9
Holidays in period — 2
Hours in period — 88
Hours unaccounted for — 0

Reg Hrs
Pers Time Off
Holiday
Total Hours

1369.
1369.

| Charge To: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GW Scan Manager - Mike Holt | | 3. | 3. | 3. | 3. | 3. | 3. | 3. | 3. | 3. | 3. | 3. | 3. | 3. | 3. | 42. |
| GW Scan Manager - Dottie Holoubek | | | | | | | | | | | | | | | | |
| GW Scan Manager - Dan Holoubek | | 4. | 4. | 4. | 4. | 3. | 3. | 4. | 4. | 4. | 4. | 4. | 4. | 4. | 4. | 54. |
| | | | | | | | | | | | | | | | | |
| GW Scan - A J Bacchus | | | | | | | | | | | | | | | | |
| GW Scan - Amir Lotfi | | | | | | | | 6. | 8. | | | | | | | 14. |
| GW Scan - Bernesteen Best | 4. | 8.5 | 9.5 | 9. | 8. | 4.5 | | 7.5 | 11.5 | 8. | 9.5 | | | | | 80. |
| GW Scan - Chanteau Benton | | | | | | | | | | | | | | | | |
| GW Scan - Cherie Babb | | | | | | | | | | | | | | | | |
| GW Scan - Davida Potts | | | | | | | | | | | | | | | | |
| GW Scan - Dominique Roberts | 8.5 | | 10. | 8. | 10. | 15. | 8. | 2.5 | 8.5 | 14. | 13.5 | 5. | 6. | 8. | 8. | 80.5 |
| GW Scan - Ethel Marsteller | | | | | | | | | | | | | | | | |
| GW Scan - Isaac Hughes | 8. | 13. | | 11.5 | 8. | 15. | 8. | 14.5 | 15. | 12. | 12.5 | 13.5 | 12. | 8. | 10. | 161. |
| GW Scan - Jesse Gillespie | | 3. | 10. | 10. | 14. | 7. | | | 5. | 6. | | | | | | 24. |
| GW Scan - Jide Dada | 10. | 11. | 11.5 | 14. | 14. | 7. | | 14. | 8. | 12.5 | 13.5 | 14. | 8. | | | 118. |
| GW Scan - Leila Aghazadeh | | 8. | 8. | 8. | 8.5 | | | 8. | 8.5 | | | | | | | 40.5 |
| GW Scan - Lucille Ratliff | | 7. | 13. | 8.5 | 8.5 | | | 11.5 | 8.5 | 12. | 8. | | | | | 64.5 |
| GW Scan - Megan Bradley | | 5. | 10. | 6. | 6. | | | 5.5 | 8.5 | 5. | 8. | | | | | 64. |
| GW Scan - Micheal Brown | | | | | | | | | | | | | | | | |
| GW Scan - Nancy Goff | 8.5 | 11. | 8. | 13. | 12.5 | 11. | 3. | 10. | 2.5 | 15. | 10.5 | 13.5 | 13. | | | 136.5 |
| GW Scan - Ngoc Dang | | | | | | | | | | | | | | | | |
| GW Scan - Nguyet Dang | | | | | | | | | | | | | | | | |
| GW Scan - Nikki McKinney | | 8. | 8. | 8. | 8. | 6. | | 8.5 | 8. | 8. | 8. | | 8. | | 8. | 64.5 |
| GW Scan - Steve Clark | | 7.5 | 8. | 5.5 | 8. | | | 8.5 | 7. | 8.5 | 8. | | | | | 55. |
| GW Scan - Tiffany Johnson | 9. | 8. | 8. | 10. | 4.5 | 6. | | 8. | 8.5 | 8. | 10. | 10. | 9. | | | 66. |
| GW Scan - Vergina Hawkins | | 10. | 10. | 10. | 10. | | | 10. | 7. | 10. | 10. | 10. | 9. | | | 86. |
| GW Scan - Vernette Knight | | 10. | 10. | 10. | 8. | | | 6. | 13. | 12. | 11. | 10. | 9. | | | 99. |
| GW Scan - Yvonne Morrison | 10. | 12. | 12. | 11. | 11. | | | 11. | 9. | | 12. | 11. | | | 2. | 89. |
| GW Scan - Zandra Curran | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GW Scan - | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | |
| **Non-Billable** | | | | | | | | | | | | | | | |
| Overhead | | | | 6. | 10. | 8.5 | | | | | | | | 6. | 30.5 |
| Personal Time Off | | | | | | | | | | | | | | | |
| Holiday | | | | | | | | | | | | | | | |
| **TOTAL Billable** | 12.5 | 86. | 137. | 156. | 126. | 61.5 | 22. | 139.5 | 135. | 136.5 | 128.5 | 84. | 64. | 16. | 35. | 1338.5 |
| **TOTAL** | 12.5 | 86. | 137. | 156. | 132. | 71.5 | 30.5 | 139.5 | 135. | 136.5 | 128.5 | 84. | 64. | 15. | 41. | 1369. |

Employee/Contractor Signature: _____  Date: _____

Supervisor Signature: _____  Date: _____

## FEDERAL NATIONAL PAYABLES, INC.

### INVOICE VERIFICATION FORM

This is not a request for payment

**Customer:    George Washington University**

**Contract or Purchase Order No: 1000082157**

**FNP Client/Supplier:         CUS4, Inc. d/b/a RICHMAR & Associates**
When completed please fax to FNP at 301-961-6460.
Questions please call FNP at 301-961-6450.

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| 1000082157 | ED-06-GWU-ISS-DOC-24-8 | January 16, 2007 | $ 71,476.87 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:

Christina Griffin
Signature

Assistant Director Administrative
Applications Project Office
Print Title

(703) 726-1911
Telephone Number

Christina Griffin
Print Name

January 16, 2007
Date

202-994-5250
Fax Number



RICHMAR

INVOICE

**Award Number:**
**Invoice Number: ED-06-GWU-ISS-DOC-25 - S**
**Tax ID Number: 54-1827538**
**CLIN 0001**
**Purchase Order Number 1000082157**

**Billing Date:** 02-Feb-07
**Due Date:** Net 30 days

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380
Ashburn, VA 20147

**Billing Period:**
1/16/07 - 1/31/07

| Labor Categories | Current Rate | | Current Hours | | Current Amount |
|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 120.00 | $ | 18,000.00 |
| Senior Engineer | $ | 144.00 | 0.00 | $ | - |
| Senior Management Consultant | $ | 125.00 | 60.00 | $ | 7,500.00 |
| Jr. Project Manager II | $ | 100.00 | 0.00 | $ | - |
| Jr. Project Manager | $ | 75.00 | 0.00 | $ | - |
| Systems Analyst | $ | 98.00 | 4.00 | $ | 392.00 |
| Quality Analyst | $ | 85.05 | 0.00 | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | $ | - |
| Administrative Assistant | $ | 33.67 | 1087.50 | $ | 36,616.13 |
| | | | | | |
| **Totals Hours** | | | 1271.50 | | |
| **Total Direct Labor** | | | | $ | 62,508.13 |
| Other Direct Costs - Scanning 40,042 pages at 0.18/page | | | | $ | 7,207.56 |
| **Total Costs** | | | | $ | 69,715.69 |
| | | | | | |
| | **Total Amount Due** | | | $ | 69,715.69 |

This is to certify that the services set forth herein were performed during the period stated, and that incurred
costs billed were actually expended.

Richard Gordon Jr.,
President

Remit Payment to:

Federal National Commercial, Inc.
Fao: CUS4/Richmar Associates
P.O. Box 403826
Atlanta GA 30384-3826

# Richmar & Associates

## Time Accounting Sheet

| | |
|---|---|
| Work days in period | 12 |
| Holidays in period | |
| Hours in period | 90 |
| Hours unaccounted for | 0 |

| | |
|---|---|
| Reg Hrs | |
| Pers Time Off | |
| Holiday | |
| Total Hours | 96. |

**96.**

Employee/Contractor Name: Alex Baldt

Period: January 16 - 31, 2006

| Charge To: | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 - 16 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FAA - GETS - Meetings | | | | | | | | | | | | | | | | | | | |
| FAA - GETS - Changes Batch 1 | | | | | | | | | | | | | | | | | | | |
| FAA - GETS - Changes Batch 2 | | | | | | | | | | | | | | | | | | | |
| FAA - GETS - Arbitrations | | | | | | | | | | 1. | | | | | | | | 1. | 1. |
| 0 | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Meetings | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Reqs/Design | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Upgrade to 5.3 | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Architecture Framework | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - HR Module | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Back Scan Requirements | | | | | | | | 4. | | | | | | | | | 8. | 4. | 12. |
| GWU - Docu - Back Scan Design/Prog. | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Backscan, Index, Load | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Training | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Phase 2 | | | | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | | | | | | | |

### Non-Billable

| | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 - 16 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overhead | 8. | 8. | 8. | 8. | | | 8. | 4. | 8. | 7. | 8. | | | 8. | 8. | 8. | 48. | 91. | 139. |
| Personal Time Off | | | | | | | | | | | | | | | | | 8. | | 8. |
| Holiday | | | | | | | | | | | | | | | | | 24. | | 24. |

| | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 - 16 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL Billable | | | | | | | | 4. | | 1. | | | | | | | 8. | 5. | 13. |
| TOTAL | 8. | 8. | 8. | 8. | | | 8. | 8. | 8. | 8. | 8. | | | 8. | 8. | 8. | 88. | 96. | 184. |

Employee/Contractor Signature: _____  Date: 2/2/07

Supervisor Signature: _____  Date: _____

# Richmar & Associates

## Time Accounting Sheet

Employee/Contractor Name: Central Data Processing
Period: January 16 - 31, 2007

Work days in period: 12
Holidays in period:
Hours in period: 96
Hours unaccounted for: 0

Reg Hrs
Pers Time Off
Holiday   1038.
Total Hours   1038.

| Charge To: | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 - 15 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GW Scan Manager - Mike Holt | 2. | 2. | 2. | 2. | 2. | 2. | 2. | 2. | 4. | 2. | 3. | 2. | 2. | 3. | 2. | 2. | 42. | 36. | 78. |
| GW Scan Manager - Dottie Holoubek | | | | | | | | | | | | | | | | | | | . |
| GW Scan Manager - Dan Holoubek | 3. | 3. | 3. | 3. | 9. | 4. | 3. | 6. | 3. | 3. | 3. | 4. | 4. | 3. | 3. | 3. | 54. | 60. | 114. |
| 0 | | | | | | | | | | | | | | | | | | | |
| GW Scan - A J Bacchus | | | | | | | | | | | | | | | | | | | . |
| GW Scan - Amir Lotfi | | 7. | 8. | 8. | | | 8.5 | 8. | | | | | | | | | 14. | 39.5 | 53.5 |
| GW Scan - Bernasteen Bast | | | | | | | | | | | | | | | | | 80. | | 80. |
| GW Scan - Chanbeau Benton | | | | | | | | | | | | | | | | | | | . |
| GW Scan - Cherie Babb | | | | | | | | | | | | | | | | | | | |
| GW Scan - Davida Potts | | | | | | | | | | | | | | | | | | | . |
| GW Scan - Dominique Roberts | 5.5 | | | 8. | 4. | | | | | | | | | | | | 90.5 | 17.5 | 108. |
| GW Scan - Ethel Marsteller | | | | | | | | | | | | | | | | | | | |
| GW Scan - Isaac Hughes | 12. | 15.5 | 11. | 10.5 | 14. | | 11.5 | 8. | 14. | 12. | 13. | 9. | 8. | 12. | 16.5 | 11.5 | 161. | 179.5 | 340.5 |
| GW Scan - Jesse Gillespie | | 9. | | | | | | | | | | | | | | | 24. | 9. | 33. |
| GW Scan - Jide Dada | 10. | | 15. | 14.5 | 8.5 | | 11. | | 13. | 10. | 15. | 8. | | 15. | 7.5 | 15. | 118. | 143.5 | 261.5 |
| GW Scan - Leila Aghazadeh | 8. | 7. | 8. | 8. | | | 8. | 8. | 5.5 | | | | | | | | 40.5 | 52.5 | 93. |
| GW Scan - Lucille Ratliff | | | | | | | | | | | | | | | | | 64.5 | | 64.5 |
| GW Scan - Megan Bradley | | | | | | | | | | | | | | | | | 54. | | 54. |
| GW Scan - Micheal Brown | | | | | | | | | | | | | | | | | | | |
| GW Scan - Nancy Goff | 4. | 15.5 | 1. | 1.5 | 5. | | 9. | 12.5 | 15.5 | 8.5 | 12. | 11.5 | 5. | 10. | 11.5 | 4.5 | 136.5 | 127. | 263.5 |
| GW Scan - Ngoc Dang | | | | | | | | | | | | | | | | | | | . |
| GW Scan - Nguyet Dang | | | | | | | | | | | | | | | | | | | |
| GW Scan - Nikki McKinney | 7.5 | 8. | 8. | | | | | 8. | 8.5 | 8. | | 7.5 | | 9. | 8. | 9. | 64.5 | 81.5 | 148. |
| GW Scan - Steve Clark | 6. | | | | | | 9.5 | 12.5 | 3. | | | | | | | | 55. | 33. | 88. |
| GW Scan - Tiffany Johnson | | | | | | | | | | | | | | | | | 66. | | 66. |
| GW Scan - Vergina Hawkins | 8. | 9. | 9. | 10. | | | 7. | 9. | 10. | | | | | | | | 86. | 62. | 148. |
| GW Scan - Vernette Knight | 10. | 12. | 11.5 | 11. | 8. | | 9.5 | 11.5 | 10. | | | | | | | | 99. | 83.5 | 182.5 |
| GW Scan - Yvonne Morrison | 10. | | 10.5 | 11. | | | | 9. | 10.5 | 9.5 | | | | 9. | | | 89. | 78.5 | 167.5 |
| GW Scan - Zandra Curran | | | | | | | | | | | | | | | | | | | . |
| GW Scan - | | | | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |

**Non-Billable**

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overhead | 5.5 | 17. | 4.5 | 8. | | | | | | | | | | | | | 30.5 | 35. | 65.5 |
| Personal Time Off | | | | | | | | | | | | | | | | | | | |
| Holiday | | | | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL Billable | 88. | 88. | 87. | 87.5 | 50.5 | 6. | 79. | 94.5 | 97. | 53. | 46. | 43. | 20. | 61. | 57.5 | 45. | 1558.5 | 1003. | 2341.5 |
| TOTAL | 93.5 | 105. | 91.5 | 95.5 | 50.5 | 6. | 79. | 94.5 | 97. | 53. | 46. | 43. | 20. | 61. | 57.5 | 45. | 1369. | 1038. | 2407. |

Employee/Contractor Signature: _____     Date: 2/2/07

Supervisor Signature: _____     Date: _____

# Richmar & Associates

## Time Accounting Sheet

Employee/Contractor Name:  Worldwide Digital
Period:  January 16 - 31, 2007

| | |
|---|---|
| Work days in period | 12 |
| Holidays in period | |
| Hours in period | 96 |
| Hours unaccounted for | 0 |

| | |
|---|---|
| Reg Hrs | |
| Pers Time Off | 180.5 |
| Holiday | |
| Total Hours | 180.5 |

| Charge To: | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 - 15 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GW Scan - Nicholas Mann | 6. | 8. | 8. | 8. | | | 7. | 8. | 8. | 6. | | | 8. | 8. | 8. | 2. | 58. | 85. | 143. |
| GW Scan - Bernadetta Dixon | | | | | | | | | | | | | | | | | | | |
| GW Scan - Dione Hamer | | | | | | | | | | | | | | | | | | | |
| GW Scan - Dominique Roberts | 8. | 7.5 | 8. | 8. | | | 8. | 8. | 8. | 8. | | | 8. | 8. | 8. | 8. | 23. | 95.5 | 118.5 |
| GW Scan - Evelyn Wheeler | | | | | | | | | | | | | | | | | | | |
| GW Scan - Laquinda Selby | | | | | | | | | | | | | | | | | | | |
| GW Scan - Michelle Barnes | | | | | | | | | | | | | | | | | | | |
| GW Scan - Subramanian Muthukaruppan | | | | | | | | | | | | | | | | | | | |
| GW Scan - Unique Quarles | | | | | | | | | | | | | | | | | | | |
| GW Scan - Xuan-Huong Nguyen | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| Non-Billable | | | | | | | | | | | | | | | | | | | |
| Overhead | | | | | | | | | | | | | | | | | | | |
| Personal Time Off | | | | | | | | | | | | | | | | | | | |
| Holiday | | | | | | | | | | | | | | | | | | | |
| TOTAL: Billable | 14. | 15.5 | 16. | 16. | | | 15. | 16. | 16. | 14. | | | 16. | 16. | 16. | 10. | 81. | 180.5 | 261.5 |
| TOTAL | 14. | 15.5 | 16. | 16. | | | 15. | 16. | 16. | 14. | | | 16. | 16. | 16. | 10. | 81. | 180.5 | 261.5 |

Employee/Contractor Signature: _____  Date: 2/2/07

Supervisor Signature: _____  Date: _____

# Richmar & Associates

## Time Accounting Sheet

Employee/Contractor Name: Jim Gearing

Period: January 16 - 31, 2006

| | |
|---|---|
| Work days in period | 12 |
| Holidays in period | |
| Hours in period | 98 |
| Hours unaccounted for | 4 |

| | |
|---|---|
| Reg Hrs | 84. |
| Pers Time Off | 8. |
| Holiday | |
| Total Hours | 92. |

| Charge To: | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 - 16 Total | 16-31 Total | Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FAA - GETS - Meetings | | | | | | | | | | | | | | | | | 1. | | 1. |
| FAA - GETS - Changes Batch 1 | | | | | | | | | | | | | | | | | | | |
| FAA - GETS - Changes Batch 2 | | | | | | | | | | | | | | | | | | | |
| FAA - GETS - Arbitrations | | | | | | | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Meetings | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Reqs/Design | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Upgrade to 5.3 | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Architecture Framework | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - HR Module | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Back Scan Requirements | | | | | | | | | | | | | | | | | 66. | | 66. |
| GWU - Docu - Back Scan Design/Prog. | 8. | 7. | 8. | 6. | | | 8. | 7. | 8. | 8. | | | | 8. | 7. | 9. | | 84. | 84. |
| GWU - Docu - Backscan, Index, Load | | | | | | | | | | | 8. | | | | | | | | |
| GWU - Docu - Training | | | | | | | | | | | | | | | | | | | |
| GWU - Docu - Phase 2 | | | | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | | | | | | | |
| **Non-Billable** | | | | | | | | | | | | | | | | | | | |
| Overhead | | | | | | | | | | | | | | | | | | | |
| Personal Time Off | | | | | | | | | | | 8. | | | | | | 24. | 8. | 8. |
| Holiday | | | | | | | | | | | | | | | | | 24. | | 24. |
| **TOTAL Billable** | 8. | 7. | 8. | 6. | | | 8. | 7. | 8. | 8. | | | | 8. | 7. | 9. | 67. | 84. | 151. |
| **TOTAL** | 8. | 7. | 8. | 6. | | | 8. | 7. | 8. | 8. | 8. | | | 8. | 7. | 9. | 91. | 92. | 183. |

Employee/Contractor Signature: _____  Date: 2/1/07

Supervisor Signature: _____  Date: 2/2/07

## Nsona Whiteman

| From: | Richard Gordon, Jr. [richard@cus4.com] |
|---|---|
| Sent: | Friday, February 02, 2007 8:57 AM |
| To: | 'Christina L. Griffin' |
| Cc: | 'Nsona Whiteman' |
| Subject: | Invoice Verification Form |
| Importance: | High |
| Sensitivity: | Confidential |

**Attachments:** invoice acceptancefnp 3-02 - number 25 - S.doc; ED-06-GWU-ISS-SOC-25 - S.pdf

Hello Christina

Attached is invoice 25-S along with the Invoice Verification Form.

Will you sign the Invoice Verification Form and fax to Nsona at the fax number on the form by 9:30 a.m.? There is no need for a cover sheet.

Thanks for your assistance
Best regards

Richard Gordon, Jr.
President/CEO
RICHMAR & Associates
220 F Street NE
Washington, DC 20002
Office (202) 544-2015
Fax (202) 544-2016
Cell (202) 669-6122

This communication contains information from RICHMAR & Associates that may be confidential. Except for personal use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender. Nothing in this communication is intended to operate as an electronic signature under applicable law.

## FEDERAL NATIONAL PAYABLES, INC.

### INVOICE VERIFICATION FORM

This is not a request for payment

**Customer:** George Washington University

**Contract or Purchase Order No: 1000082157**

**FNP Client/Supplier:** CUS4, Inc. d/b/a RICHMAR & Associates
When completed please fax to FNP at 301-961-6460.
Questions please call FNP at 301-961-6450.

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| 1000082157 | BD-06-GWU-ISS-DOC-25-S | February 2, 2007 | $ 60,718.60 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:

Signature

Assistant Director Administrative
Applications Project Office
Print Title

(703) 726-1911
Telephone Number

Christina Griffin
Print Name

February 2, 2007
Date

202-994-5250
Fax Number



·INVOICE

Award Number:
Invoice Number: ED-06-GWU-ISS-DOC-26 - S
Tax ID Number: 54-1827538
CLIN 0001
Purchase Order Number 1000082157

The George Washington University
ISS - Administrative Applications
44983 Knoll Square Drive, Suite 380
Ashburn, VA 20147

Billing Date: 21-Feb-07
Due Date: Net 30 days

Billing Period:
· 2/1/07 - 2/15/07

| Labor<br>Categories | | Current<br>Rate | Current<br>Hours | | Current<br>Amount |
|---|---|---|---|---|---|
| Executive Management Consultant | $ | 150.00 | 60.00 | $ | 9,000.00 |
| Senior Engineer | $ | 144.00 | 0.00 | $ | - |
| Senior Management Consultant | $ | 125.00 | 35.50 | $ | 4,437.50 |
| Jr. Project Manager Ii | $ | 100.00 | · 0.00 | $ | - |
| Jr. Project Manager | $ | 75.00 | 0.00 | $ | -. |
| Systems Analyst | $ | . 98.00 | 0.00 | $ | - |
| Quality Analyst | $ | 85.05 | 0.00 | $ | - |
| Help Desk Specialist | $ | 45.00 | 0.00 | $ | - |
| Administrative Assistant | $ | 33.67 | 205.00 | $ | 6,902.35 |

| | | | | | |
|---|---|---|---|---|---|
| Totals Hours | | | 300.50 | | |
| Total Direct Labor | | | | $ | 20,339.85 |
| Other Direct Costs - Scanning 3007pages at 0.18/page | | | | $ | 541.16 |
| Total Costs | | | | $ | 20,881.01 |

| | Total Amount Due | | | $ | · 20,881.01 |
|---|---|---|---|---|---|

This is to certify that the services set forth herein were performed during the period stated, and that incurred
costs billed were actually expended.

Richard Gordon, Jr.,
President

Remit Payment to:

Federal National Commercial, Inc.
Fao: CUS4/Richmar Associates
P.O. Box 403826
Atlanta GA 30384-3826

# Richmar & Associates

## Time Accounting Sheet

Employee/Contractor Name: Jim Gearing
Period: Feb 1 - 15, 2007

| | |
|---|---|
| Work days in period | 11 |
| Holidays in period | |
| Hours in period | 88 |
| Hours unaccounted for | 38 |

| | |
|---|---|
| Reg Hrs | 50. |
| Pers Time Off | |
| Holiday | |
| Total Hours | 50. |

| Charge To: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FAA - GETS - Meetings | | | | | | | | | | | | | | | | |
| FAA - GETS - Changes Batch 1 | | | | | | | | | | | | | | | | |
| FAA - GETS - Changes Batch 2 | | | | | | | | | | | | | | | | |
| FAA - GETS - Arbitrations | | | | | | | | | | | | | | | | |
| GWU - Docu - Back Scan Design/Prog. | 10. | 6. | | | 8. | 8. | 2. | 3. | 3. | | | 2. | 4. | 1. | 3. | 50. |
| GWU - Docu - Backscan, Index, Load | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | |
| tbd | | | | | | | | | | | | | | | | |
| **Non-Billable** | | | | | | | | | | | | | | | | |
| Overhead | | | | | | | | | | | | | | | | |
| Personal Time Off | | | | | | | | | | | | | | | | |
| Holiday | | | | | | | | | | | | | | | | |
| TOTAL Billable | 10. | 6. | | | 8. | 8. | 2. | 3. | 3. | | | 2. | 4. | 1. | 3. | 50. |
| TOTAL | 10. | 6. | | | 8. | 8. | 2. | 3. | 3. | | | 2. | 4. | 1. | 3. | 50. |

Employee/Contractor Signature: _____  Date:

Supervisor Signature: _____  Date: 2/2/07

# Richmar & Associates

## Time Accounting Sheet

Employee/Contractor Name: Central Data Processing
Period: February 1 - 15, 2007

| | |
|---|---|
| Work days in period | 9 |
| Holidays in period | 2 |
| Hours in period | 88 |
| Hours unaccounted for | 0 |

| | |
|---|---|
| Reg Hrs | 250.5 |
| Pers Time Off | |
| Holiday | |
| Total Hours | 250.5 |

| Charge To: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GW Scan Manager - Mika Holt | | 2. | 2. | 2. | 2. | | | | | | | | | | | 10. |
| GW Scan Manager - Dottie Holoubek | | | | | | | | | | | | | | | | |
| GW Scan Manager - Dan Holoubek | | 7. | 7.5 | 7. | 7. | | | | | | | | | | | 35.5 |
| GW Scan - A J Bacchus | | | | | | | | | | | | | | | | |
| GW Scan - Amir Lotfi | | | | | | | | | | | | | | | | |
| GW Scan - Bernesteen Best | | | | | | | | | | | | | | | | |
| GW Scan - Chanteau Benton | | | | | | | | | | | | | | | | |
| GW Scan - Cheric Babb | | | | | | | | | | | | | | | | |
| GW Scan - Davida Potts | | | | | | | | | | | | | | | | |
| GW Scan - Dominique Roberts | | | | | | | | | | | | | | | | |
| GW Scan - Ethel Marsteller | | | | | | | | | | | | | | | | |
| GW Scan - Isaac Hughes | | 14.5 | 10. | | | | | | | | | | | | | 32. |
| GW Scan - Jesse Gillespie | | | | | | | | | | | | | | | | |
| GW Scan - Jide Dada | | 11. | 9.5 | | | | | | | | | | | | | 29. |
| GW Scan - Leila Aghazadeh | | | | | | | | | | | | | | | | |
| GW Scan - Lucille Rattliff | | | 11.5 | | | | | | | | | | | | | |
| GW Scan - Megan Bradley | | | | | | | | | | | | | | | | |
| GW Scan - Michael Brown | | | | | | | | | | | | | | | | |
| GW Scan - Nancy Goff | | 13.5 | | 2.5 | 12.5 | | | | | | | | | | | 52. |
| GW Scan - Ngoc Dang | | | | | | | | | | | | | | | | |
| GW Scan - Nguyet Dang | | | | | | | | | | | | | | | | |
| GW Scan - Nikki McKinney | | | 7.5 | | | | | | | | | | | | | 15.5 |
| GW Scan - Steve Clark | | | 7.5 | 8. | 8. | | | 8.5 | 7. | 8. | 8. | | | | | 55. |
| GW Scan - Tiffany Johnson | | | | | | | | | | | | | | | | |
| GW Scan - Vergina Hawkins | | | | | | | | | | | | | | | | |
| GW Scan - Vernette Knight | | | | | | | | | | | | | | | | |
| GW Scan - Yvonne Morrison | | | | | 9. | | | | | | | | | | | 21.5 |
| GW Scan - Zandra Curran | | | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GW Scan - | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | |
| GW Scan - | | | | | | | | | | | | | | |

**Non-Billable**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Overhead | | | | | | | | | |
| Personal Time Off | | | | | | | | | |
| Holiday | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL_Billable | 48. | 55.5 | 19.5 | 38.5 | | 8.5 | 7. | 8. | 8. |
| TOTAL | 48. | 55.5 | 19.5 | 38.5 | | 8.5 | 7. | 8. | 8. |

| | |
|---|---|
| | 250.5 |
| | 250.5 |

Employee/Contractor Signature: _____  Date: _____

Supervisor Signature: _____  Date: 2/21/07

## FEDERAL NATIONAL PAYABLES, INC.

### INVOICE VERIFICATION FORM

This is not a request for payment

**Customer:** **George Washington University**

**Contract or Purchase Order No: 1000082157**

**FNP Client/Supplier:** **CUS4, Inc. d/b/a RICHMAR & Associates**
When completed please fax to FNP at 301-961-6460.
Questions please call FNP at 301-961-6450.

| Customer's Contract, P.O. No. or Act No. | Invoice Number | Invoice Date | Invoice Amount | Invoice Approved | Invoice Approved with Indicated Discount | Invoice Acknowledged or Received | Invoice Has Been Paid |
|---|---|---|---|---|---|---|---|
| 1000082157 | HD-06-GWU-188-DOC-26-S | February 21, 2007 | $ 20,881.01 | | | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The undersigned authorized representative of the Customer hereby certifies the status of the above listed invoice(s) submitted by the Supplier.

Comments:

*[signature]*
Signature

Assistant Director Administrative
Applications Project Office
Print Title

(703) 726-1911
Telephone Number

Christina Griffin
Print Name

February 21, 2007
Date

202-994-5250
Fax Number

## Nsona Whiteman

| From: | Richard Gordon, Jr. [richard@cus4.com] |
|---|---|
| Sent: | Wednesday, February 21, 2007 12:53 PM |
| To: | 'Christina L. Griffin' |
| Cc: | 'Nsona Whiteman' |
| Subject: | Invoice 26-S |
| Importance: | High |
| Sensitivity: | Confidential |

**Attachments:** ED-06-GWU-ISS-SOC-26 - S.pdf; invoice acceptancefnp 3-02 - number 26 - S.doc

Hello Christina

Attached is Invoice 26-S, our final invoice on this project. It has been a pleasure working with you and the GW team and we wish you the greatest success with DCMS. We are confident that the system design and its scalability will benefit GW for years to come.

Please sign and fax the Invoice Verification Form to the number on the front of the form 301-961-6460.

Thanks for all of your help.
Best regards

Richard Gordon, Jr.
President/CEO
RICHMAR & Associates
220 F Street NE
Washington, DC 20002
Office (202) 544-2015
Fax   (202) 544-2016
Cell  (202) 669-6122

This communication contains information from RICHMAR & Associates that may be confidential. Except for personal use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender. Nothing in this communication is intended to operate as an electronic signature under applicable law.