UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CUS4, INC. d/b/a RICHMAR & ASSOCIATES et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>GEORGE WASHINGTON UNIVERSITY,<br><br>        Defendant. | Civil Action<br>No. 07-0841 (JR) |

**STIPULATED BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

The parties HEREBY STIPULATE AND AGREE THAT, subject to the approval of the Court, the following schedule will govern the briefing in response to Plaintiffs Motion for Summary Judgment on Counts II and IV of the Amended Complaint, filed September 25, 2007:

1. Defendant shall file and serve its Opposition on or before October 26, 2007; and

2. Plaintiffs shall file and serve their Reply Memorandum, if any, on or before November 12, 2007.

Dated: October 5, 2007

| LAW OFFICES OF GEOFFREY P. GITNER | ARNOLD & PORTER LLP |
| --- | --- |
| Attorney for CUS4 d/b/a Richmar & Associates | Attorney for The George Washington University |

By: _/s/ Geoffre P. Gitner_____
    Geoffrey P. Gitner

By: _/s/ James W. Thomas, Jr._____
    James W. Thomas, Jr.

Watergate, Eleventh Floor
600 New Hampshire Avenue, N.W. Washington,
Washington, D.C. 20037
Tel: 202-772-5926
Fax: 202-772-5858
Email: ggitner@gitner.com

555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Tel: 202-942-6421
Fax: 202-942-5999
Email: James_Thomas@aporter.com

ADELBERG RUDLOW DORF & HENDLER LLC
Attorney for Federal National Commercial

By: _/s/ Leslie J. Polt_____
    Leslie J. Polt

7 Saint Paul Street
Suite 600
Baltimore, MD 21202
(410) 539-5195
Fax: (410) 539-5834
Email: lpolt@adelbergrudow.com

SO ORDERED this _____ day of October, 2007

/s/_____
HONORABLE JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE