**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CUS4, INC. d/b/a RICHMAR & ASSOCIATES et al., | ) ) ) ) | Civil Action No. 07-0841 (JR) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| GEORGE WASHINGTON UNIVERSITY, | ) ) | |
| Defendant. | ) ) | |

**SECOND STIPULATED BRIEFING SCHEDULE REGARDING**
**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

WHEREAS the parties previously agreed to a briefing schedule, filed October 5 and so ordered by the Court on October 12, concerning Plaintiffs' Motion for Summary Judgment on Counts II and IV of the Amended Complaint, filed September 25, 2007; and

WHEREAS the parties agree to extend the briefing schedule set forth in the October 5 stipulation and order to facilitate further settlement discussions between the parties;

It is HEREBY STIPULATED AND AGREED TO THAT, subject to the approval of the Court, the following schedule will govern the briefing in response to Plaintiffs' Motion for Summary Judgment on Counts II and IV of the Amended Complaint:

1. Defendant shall file and serve its Opposition on or before November 5, 2007; and

- 1 -

   2.   Plaintiffs shall file and serve their Reply Memorandum, if any, on or

before November 19, 2007.

Dated:  October 25, 2007

LAW OFFICES OF GEOFFREY P. GITNER              ARNOLD & PORTER LLP
Attorney for CUS4 d/b/a Richmar & Associates   Attorney for The George Washington University


By:  _/s/ Geoffrey P. Gitner____               By:  _/s/ James W. Thomas, Jr.___
     Geoffrey P. Gitner                             James W. Thomas, Jr.


Watergate, Eleventh Floor                      555 Twelfth Street, N.W.
600 New Hampshire Avenue, N.W. Washington,     Washington, D.C.  20004-1206
Washington, D.C.  20037                        Tel:   202-942-6421
Tel:   202-772-5926                            Fax:  202-942-5999
Fax:  202-772-5858                             Email:  James_Thomas@aporter.com
Email:  ggitner@gitner.com



ADELBERG RUDLOW DORF & HENDLER LLC
Attorney for Federal National Commercial

By:  _/s/ Leslie J. Polt____
     Leslie J. Polt


7 Saint Paul Street
Suite 600
Baltimore, MD 21202
(410) 539-5195
Fax: (410) 539-5834
Email: lpolt@adelbergrudow.com




SO ORDERED this _____ day of October, 2007




/s/_____
HONORABLE JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE