**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CUS4, INC. d/b/a RICHMAR & ASSOCIATES, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 07-0841 (JR) |
| | : |
| GEORGE WASHINGTON UNIVERSITY, | : |
| | : |
| Defendant. | : |

**ORDER**

The parties advised this Court on November 1, 2007, that they were settling. No stipulation of settlement and dismissal has been filed. It is **ORDERED** that, if neither party objects by December 13, 2007, this case will be **dismissed as settled** on December 14, 2007. The dismissal will be without prejudice.


                                    JAMES ROBERTSON
                              United States District Judge