# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CUS4, INC. d/b/a RICHMAR & ASSOCIATES et al., ) ) ) | Civil Action No. 07-0841 (JR) |
| Plaintiffs, ) ) | |
| v. ) ) | |
| GEORGE WASHINGTON UNIVERSITY, ) ) | |
| Defendant. ) ) | |

## STIPULATED OBJECTION TO PROPOSED ORDER

WHEREAS, the parties are in receipt of this Court's Order filed December 7, 2007 advising them that the Court will dismiss the case as settled and without prejudice on December 14, 2007 unless the parties file an objection; and

WHEREAS, the parties have diligently been preparing settlement documents and working out final settlement details that will result in a dismissal <u>with</u> prejudice;

The parties HEREBY STIPULATE AND RESPECTFULLY REQUEST THAT, the Court refrain from entering an order of dismissal until the parties have completed settlement negotiations. The parties will provide the Court with an update of the settlement status within one week of this stipulation.

- 1 -

Dated:  December 13, 2007

| | |
|---|---|
| LAW OFFICES OF GEOFFREY P. GITNER<br>Attorney for CUS4 d/b/a Richmar & Associates | ARNOLD & PORTER LLP<br>Attorney for The George Washington University |
| By:  /s/ Geoffrey P. Gitner<br>     Geoffrey P. Gitner | By:  /s/ James W. Thomas, Jr.<br>     James W. Thomas, Jr. |
| Watergate, Eleventh Floor<br>600 New Hampshire Avenue, N.W. Washington,<br>Washington, D.C.  20037<br>Tel:  202-772-5926<br>Fax: 202-772-5858<br>Email:  ggitner@gitner.com | 555 Twelfth Street, N.W.<br>Washington, D.C.  20004-1206<br>Tel:  202-942-6421<br>Fax: 202-942-5999<br>Email:  James_Thomas@aporter.com |

ADELBERG RUDOW DORF & HENDLER LLC
Attorney for Federal National Commercial, Inc.

By:  /s/ Leslie J. Polt
     Leslie J. Polt

7 Saint Paul Street
Suite 600
Baltimore, MD 21202
(410) 539-5195
Fax: (410) 539-5834
Email: lpolt@adelbergrudow.com