FILED
JAN 25 2008
NANCY MAYER WHITTINGTON CLERK
U S DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CUS4, INC. d/b/a RICHMAR & ASSOCIATES et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE WASHINGTON UNIVERSITY,<br><br>Defendant. | Civil Action<br>No. 07-0841 (JR) |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon the request of the parties, it is hereby

ORDERED, that this action is dismissed with prejudice, with each party to bear its own costs and fees.

The Clerk of the Court is directed to enter this Order and terminate all further proceedings in this matter.

SO ORDERED this 25th day of January, 2008

/s/ _____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE